USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TELEMAQUE LAVIDAS,

Defendant.

Case No.: 19-cr-00716 (DLC)

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that going forward, Defendant Telemaque Lavidas will be represented in the above-captioned matter by Eric H. Sussman, Esq. and Jennifer L. Achilles, Esq., of Reed Smith, LLP (*See* Docket Nos. 6, 8). Accordingly, pursuant to Local Rule 1.4, I respectfully request that the Court Order the withdrawal of attorney A. Scott Bolden, Esq. of Reed Smith LLP, and direct that I no longer receive docketing notifications via the CM/ECF system. Withdrawing counsel does not seek a retaining or charging a lien.

Dated: New York, New York
       October 28, 2019

Granted.
/s/ Denise Cote
10/29/19

Respectfully submitted,

*/s/ A. Scott Bolden*
REED SMITH LLP
1301 K Street, N.W.
Suite 1000
Washington DC, 2005-3317
(202) 414-9200
(202) 414-9299
abolden@reedsmith.com

*Withdrawing Counsel for Telemaque Lavidas*