# Exhibit 2

**Georgia P. Kalantzi**
**Attorney at law**
**Athens Bar 23594**
**Greece**

Athens, 23.10.2019

To whom it may concern

RE: Extradition of Greek persons from Greece

My name is Georgia Kalantzi (51, Omirou street, 10672 Athens, GRE) and I am a licensed attorney in Athens, Greece, Athens BAR Association no. 23594.

With reference to "Sealed Indictment no. 19 CRIM 716 of the US District Court of Southern District of NY, USA -v.- ……. Telemaque Lavidas", I was asked to provide a specialized opinion on the matter of extradition of Greek persons from Greece.

Until 2004 the general principal applied by Greek courts was that extradition of a Greek person from Greece was not allowed pursuant to combined interpretation of the following provisions in Greek law:

- **Greek Constitution – Article 5. Para 4.** *Individual administrative measures restrictive of the free movement or establishment in the country, and of the free exit and entrance therein of any Greek are prohibited. ….*

- **Code of Criminal Procedure - Article 438** - *Extradition is prohibited: (a) if the person sought was a national at the time the offense was committed; (b) …*

In 2004, the "Framework Decision on the European Arrest Warrant" was incorporated in Greek National Law by virtue of Greek Law 3251/2004.

The Supreme Court (Areios Pagos), in its decision no. 557/2007 (see attached) on extradition of a Greek citizen after the implementation of Law 3521/2004 ruled that:

"*the provision of ……………… of Law. 3251/2004, ………. is not contrary to the provisions of the Constitution, the Convention or the Treaty of European Union,* (which) *as more specific, overrides the general provision of Article 438 para. A`CCP*" , and

that "*the ban on extradition of Greek citizens, as discussed above, is not guaranteed by either the above* (i.e. Art 5) *or by any other constitutional provision*".

It is since case law, that Greek citizens are extradited from Greece, subject to provisions and requirements specific to their individual cases.

In 2009, by virtue of Greek Law 3770/2009 Greece incorporated in Greek National Law the "Agreement on extradition between the European Union and the United States of America" dated 19.7.2003", which since applies also to extradition of Greek citizens.

The above apply uniformly to all Greeks, whether formalized citizens at the time of their birth or born to Greek citizens and formalized later, even after committing a crime abroad.

Sincerely

Georgia Kalantzi

ΓΕΩΡΓΙΑ Π. ΚΑΛΑΝΤΖΗ
ΔΙΚΗΓΟΡΟΣ (ΑΜ/ΔΣΑ: 23594)
ΟΜΗΡΟΥ 51 ΑΘΗΝΑ Τ.Κ: 106 72
ΑΦΜ: 056452411 ΔΟΥ: Δ΄ΑΘΗΝΩΝ
ΤΗΛ: 210 3623244 FAX: 210 3617910
kalantzi.georgia@gmail.com

51, Omirou str., 106 72 Athens, GR
Tel.: (+30) 210 3623217, 210 3623244  Fax :(+30) 210 3617910  e-mail: kalantzi.georgia@gmail.com