# Exhibit 3



mediterra®
MEDITERRANEAN NUTRITION

# GO TASTE LIFE

2015 ANNUAL REPORT



# Annual Report to Investors

*March 2016*

## Table of Contents

Letter from the Founder................................................................3

Product Portfolio .........................................................................4

New Product Launches 2016 ...................................................5

FoodLab Partnership................................................................5

Rebalancing the Existing Product Portfolio ..............................6

Sales and Distribution .................................................................7

Select Mediterra Promotional Activities ...................................8

Data and Analysis ....................................................................9

2016 Growth Plans.................................................................11

Direct to Consumer Initiatives ...............................................12

Industry Conventions .............................................................13

Market Trends........................................................................14

Consumer Feedback .................................................................15

Advertising and Marketing.........................................................16

Social media...........................................................................16

Public Relations and Communication Strategy........................16

Global Expansion ......................................................................18

Financial Performance ...............................................................19

Outlook for 2016....................................................................19

Income Statement..................................................................21

Balance Sheet .......................................................................22



## Letter from the Founder

Dear Investor,

The past year was an important transitional year for Mediterra as we enter our second year of existence. We are extremely proud of what we achieved as a team, but more importantly, we are proud of the impact our products are starting to have on the consumer snack category. Throughout the year, we celebrated a number of significant accomplishments and milestones, which I am thrilled to share with you in this annual report together with our prospects for 2016.

We have added several key strategic accounts and expanded our footprint and distribution in a meaningful way. The reception from the consumer press has been overwhelmingly positive. Just as importantly, we are now seeing the savory snacking category starting to expand, with established companies sitting up and taking notice. This type of category growth helps us pave the way for consumer adoption and, in fact, we have seen just that through early performance figures in key accounts.

Of course, this year has not been without setbacks, and we have learned several key lessons about the market in which we compete. As a result, we have made adjustments to our plan, and we believe we enter 2016 very well positioned to execute on our vision. Our product and technology pipeline is robust, our sales leads are growing and consumers are beginning to ask for the product across our various channels.

I look forward to speaking with each of you in the coming weeks, and I am as excited as ever about the company we are building together!

Warmest wishes,

Telemaque Lavidas
Founder & Chairman



## Product Portfolio

The success of Mediterra will always be driven by the strength of our products. As you know, our product lineup at launch consisted of six products across three platforms – Savory, Yogurt & Oat and Sesame. We always planned to expand the product line, and we are excited to announce that we have begun this next phase of growth. Our decisions have been driven by feedback from the market, and our future growth strategy will reflect the customer input we receive as well as continued product innovation on our end.



In September, we added two new savory bars to our portfolio: *Kale & Pumpkin Seeds* and *Bell Peppers & Green Olives*. The introduction took place at Natural Products Expo East convention in Baltimore, MD. Like the original Tomato & Basil and Black Olive & Walnut Bars, the new flavors are low in calories and have under two grams of sugar. We are finding that this nutritional profile is resonating with consumers and the press alike.



*New savory SKUs for 2015 have been well received*



We are now up to four savory SKUs and four sweet, and we believe we can continue adding products at this pace without cannibalizing our position on shelf.

*New Product Launches 2016*
Following the launch of our two new savory bars, our buyers have been pushing us for additional bars in our Yogurt & Oat platform. As a result, we commenced the development of two new bars: *Fig & Almonds* and *Lemon & Walnut*. We are very excited about these new products, which will hit the market in the third quarter of this year.



*FoodLab Partnership*
In today's hectic world, consumers demand snacks to be ever healthier while still maintaining their portability. This has been the driving force for the nutrition bar market since its inception. Innovation is therefore key for our long term growth and success. Mediterra has since the beginning been striving to differentiate itself from the competition and distinguish ourselves with novel products. As part of these ongoing efforts, we are extremely proud to inform you of a new, strategic R&D program in partnership with FoodLab, an innovative Israeli R&D food technology powerhouse. They have a long history of developing



breakthrough products in the food industry, the most relevant example being the development of KIND's original nutrition bars, which today generate over $500 million in revenue.

Our program with FoodLab is focused on a new platform, which we believe will revolutionize the snack industry. We are extremely happy to be working closely on this project with John Heath, our Innovation advisory board member who, until recently, managed product innovation at Chobani Greek Yogurt.

While we are not in a position to disclose to you the exact details of the program, we can tell you that the early prototypes have been exciting and could open the door to a whole new category of products with totally "clean" ingredient labels and a truly limitless nutritional profile. Consumers and buyers will fall in love with what we believe will be groundbreaking products.

*Rebalancing the Existing Product Portfolio*
Even though our Black Olive & Walnut bar is performing very well, our Tomato Basil bar is one of our worst performing SKUs. After reviewing this data and discussing with buyers, we have decided to replace our Tomato Basil with our new Kale & Pumpkin Seed flavor, which has received very positive feedback in select stores. By end of the second quarter, Tomato Basil will be fully phased out.

This phenomenon is quite normal in this space, though it is never an easy decision. Of course, since both tomato and basil play such central roles in the Mediterranean diet, we plan on introducing both in other formats and formulations very soon.

Over the next several months, we will also begin to test whether or not the Sesame Energy bars (2 SKUs) are critical to our brand's position in the market. These are the only products manufactured outside of North America, which has been problematic from a logistical and quality control standpoint. We believe they may also confuse the brand message to consumers and, as a result, we are temporarily phasing them out of several accounts in order to gauge the effect. We will keep you updated with our findings and ultimate decision.



## Sales and Distribution

Mediterra was launched in July of 2014, but our products only reached meaningful distribution at the beginning of 2015. By December 2015, our total North American footprint reached 3,000 doors, of which 240 are located in Canada. We initially launched in the natural channel (e.g. Sprouts, Earthfare, Bristol Farms, Whole Foods, Natural Grocers), which helped establish our authenticity to the consumer and allowed us to experiment with our positioning in a controlled environment.

Consumers in the natural channels are "trend setters" and tend to endorse brands they discover for the first time in their natural stores. We are thrilled that Mediterra has already achieved a 30% distribution in total natural. However, the natural channel is just a fraction of the size of conventional grocery.

Thus, during the second quarter, we began to enter the conventional channel with key accounts such as Kroger and HEB. In recent years, conventional grocery accounts have added natural sections in their stores, attracting consumers from natural-only retailers and becoming even more strategic for brands such as ours.

Securing shelf space is very challenging for a new brand, which is why we are so proud of the footprint we managed build during 2015. Through the experience and deep relationships of our US Management Team, we have been able to enter several marquee accounts. Despite this success, the challenge lies in maintaining presence on shelf and increasing product turns. In collaboration with our broker, Acosta, our team has been working closely with retailers to ensure proper design and execution of promotional plans and other activities necessary to support the brand

### Mediterra's 2015 Footprint





on shelf. At the same time, we have been closely monitoring sales data primarily linked to store sell-through (scans at check out).

Our 2015 promotional calendar included an aggressive schedule of temporary price reductions (TPRs), in-store demos, sampling, advertising in retailers' circulars, "shelf talkers," floor displays, digital coupons and many other initiatives. Each shares the common objective of helping to support consumer trial and conversion to the Mediterra brand.

Pictures from some of these programs are included below for your reference; they each play an important role in driving adoption with consumers and well as our wholesale customers.

*Select Mediterra Promotional Activities*



*Mediterra TPR In Kroger's Circular*



*On promotion at Westside Market in NYC*



*In-store demo at Whole Foods, Los Angeles*



*Sampling at a farmers' market, Los Angeles*



*Data and Analysis*

In this industry, there is a great deal of data available through distributors, large retailers and third parties. Unfortunately, much of it is quite expensive to acquire, and cannot be justified at our current scale. Until we are in a position to make that investment, we have been using various sources to closely monitor our sell-through data, which capture consumer retail sales.

Based on data from the 645 Kroger stores in which we are distributed, we are very pleased to see significant growth month-to-month.

*Kroger Price vs. Velocity in 4-Week Increments*



*Source: Kroger data through December 2015.*

The average velocity [1] of our products has been steadily growing, and is heavily influenced by the price on shelf. As you can see, when TPRs are in effect, velocity spikes. The test is to see whether the trials translate into ongoing purchase behavior after the prices return to "normal." We believe this has started to happen, and we expect velocities of 4-6 bars at Kroger long term.

Though our velocity is trending up in many accounts, our business model had assumed a quicker uptake. As we have now learned, this build in reality takes a fair amount of time and is driven much more by price discounting than we had anticipated. This is likely due to the fact that Mediterra is not only a new brand, but represents a new category (savory bars) with new flavor profiles (apricot and yogurt).

---

[1] Velocity is defined as # of units sold per week, per store, per SKU.



Even with these qualifiers, Mediterra has already begun to outpace some of the most well established bars in the market. Certainly a great sign for a young brand.

Based on the latest data from SPINS[2], Mediterra already ranks #32 out of 270 brands in natural and #47 out of 205 brands in grocery. We are especially proud of this achievement considering that we only have 4 flavors on shelf compared to 15 flavors on average for the leading brands with a much longer history in the market. Additionally, there are nearly 2,000 flavors scanned in the natural channel, making this an even bigger win for our products.

In natural, our Black Olives & Walnut bar ranks #200 out of these 2,000 flavors, and is growing 330% year over year in terms of units. Just as strong, our Apricot & Pistachio Yogurt bar ranked #210, with 340% growth. These numbers are very encouraging!

From the same SPINS report, we have had early success at Kroger in our first six months since launch into the conventional channel. We have already achieved an average velocity of 4. KIND, the category leader, has an average velocity of 8. KIND, of course, sells 20 flavors at Kroger and is present in all 2,100 stores (vs. Mediterra's 4 flavors and 660 locations). Even so, we are very happy to see our velocity growing and our gap against leading brands narrowing. Some of the brands we are displacing have been around for decades, with many more flavor offerings on shelf and a long-term established consumer following.



*Source: SPINS.*

Our central concern at this stage is that the use of TPRs and other pricing tactics in order to drive consumption and trial is heavier than anticipated. This is industry practice, but the deeper discounting is beginning to impact our margins. We believe it is only a matter of time until we grow our way out of this situation, but getting to profitability is

---

[2] SPINScan Natural & Conventional Cannels, 24 weeks ending 1/24/2016.



obviously a key area of focus and pricing must continue to be monitored carefully.

*2016 Growth Plans*

Our original 2015 projections had assumed additional accounts, which have now landed in 2016. Mediterra shipped pipeline sales for a March launch in 1,500 Albertsons-Safeway stores (#2 conventional grocery chain after Kroger), 200 ShopRite (conventional grocery) stores as well as to McLane, the country's #1 distributor.

McLane alone reaches over 90,000 locations in the US – most of which are grocery stores, convenience stores, bookstores, and commissaries.

Our first account with McLane is 7-Eleven, the nation's largest convenience store chain. We expect to enter approximately 1,000 stores and quickly expand  to an additional 2,000 stores nationwide. All of the 7-Eleven stores that will carry Mediterra also offer other highly regarded "better for you" nutrition bars. In other words, we are being careful about brand-safe distribution locations that keep Mediterra elevated and aspirational while still enjoying mass-market reach.

McLane now represents a much bigger opportunity since we are listed in all of its distribution centers. This allows us to access additional accounts serviced by McLane with little to no friction.

We are also thrilled to be launching with Wegmans in 100 locations in the Northeast. Wegmans is a conventional grocery retailer with a near-cultish customer following. Success in this account could drive significant growth with other accounts who view Wegmans as a bellwether.

Closer to home, we have struck a partnership with BCS Royal. This distributor services the NY-NJ-CT tri-state area around our US headquarters and, as of February, Mediterra is present in 160 small grocery and convenience stores, including forty in Manhattan.



*Direct to Consumer Initiatives*

On the other end of the spectrum, we have begun going after consumers directly, in order to solicit feedback and evangelize our brand in a more personal way.

In an effort to educate consumers about our brand and products, we launched a marketing program with HSN (Home Shopping Network). The first live airing occurred on February 22nd, during which we had a 10-minute presentation. According to HSN, approximately 350,000 viewers saw the show. We exceeded sales expectations and have been provided with a new slot for May 2nd. You can see the video recording of the Feb 22nd show by visiting this link: http://bit.ly/1TzmXlc.



*Amy Goldsmith appearing on HSN to promote Mediterra*

We have also launched our own direct-to-consumer online store, located at http://shop.mediterranutrition.com/. This initiative, while still in its early days, is highly profitable and allows us to establish a deeper relationship with our customers. Through the store, we can monitor re-order rates, initiate sampling and collect customer feedback. It also enables us to experiment with search engine and social media advertising, giving us unique insights into our consumers and their behavior. We hope to grow this channel from approximately $30,000 in annual sales to over $250,000 in the next year.



*Industry Conventions*
During 2015, Mediterra presented at several industry shows including Natural Product Expo West (*March 2015*), Chicago Sweet & Snack (*May 2015*), Natural Products Expo East (*Sept 2015*), CHFA East Canada (*Sept 2015*), as well as several regional distributors shows (*KEHE, UNFI, Royal, Levinson*). The feedback received at these shows was exceptional both on the brand and products.

### National Product Expo East, 2015



*Left to right: Telemaque Lavidas (Founder), Paul Pruett (US CEO), Amy Goldsmith (PR), Marty Hagge (Sales), Kerry Laramie (Alternative Channels), Mike O'Connor (National Sales)*



*Market Trends*
The market for nutrition bars continues to grow at a rapid pace – over 8% per year for the past five years – with retail spending on combined nutrition and cereal bars expected to approach $8.3 billion in 2016.

*Projected Retail Sales of Nutrition Bars ($ millions)*



*Source: Packaged Facts – combined U.S. retail sales for cereal, granola, energy and nutrition bars.*

This expansion helps Mediterra, but the real source of growth for us stems from the fact that our products fit so squarely into the broader health trends that are being re-discovered by consumers and health practitioners. The gluten free and non-GMO movements may be in the news, but the core tenets of the Mediterranean Diet never go out of style. In fact, they are ever more popular.

As we know, the Mediterranean Diet has been studied and noted by scores of leading scientists as one of the healthiest lifestyles in the world. Recently, the *US Dietary Guidelines Advisory Committee,* which shapes the country's official dietary guidelines, suggested that Americans follow a Mediterranean-style diet. This only supports our already robust outreach to Registered Dieticians and other healthcare professionals.

As people seek out healthier, low-sugar, natural foods in greater numbers, Mediterra will continue to grow. This is starting to show in the feedback and compliments we receive from consumers.



## Consumer Feedback

We are thrilled with our customers' feedback to date. During in-store demos and sampling that took place in 190 Kroger stores, consumers were asked if they would recommend our products to their friends after trying 2 of our bars. **93%** of consumers answered "yes" for our Cherry & Pistachio flavor, and **59%** of consumers answered "yes" for our Black Olives & Walnut bar. Given that no other savory bar brand exists in the market, we are very encouraged to have received such positive reviews on savory.

In September, we launched an online program aimed at triggering product trial with consumers. For just $1, a consumer can sign up to receive any two bars of their choosing. This allows us both to add the consumer to our marketing list as well as to gather the critical feedback we are looking for. This initiative is promoted on social media, and we have already sampled 1,350 US households. The program is followed up with online surveys, which show that over 80% of respondents rated our bars at least 4 out of 5 on a quality survey. Additionally, 77% said they would recommend Mediterra to others.

Consumers can be wary of our products when seeing savory bars for the first time. Once they try, however, they tend to be pleasantly surprised with the product experience. For this reason, TPRs and in store demos are key to promoting market awareness and trials.



## Advertising and Marketing

In consultation with our branding agency, Air Paris, we have begun several great initiatives to drive consumer awareness and build the core brand message. Whether through influencers, social media, traditional public relations or tradeshows and media, we are making progress on every front.

*Social media*
We have cultivated an engaged and growing following on social media across all channels. Without buying any likes or followers, we have reached almost 30,000 Facebook followers who engage with the brand and our message. We regularly post recipes, workout tips, aspirational lifestyle visuals and other items that resonate with our audience and live within the guidelines of Mediterra as a lifestyle brand.







*Public Relations and Communication Strategy*
We are thrilled that in 2015, Mediterra appeared in more than 120 trade and consumer publications. This was largely driven by our PR agency, GK Communications, which is headed by Amy Goldsmith. Amy's work has paid off in droves, as we can see online sales and visits spike whenever we get mentioned in a consumer publication (Us Weekly, Shape, etc.).





*Select Press Coverage for Mediterra*



*Karlie Kloss endorsement in Us Weekly; callout in Shape Magazine*



## Global Expansion

As you are no doubt aware, the US & Canada are our first commercial markets. We have already begun select discussions with international territory partners, and we are happy to announce that Mediterra will be launched in Japan and France in 2016! Our strategy for all markets is to collaborate with key local distributors who share our vision and who will be good brand partners. We are now focused on these key additional markets and do not plan to expand to more countries until we substantially grow the US market further.

Even so, we have already begun to secure our intellectual property and trademarks worldwide. During 2015, we managed to achieve several registrations of our trademarks in additional key territories and, at this point, Mediterra has strong global protection. We are registered in 23 key global markets, and have filed in additional countries such as India, Mexico and Brazil.



*Global intellectual property footprint for Mediterra*



## Financial Performance

We are still a young company trying to establish a footprint in a large market and, as a result, our most important metric for the foreseeable future is top-line growth and distribution footprint. Since hitting the shelves about 18 months ago, our US team has done a tremendous job growing our accounts and increasing same store sales. Velocities are expanding, coming closer to our projected unit sales performance. Unfortunately, this is a costly proposition, and our margins have not risen to the levels we had projected.

The temporary price reductions we have initiated have performed very well, but also necessitate deeper price reductions than we anticipated. Further, our channel partners are advising us to keep promoting as much as we can afford, given the lift they are seeing in resulting sales. We are eager to do so, but must keep an eye on margins and the company's cash position in the meantime.

We have undertaken several initiatives to improve gross margins. First among those is adjusting the weight of the savory bars from 40g to 35g in response to feedback from our wholesale buyers. We have also begun to source certain ingredients directly, rather than rely on our co-packers. This enables us to more accurately predict and control our costs, and should have an effect on margin in the coming quarters. Finally, we have re-visited existing formulations and are keeping costs in mind as we introduce new flavors, all with an eye towards reducing costs without compromising quality, flavor or nutritional profiles.

On the overhead side, we continue to run a very lean operation, with very few fixed expenses or salaries on our books. As we grow revenue, we should rapidly be able to cover our fixed expenses and be spending primarily on advertising, sales and marketing in order to continue our expansion into the market.

*Outlook for 2016*
We believe we are well positioned to grow our current accounts into a solid and profitable business, and we are on pace to meet our revised 2016 forecast.



Our ending cash position for 2015 was just shy of $1 million. While we believe we can continue to grow without another infusion of capital in the near term, it may be advantageous to expand our marketing budget in order to cement our first-mover advantage in the savory nutrition bar market. Our team is evaluating our options and marketing programs for the year, and we will be in regular communication with our investors throughout 2016 as we consider our capital structure and liquidity position.

In summary, the response from the market and consumers continues to be very positive. Our success is starting to be reflected in our financial statements, which are included on the following pages. The whole team remains enthusiastic about Mediterra, and we are extremely excited to have your support as we continue to grow and succeed in the year ahead.

Thank you.



*Income Statement*

| FYE December 31 | 2013 | 2014 | 2015 |
|---|---|---|---|
| *Sales* | | | |
| Gross Product Revenue | $0 | $456,452 | $1,333,633 |
| Shipping and Delivery Income | 0 | 201 | 52 |
| Sales Discounts | 0 | (41,193) | (167,507) |
| Free Fill & Other | 0 | 0 | (11,956) |
| **Net Revenue** | 0 | 415,460 | 1,154,222 |
| Cost of Merchandise | 0 | 236,276 | 477,319 |
| Freight, Logistics and Broker Fees | 0 | 81,301 | 483,675 |
| Cost of Sales | 0 | 317,578 | 960,994 |
| **Gross Profit** | 0 | 97,883 | 193,229 |
| *Product Gross Margin* | *NM* | *43%* | *59%* |
| *Overall Gross Margin* | *NM* | *24%* | *17%* |
| *Selling, General & Administrative* | | | |
| Advertising and Promotion | 97,442 | 313,319 | 517,421 |
| Insurance Expense | 1,116 | 41,766 | 70,177 |
| Intellectual Property | 40,111 | 13,674 | 914 |
| Payroll Expenses | 63,235 | 370,655 | 559,499 |
| Postage & Delivery | 145 | 26,490 | 48,603 |
| Professional Fees | 166,741 | 154,654 | 392,077 |
| Rent and Utilities | 12,085 | 38,123 | 103,234 |
| Research & Development | 709 | 90,714 | (58,138) |
| Travel, Meals and Lodging | 12,630 | 106,867 | 80,673 |
| Other Expenses | 2,509 | 31,076 | 159,223 |
| Total Expenses | 396,721 | 1,187,338 | 1,873,683 |
| **EBIT** | (396,721) | (1,089,456) | (1,680,455) |
| Taxes and Other Expenses | 10,835 | 6,720 | 23,415 |
| **Net Income** | (407,557) | (1,096,175) | (1,703,869) |

Note: unaudited financials were prepared according to U.S. GAAP. They are subject to change and amendment following accounting review.



*Balance Sheet*

| FYE December 31 | 2013 | 2014 | 2015 |
|---|---|---|---|
| *ASSETS* | | | |
| Cash | 1,731,953 | 440,858 | 992,207 |
| Accounts Receivable | 0 | 250,892 | 82,698 |
| **Inventory** | 0 | 159,606 | 660,319 |
| Prepaid Expenses | 2,171 | 90,913 | 2,427 |
| Other Current Assets | 3,389 | 3,035 | 8,196 |
| Current Assets | 1,737,513 | 945,304 | 1,745,847 |
| | | | |
| Fixed Assets | 0 | 27,250 | 22,601 |
| Security Deposit | 4,000 | 20,000 | 20,000 |
| Equity in Subsidiary | 1,000 | 1,000 | 1,000 |
| **Total Assets** | **1,742,513** | **993,554** | **1,789,449** |
| | | | |
| *LIABILITIES & EQUITY* | | | |
| Accounts Payable | 37,103 | 287,897 | 360,647 |
| Credit Cards | 3,413 | 12,625 | 17,968 |
| Accrued Expenses | 0 | 81,210 | 0 |
| Taxes Payable | 0 | 6,000 | 3,881 |
| Current Liabilities | 40,515 | 387,731 | 382,496 |
| | | | |
| Total Liabilities | 40,515 | 387,731 | 382,496 |
| | | | |
| Capital Stock | 2,109,554 | 2,109,554 | 4,614,554 |
| Retained Earnings | (407,557) | (1,503,732) | (3,207,601) |
| Total Equity | 1,701,997 | 605,822 | 1,406,953 |
| | | | |
| **Total Liabilities & Equity** | **1,742,513** | **993,554** | **1,789,449** |

Note: unaudited financials were prepared according to U.S. GAAP. They are
subject to change and amendment following accounting review.