# Exhibit 5

# 5 of Our Favorite Snack Bars of All-Time

**Upgrade snack time with these on-the-go treats.**

**By Jessica Migala**



Photo: Richard Majchrzak/Studio D.



## Best for Meal Skippers: <u>Perfect Bar (http://www.perfectbar.com/)</u>

These nut butter– and honey-based bars pack in 20 "hidden" superfoods—like kale, spinach, alfalfa, and kelp—so successfully, you'd never know you were eating greens. Find them in the grocery store's refrigerated section; cool temps help keep them fresh and maintain their smooth texture. At 220 to 330 calories, with 8 to 17 grams of protein, 2 to 6 grams of fiber, and 12 to 18 grams of fat, these bars are seriously satiating. A real meal is always best, says Lauren Schmitt, a registered dietitian in L.A., but in a pinch, these make a solid swap.

OPRAH.COM (/)

(//www.oprah.com
tv.html?
utm_source=violat



Photo: Richard Majchrzak/Studio D.

   

## Best for Sweets Cravers: Curate Bars (http://www.curatesnacks.com/)

Fancy flavor combos, like dark chocolate/strawberry/pistachio and balsamic vinegar/fig/hazelnut, make these 190- to 200-calorie gluten-free bars feel decadent. Thanks to their high fiber and protein content, they're a craveworthy alternative to a candy bar, and their eight to 12 grams of fat comes mainly from heart-healthy nuts.



Photo: Richard Majchrzak/Studio D.



## Best for Sugar Watchers: Mediterra Savory Bars (http://www.mediterranutrition.com/)

Inspired by the Mediterranean diet, these bars include the meal plan's hallmarks (nuts and seeds, olive oil, veggies, and fruits) in inventive savory flavors like kale and pumpkin seeds or olive with walnuts. Combinations of pea crisps, nuts, and seeds help supply a healthy amount of protein (five to six grams per bar) and fat (six to ten grams), while veggies, fruits, and grains add a fiber boost. Best of all, some bars contain as few as 140 calories—and only one to four grams of sugar.



Photo: Richard Majchrzak/Studio D.



## For Picky Eaters: That's It. Fruit Bars (http://www.thatsitfruit.com/)

These bars keep it simple: They incorporate apple plus one other fruit, such as cherries, banana, blueberries, or strawberries. For 100 to 110 calories, the company claims you'll get one to two cups of fruit per bar. It's not the same as eating fresh fruit (a cup of fresh strawberries provides you with more than your daily vitamin C quota; the bar has only a fraction of that), but some nutrients are retained, says Schmitt, including a good amount of fiber.

(//www.oprah.com
tv.html?
utm_source=violat



Photo: Richard Majchrzak/Studio D.

   

## Best for Waist Whittlers: Wilde (http://www.wildesnacks.com/)

Low in calories and sugar but high in protein, meat bars like these are officially a thing—and they're tasty. Wilde combines oven-baked, responsibly raised meat, such as grass-fed beef, with fruits, veggies, seeds, or nuts; the turkey-cranberry flavor, for instance, is made with chia seeds, flaxseeds, butternut squash, apples, and sage. "The protein will help keep you full until dinner," says Schmitt.

From the August 2016 issue of *O, The Oprah Magazine (http://www.oprah.com/app/o-magazine.html)*

# RELATED VIDEO