# Exhibit 6

*Story from* FOOD & DRINKS

# A Savory Snack Bar Exists — & It's Good

ELIZABETH BUXTON

  

What's on my desk this week? A savory bar from Mediterranean-inspired snack company Mediterra. When we think of savory snacks, what do we think of? Chips, pretzels, nuts, and a plethora of other salty-crunchy products come to mind. But bars? Now those we usually associate with sweeter snacking situations (e.g. granola bars, fruit bars, candy bars etc.) And in the few times we've encountered savory options, they've been beef jerky-fied. Which is exactly why when Mediterra's bars crossed my path, I was hooked.

The packaging was light, bright, and fresh — with a saturated picture of kale, quinoa, almonds, and some pom seeds skewered with a fork on the front. At first glance, it seemed to be suggesting itself as a salad bar of sorts! Intriguing. Once opened the bar looked more like a puffed cereal bar with beige tones and flecks of green seasoning and dots of red (presumably from the pomegranate). The scent was fairly neutral with a hint of spice — and the taste? Slightly sweet with punches of peppery notes and bites of basil. The texture was crunchy in the way a softer, chewier granola bar might be. But the taste was distinctly different; the savory certainly outweighed the sweet, and it was the combo of the two that brought the bar together (i.e. without the hint of sweet, the peppery herb notes might have been too overwhelming). The brand also offers five other separate savory flavors, available for $1.99 a piece, so you can pick a profile to match your specific tastes: Kale, Apple, Quinoa, & Almonds; Kale & Pumpkin Seeds; Bell Peppers & Green Olives; Sundried Tomato & Basil; Black Olives & Walnuts. All the flavors are gluten-free.

*Hot Tip: Spread a thin layer of salty nut butter atop on of these bad boys to heighten the sweet-salty, creamy-crunch factor.

*Welcome to Snack On This! A weekly series on all-things crunchy, crispy, smooth, savory, and sweet. Join us as we munch our way through the latest snacks that get a big thumbs up from our food team. (That usually means they've made it all the way from our mail pile to a more permanent spot in our not-so-official snack drawer.) Got suggestions for next week? Throw 'em our way in the comments below.*