# Exhibit 9

**Mediterra Holdings SA - Cap Table - Series C Financing Round**

| | Current Shares | | | | Investment August 2017 | | | Post Investment - ND | | | | | Post Investment - FD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Common Sh. | Pref. A Shares | Pref. B Shares | % | USD / Total shares | Pref. C Shares | % | Common Sh. | Pref. A Shares | Pref. B Shares | Pref. C Shares | % | Common Sh. | Pref. A Shares | Pref. B Shares | Pref. C Shares | % |
| **Founder Shareholder** | | | | | | | | | | | | | | | | | |
| T&A Holdings Luxembourg Sàrl | 99,000 | | | 67.00% | | | | 99,000 | | | | 60.88% | 99,000 | | | | 51.78% |
| Spyros Foteinos | 1,000 | | | 0.68% | | | | 1,000 | | | | 0.61% | 1,000 | | | | 0.52% |
| | | | | | | | | | | | | | | | | | |
| **Series A Investors** | | | | | | | | | | | | | | | | | |
| Re Gotham LLC, 767 Fifth Avenue, 40th floor, C/O Lisa Somar, New York, NY 10153 | | 7,143 | 1,339 | 5.74% | | | | | 7,143 | 1,339 | | 5.22% | | 7,143 | 1,339 | | 4.44% |
| Demergon Funds SA. 28-32. Place de la Gare. L – 1616 Luxembourg. Grand Duchy of Luxembourg | | 7.143 | 2.586 | 6.58% | | | | | 7.143 | 2.586 | | 5.98% | | 7.143 | 2.586 | | 5.09% |
| Yannis Valambous, Flat 9 Greycoat House, 27 Greycoat Street, London SW1P 2QF | | 5,714 | 1,339 | 4.77% | | | | | 5,714 | 1,339 | | 4.34% | | 5,714 | 1,339 | | 3.69% |
| David Steinhardt, 104 Wooster St apt 2s, New York, NY 10012 | | 4,286 | 223 | 3.05% | | | | | 4,286 | 223 | | 2.77% | | 4,286 | 223 | | 2.36% |
| Ioannis Pipilis, 8 Hollywood Road, London, SW10 9HY, UK | | 2,857 | 892 | 2.54% | | | | | 2,857 | 892 | | 2.31% | | 2,857 | 892 | | 1.96% |
| Hellas Geniki Investments SA, Calle 52 y Elvira Mendez, P.O. Box 0816-06805, Panama, R.P. | | 1,429 | 803 | 1.51% | | | | | 1,429 | 803 | | 1.37% | | 1,429 | 803 | | 1.17% |
| | | | | | | | | | | | | | | | | | |
| **Series B Investors** | | | | | | | | | | | | | | | | | |
| Tamal LLC, 40 East 80th Street, Apt 20A, New York, NY 10075 | | | 714 | 0.48% | | | | | | 714 | | 0.44% | | | 714 | | 0.37% |
| Antonio Jose Gracias, 875 N. Michigan Avenue, Suite 3214, Chicago, IL 60611 | | | 714 | 0.48% | | | | | | 714 | | 0.44% | | | 714 | | 0.37% |
| ████████████ | | | 1,286 | 0.87% | | | | | | 1,286 | | 0.79% | | | 1,286 | | 0.67% |
| Sarissa Capital Domestic Fund LP, 660 Steamboat Road, 3rd Floor, Greenwich, CT 06830 | | | 714 | 0.48% | | | | | | 714 | | 0.44% | | | 714 | | 0.37% |
| Nikolaos Fragkistas, 23, Yakinton Street, Palaio Psychico, Athens, Greece, 15452 | | | 536 | 0.36% | | | | | | 536 | | 0.33% | | | 536 | | 0.28% |
| Nicole Sabrina Gertner, 254 Park Avenue South, Apt 7d, New York, NY 10010 | | | 1,428 | 0.97% | | | | | | 1,428 | | 0.88% | | | 1,428 | | 0.75% |
| Georgios Dionysios Bekatoros, Stratigou Kallari 26-28, Athens 154 52, Greece | | | 1,428 | 0.97% | | | | | | 1,428 | | 0.88% | | | 1,428 | | 0.75% |
| Miranta Patera, Em. Benaki 10, 15452 P. Psyhiko, Athens, Greece | | | 3,571 | 2.42% | | | | | | 3,571 | | 2.20% | | | 3,571 | | 1.87% |
| John Galantic, 230 Stuyvesant Avenue - Rye, NY 10580 | | | 357 | 0.24% | | | | | | 357 | | 0.22% | | | 357 | | 0.19% |
| Cepheus Hellas Investments SA, Calle 52 y Elvira Mendez, P.O. Box 0816-06805, Panama, R.P. | | | 714 | 0.48% | | | | | | 714 | | 0.44% | | | 714 | | 0.37% |
| Eleni Zarakoviti Fragkista, 2, Gounari Street, Kifisia, Athens, Greece, 14561 | | | 535 | 0.36% | | | | | | 535 | | 0.33% | | | 535 | | 0.28% |
| | | | | | | | | | | | | | | | | | |
| **Series C Investors** | | | | | | | | | | | | | | | | | |
| TKG Investments LLC, 2 Prospect Village Plaza, Clifton, NJ 07013 | | | | | $ 173,175 | 1,218 | 8.20% | | | | 1,218 | 0.75% | | | | 1,218 | 0.64% |
| Garden & Partner SA, Rue de la Presse 4, 1000 Brussels | | | | | $ 183,901 | 1,293 | 8.70% | | | | 1,293 | 0.80% | | | | 1,293 | 0.68% |
| PRIDE CAPITALS SA, Calle 51 Este, Manuel Maria Icasa, Edifico Magna Corp, local numero 5. PB, Panama | | | | | $ 1,500,000 | 10,553 | 71.03% | | | | 10,553 | 6.49% | | | | 10,553 | 5.52% |
| Dimitri Katsachnias, E. Venizelos 146A, Nea Erythrea, 14671 Greece | | | | | $ 255,000 | 1,794 | 12.07% | | | | 1,794 | 1.10% | | | | 1,794 | 0.94% |
| | | | | | | | | | | | | | | | | | |
| **Incentive Plan** | | | | | | | | | | | | | | | | | |
| Existing conditional capital | | | | | | | | | | | | | 26,074 | | | | 13.64% |
| New additional conditional capital | | | | | | | | | | | | | 2,498 | | | | 1.31% |
| | | | | | | | | | | | | | | | | | |
| **Total** | 100,000 | 28,572 | 19,179 | | $ 2,112,076 | 14,858 | 100.00% | 100,000 | 28,572 | 19,179 | 14,858 | | 128,572 | 28,572 | 19,179 | 14,858 | |
| | | | TOTAL | 147,751 100.00% | | | | | | TOTAL | 162,609 100.00% | | | | TOTAL | 191,181 100.00% | |

| **Series C Investment** | |
|---|---|
| Subscription price per share on a non-diluted basis | $ 142.1310 |
| Total investment Series C | $ 2,112,076.00   0 |