# Exhibit 13

**From:** Miranda Patera
**To:** Telemaque Lavidas
**Subject:** Re: Mediterra Series B
**Date:** Saturday, January 3, 2015 5:38:43 AM

Dear Telemaque,

It was a pleasure seeing you too.  I will study the investors presen=ation and I ll get back to you.

Wishing you health=and happiness for 2015.

Regards,
Miranda=/div>


Sent from my iPhone

On 2 Iaν=2015, at 6:09 μ.μ., Telemaque Lavidas <tlavidas@mediterranutrition.com> wrote:

> Dear Miranda,It was a pleasure seeing you few days ago. Following our chat, and as per y=ur request, please find attached the Investor presentation deck as well as o=r latest letter to investors.
> For this Series B, we are rai=ing a minimum of 2.75 million USD (and up to 3.25 million USD). We have alr=ady received commitments for $2mm and there is strong interest from several=parties for  the rest. We plan to close the raise during the month of J=nuary.
> Thank you for your interest & I look forward to h=aring back from you.
> Warm Regards,
> Telemaque
> -=
>
>
>
> **TELEMAQUE LAVIDAS**
> Founder & Managing Director
>
> Mobile  +1 646 251-7611
>
> =/div>
> Mediterra Holdings SA
> MediterraNutrition.com
>
> <Mediterra Series_B_12.=4.14_SCREEN .pdf>
>
> <O=tober_2014_Update letter.pdf>

=

USAO_SDNY_000019855