# Exhibit 14

**From:**     Miranda Patera
**To:**       Telemaque Lavidas
**Subject:**  Re: Mediterra Series B
**Date:**     Wednesday, January 7, 2015 1:20:28 PM

Dear Telemaque,
I studied th= presentation of Mediterra products and I am interested in investing in you= company. I ll get back to you regarding the amount of my investment.
=div>
Regards,
Miranda

Sent from my iPhone

On 2 Iαν 2015, at 6:09 μ.μ., Telemaque L=vidas <tlavidas@medit=rranutrition.com> wrote:

Dear Miranda,
It was a pleasure seeing you few days ag=. Following our chat, and as per your request, please find attached the Inv=stor presentation deck as well as our latest letter to investors.
For this Series B, we are raising a minimum of 2.75 million USD (and u= to 3.25 million USD). We have already received commitments for $2mm and th=re is strong interest from several parties for  the rest. We plan to c=ose the raise during the month of January.
Thank you for yo=r interest & I look forward to hearing back from you.
Warm Re=ards,
Telemaque
--
=img src="http://i62.tinypic.com/25zowf6.jpg">

**TELEMAQUE LAVIDAS**
Founder & M=naging Director

Mobile  +1 646 251-7611

=a href="http://mediterranutrition.com/" target="_blank">
<Mediterra Series_B_12.=4.14_SCREEN .pdf>

<O=tober_2014_Update letter.pdf>

=

USAO_SDNY_000019856