# Exhibit 15

**From:**      George Nikas <george.nikas@gmail.com>
**Sent:**      Fri, 23 Sep 2016 10:54:37 -0400
**Subject:**   [Scan] 2016-09-23 10:52
**To:**        tlavidas@mediterranutrition.com
2016-09-23 10-52.pdf

For your records .

gn

--
Sent with Genius Scan (+) for iOS.
http://dl.tglapp.com/genius-scan

---

For your records .

gn

--
Sent with Genius Scan (+) for iOS.
http://dl.tglapp.com/genius-scan

## LOAN AGREEMENT

**THIS AGREEMENT** is made as of the 22nd day of September 2016

<u>**BETWEEN**</u>:

**Mr. Gerogios Nikas** , of 10 Em.Mpenaki str,  Psychiko 15452, Athens, Greece

hereinafter referred to as the "**Lender**",

<u>**AND**</u>:

**Mediterra Holdings S.A.**, a company organized and existing under the Laws of Switzerland, whose registered office is at Boulevard de Grancy 1, 1006, Lausanne, Switzerland

hereinafter referred to as the "**Borrower**".

<u>**PREAMBLE**</u>

1.      Whereas the Borrower has requested from the Lender a credit facility in an amount of USD 200,000 to be applied against working capital needs.

2.      Whereas the Lender has agreed to grant to the Borrower an interest bearing loan for the total amount of USD 200,000.

3.      Whereas the Parties have decided to record their agreement under the terms and conditions of this agreement (the "**Agreement**").

<u>**NOW THEREFORE, IT IS AGREED AS FOLLOWS**</u>:

### 1. Loan

The Lender hereby agrees to lend to the Borrower, and the Borrower agrees to borrow from the Lender the principal amount of USD 200,000 (two hundred thousand US Dollars) (the "**Loan**") under the terms and conditions set forth herein.

### 2. Duration

The duration of the Loan is hereby agreed at eighteen (18) months   starting as of September 22nd 2016, unless the parties mutually agree to extend the duration of the Loan.

### 3. Draw down

The Loan shall be drawn down by the Borrower in one installment, as of the date hereof, by wire transfer to Borrower's account with the following details:

PA\326446.3



Bank Name & Address: CREDIT SUISSE

Rue du Lion d'Or 5-7, 1002 Lausanne, Switzerland

**4. Interest, Repayment**

The Loan will bear an interest at a rate of 10% p.a., on the basis of a 360-day year consisting of twelve 30-day months. All capital and Interest are payable in one installment at the end of the duration of the Loan., i.e. March 21st, 2018.  Notwithstanding the above, it is agreed between the Parties that the Borrower shall have the right, at its discretion, to repay the Loan (capital plus interest), at any time, even prior to the end of its duration.

**5. Payments**

If the Borrower is required to withhold or deduct any amount of or on account of taxes from any payment made under or with respect to the Loan, the Borrower will pay such additional amounts as may be necessary, so that the net amount received by the Lender after such withholding or deduction will not be less than the amount the Lender would have received if such taxes had not been required to be withheld or deducted.

**6. Severability**

If any provision contained in this Agreement or any document executed in connection herewith shall be invalid, illegal or unenforceable in any respect under any applicable law, the validity, legality and enforceability of the remaining provisions contained herein shall not in any way be affected or impaired and such invalid, illegal or unenforceable provision shall at the request of the Lender be replaced by other provisions which shall be consistent with the purpose and intent of this Agreement.

**7. Governing Law**

This Agreement shall be governed by, construed and enforced in accordance with the Laws of Switzerland.

**8. Jurisdiction**

Any dispute arising from or in relation to this Loan Agreement shall be subject to the exclusive jurisdiction of the ordinary courts at the seat of the Borrower.

The Lender                                    For the Borrower
                                              Mediterra Holdings S.A.


_____                               _____
Georgios Nikas                                Telemaque Lavidas

PA\326446.3