# Exhibit 16

# Mr. DAVID STEINHARDT

## and

# MEDITERRA HOLDINGS S.A.

---

## LOAN AGREEMENT

## for USD 250.000

## LOAN AGREEMENT

**THIS AGREEMENT** is made as of the 25th day of November 2016

**BETWEEN:**

**David Steinhardt**, of 120 East End Avenue, Apt. 7A, New York, NY, 10028 USA hereinafter referred to as the "**Lender**",

**AND:**

**Mediterra Holdings S.A.**, a company organized and existing under the Laws of Switzerland, whose registered office is at Boulevard de Grancy 1, 1006, Lausanne, Switzerland

hereinafter referred to as the "**Borrower**".

**PREAMBLE**

1.  Whereas the Borrower has requested from the Lender a credit facility in an amount of USD 250,000 to be applied against working capital needs.

2.  Whereas the Lender has agreed to grant to the Borrower an interest bearing loan for the total amount of USD 250,000.

3.  Whereas the Parties have decided to record their agreement under the terms and conditions of this agreement (the "**Agreement**").

**NOW THEREFORE, IT IS AGREED AS FOLLOWS:**

**1. Loan**

The Lender hereby agrees to lend to the Borrower, and the Borrower agrees to borrow from the Lender the principal amount of USD 250,000 (two hundred and fifty thousand US Dollars) (the "**Loan**") under the terms and conditions set forth herein.

**2. Duration**

The duration of the Loan is hereby agreed at eighteen (18) months starting as of November 25th 2016, unless the parties mutually agree to extend the duration of the Loan.

**3. Draw down**

The Loan shall be drawn down by the Borrower in one installment, as of the date hereof, by wire transfer to Borrower's account with the following details:

RA\326446.3



Bank Name & Address: CREDIT SUISSE

Rue du Lion d'Or 5-7, 1002 Lausanne, Switzerland

## 4. Interest, Repayment

The Loan will bear an interest at a rate of 10% p.a., on the basis of a 360-day year consisting of twelve 30-day months. All capital and Interest are payable in one installment at the end of the duration of the Loan, i.e. May 24th, 2018. Notwithstanding the above, it is agreed between the Parties that the Borrower shall have the right, at its discretion, to repay the Loan (capital plus interest), at any time, even prior to the end of its duration.

## 5. Payments

If the Borrower is required to withhold or deduct any amount of or on account of taxes from any payment made under or with respect to the Loan, the Borrower will pay such additional amounts as may be necessary, so that the net amount received by the Lender after such withholding or deduction will not be less than the amount the Lender would have received if such taxes had not been required to be withheld or deducted.

## 6. Severability

If any provision contained in this Agreement or any document executed in connection herewith shall be invalid, illegal or unenforceable in any respect under any applicable law, the validity, legality and enforceability of the remaining provisions contained herein shall not in any way be affected or impaired and such invalid, illegal or unenforceable provision shall at the request of the Lender be replaced by other provisions which shall be consistent with the purpose and intent of this Agreement.

## 7. Governing Law

This Agreement shall be governed by, construed and enforced in accordance with the Laws of Switzerland.

## 8. Jurisdiction

Any dispute arising from or in relation to this Loan Agreement shall be subject to the exclusive jurisdiction of the ordinary courts at the seat of the Borrower.

The Lender

David Steinhardt

For the Borrower
Mediterra Holdings S.A.

Telemaque Lavidas

PA\326446 3