# Exhibit 17

**MEDITERRA HOLDINGS SA**
**CONFIDENTIAL INFORMATION STATEMENT**
**Rights Offering**

August 10, 2017

**To the Shareholders of Mediterra Holdings SA:**

The information contained in this Confidential Information Statement (the "***Information Statement***") is confidential and proprietary to Mediterra Holdings SA, a Swiss company (the "***Company***"), and is being provided to holders of the Company's shares (the "***Shareholders***") solely for such Shareholders' confidential use with the express understanding that, without the prior express written permission of the Company, such Shareholders will not release this document or discuss the information contained in this document or make reproductions of, disseminate, or use this document for any purpose other than evaluating the matters set forth herein.

The Company is furnishing this Information Statement to the Shareholders to determine their level of interest in participating in a capital increase and rights offering by the Company, as further described below (the "***Rights Offering***").

Attached to this Information Statement is a Notice of Interest (the "***Notice of Interest***"), which is to be executed by each Shareholder to indicate his, her or its level of interest in participating in the Rights Offering. The Company plans to hold a shareholders' meeting to approve the Rights Offering on August 31, 2017, 11am CEST, and then to close the Rights Offering as soon as practicable thereafter. Accordingly, the Company needs to finalize which Shareholders will participate in the Rights Offering or the Purchase Offer. **As a result, the Company requests that you execute and return the Notice of Interest no later than 5:00 p.m., New York Time, on August 18, 2017 regardless of whether you desire to participate in the Rights Offering. If you do not complete and execute the Notice of Interest and return it to the Company by 5:00 p.m., New York Time, on August 18, 2017, you will have been deemed to have waived your statutory preemptive rights and no longer be entitled to participate in the Rights Offering and to purchase Preferred Shares thereunder.**

The terms the "Company," "Mediterra", "we," "us" and "our" refer to Mediterra Holdings SA, unless the context otherwise indicates. The information in this Information Statement is qualified in its entirety by reference to the definitive financing documents, as further described below. To the extent there is a conflict between this Information Statement and the financing documents, the financing documents themselves shall control.

**THIS INFORMATION STATEMENT DOES NOT CONSTITUTE AN OFFER BY THE COMPANY TO SELL AND ISSUE, OR A SOLICITATION OF ANY OFFER TO BUY, SHARES OF THE COMPANY'S CAPITAL STOCK. FURTHERMORE, THIS INFORMATION STATEMENT DOES NOT CONSTITUTE A PROSPECTUS PURSUANT TO ART. 652A AND/OR 1156 OF THE SWISS CODE OF OBLIGATIONS OR ART. 27 ET SEQ. OF THE LISTING RULES OF THE SIX SWISS EXCHANGE. ALL OFFERS AND SALES OF SHARES OF THE COMPANY'S CAPITAL STOCK WILL BE MADE PURSUANT TO DEFINITIVE FINANCING DOCUMENTS.**

**IN MAKING AN INVESTMENT DECISION YOU ARE URGED TO CONSULT WITH YOUR OWN LEGAL, FINANCIAL AND TAX ADVISORS. THIS INFORMATION STATEMENT DOES NOT, AND DOES NOT PURPORT TO, SET FORTH RISKS OF**

INVESTING IN THE COMPANY.  SUCH RISKS ARE SUBSTANTIAL, ESPECIALLY FOR PRIVATE COMPANIES (LIKE THE COMPANY) WITH LIMITED OPERATING HISTORIES.

## I.    CURRENT FINANCIAL STATUS.

### A.    INITIAL SITUATION – SERIES A AND SERIES B CAPITAL INCREASES

The Company is organized in the form of a Swiss stock corporation (*Aktiengesellschaft; société anonyme*) registered with the commercial register of the Canton of Vaud under the number CH-550.1.125.485-5 (IDE CHE-300.400.513) having its registered office at Lausanne Switzerland. The Company's core business consists of developing, marketing and distributing nutritional bars, nutritional supplements, health foods and other products related to general health and wellness.

The Company increased its share capital in a first round of financing (**"Financing Round A"**) by way of issuance of 28,572 Preferred A Shares in the Company with a nominal value of CHF 1.- per Preferred A Share, each fully paid-in in cash, thereby increasing the issued share capital of the Company by a nominal amount of CHF 28,572.- from CHF 100,000.- to CHF 128,572.-. That share capital increase was subscribed for a total equity investment of USD 2,000,000.00, at a price per share of USD 70.00.

The Company increased its share capital in a second round of financing (**"Financing Round B"**) by way of issuance of 19,179 Preferred B Shares in the Company with a nominal value of CHF 1.- per Preferred B Share, each fully paid-in in cash, thereby increasing the issued share capital of the Company by a nominal amount of CHF 19,179.- from CHF 128,572.- to CHF 147,751.-. That share capital increase was subscribed for a total equity investment of USD 2,505,000.00, at a price per share of USD 140.00, but with a discount in favor of Series A Investors.

Following the Series A and the Series B Capital Increases, the Company also increased the conditional capital for the issuance of shares upon exercise of options under the Company's participation plan to 15% of the new (increased) share capital.

### B.    POST SERIES B CAPITAL INCREASE - CONVERTIBLE DEBTS AND PAYABLES.

During the last twelve months, the Company received a loan from ▮▮▮▮▮▮▮▮ amounting as of today to USD 413,000.00, as well as a loan from an individual, namely Geo rgios Nikas, amounting as of today to USD 218,000.00. Those two loans are convertible and the lenders have expressed their agreement for conversion into equity.

Further, the Company received services from third party service providers, namely from The Kurzer Group, LLC, for a total amount of USD 1 73,000.00, and from Garden & Partner SA for a total amount of USD 438,901.00. The Company granted to those two service providers the options to convert their claims against the Company against shares and the said service providers have expressed their agreement for conversion into equity.

### C.    RIGHTS OFFERING.

The Company now intends to effect a rights offering to the Shareholders to raise additional capital (referred to as the "***Rights Offering***"). In the Rights Offering, the Company will increase the capital by a maximum nominal amount of an additional CHF 35,176.- by issuing a maximum amount of an additional 35,176 new shares at a price per share of USD 142.1310, which shall be deemed "Preferred C Shares" under the Shareholders Agreement, for a total maximum investment of USD 5,000,000.-. The Company will also increase the conditional capital for the issuance of shares upon exercise of options under the Company's participation plan to 15% of the new (increased) share capital.

The Company has found a new investor which has declared to be ready to participate in the Rights Offerings for a cash investment of USD 1,500,000.-. In order to permit that new investor to participate and to further permit the conversion into equity of the debts and payables referred to in Section I B above, T&A Holdings Luxembourg Sàrl has indicated that it will renounce to its subscription rights to the extent necessary.

If the Rights Offering does not raise capital (including conversion of debts and payables) in an amount equal to USD 5,000,000.00, then the Company will have the option to proceed in two tranches under the same terms and conditions, by way of the creation of an authorized share capital increase.

## II.    CURRENT BUSINESS STATUS.

We are extremely proud of what we achieved as a team, but more importantly, we are proud of the impact our products are having on the consumer snack category. As you know few months ago, we came close to forming a strategic partnership with ███████████████████████████.
As we finally decided to maintain our complete independence, our focus is to continue building our brand value by supporting our product on shelf, expand distribution with current & new accounts and continue innovating at the product level.

### Pre-Launch Activities
- Years in the making
- Completed branding and filed global trademark protections
- Consumer research
- R&D work and operations
- Co-packer due diligence

### Q4 2014 Launch
- Successful intro at Fancy Food
- Began field tests with various natural and conventional retailers
- Continued consumer studies and began rollout of DTC/online retail
- Partnered w/ brokers, UNFI, KeHe

### 2015–2016
- Optimized portfolio and packaging
- Focused on growth and performance with direct accounts
- Introduced various new flavors, including a runaway hit with Kale
- Streamlined ops, ready to grow

### Significant Achievements to Date
- Built defensible **intellectual property** portfolio
- Invested into solid branding and collateral
- Recruited experienced **industry experts** to team
- Aligned with excellent strategic advisors
- Developed **unique** and **versatile formulations**
- Partnered with high quality co-packers
- Drove broad distribution with **marquee accounts**
- Earned significant **positive media** support
- "Cracked the code" for low sugar savory bars. Extremely hard to develop good tasting low sugar bars.

### Future Initiatives
- Support products on shelf with push marketing
- Expand **e-commerce** channel, highly profitable
- Increase efforts around **on-shelf** merchandising
- Continue product optimization
- **Expand distribution** with current accounts
- Invest additional capital into **new platforms**
- Volume agreements to **reduce unit costs**
- Launch first line extension - Savory Bites

### III.   PURPOSE OF THIS INFORMATION STATEMENT.

This Information Statement is being distributed by the Company to determine the Shareholders' level of interest in participating in the Rights Offering by requesting each Shareholder to complete and return the Notice of Interest enclosed herewith.   The purpose of this Information Statement is to provide the Shareholders with information regarding the Rights Offering and the Purchase Offer in connection with the solicitation of the Notice of Interest.

Under Swiss law, you have a statutory right, but not the obligation, to participate in the Rights Offering based on your shareholding percentage in the Company.   This right may be exercised by you either in whole or in part.

This statutory preemptive right is a protection under Swiss law to allow you to retain your shareholding percentage in the Company by purchasing additional shares in the Company.   If you exercise your preemptive rights either in whole or in part, you will purchase new shares in the Company.   These new shares will be deemed "Preferred C Shares" under the Shareholders Agreement, which means they will have all the rights and privileges afforded to Preferred C Shares thereunder.

Upon your request, we will provide you individually with your shareholding percentage and your full preemptive right amount, it being specified that computation will be b ased on the proposed increase of capital in the Rights Offering in the maximum amount of USD 5,000,000.- for Preferred C Shares issued at USD 142,1310 per share.   This full preemptive right amount is the amount you have to invest in the Rights Offering in order to retain your current shareholding percentage in the Company in case of full increase of the share capital.   If you do invest a smaller amount, your shareholding percentage in the Company will be diluted. You may invest a larger amount. In that event, the Board of Directors will determine how to allocate any new shares that would not have been subscribed by other shareholders.

The Board reviewed and approved the Rights Offering and authorized the convocation of a shareholders meeting to approve the Rights Offering.   The Board believes that consummating the  Rights Offering, increasing the conditional capital for the Company's employee participation plan and entering into all related agreements are fair to and in the best interests of the Company and its shareholders, and recommends that the Company consummate the Rights Offering as described herein.

Instructions regarding the actions requested of each Shareholder are described below.

### IV.   TERMS OF RIGHTS OFFERING.

The terms of the shares issued in the Rights Offering will be very similar to the ones prevailing in previous Financing Rounds A and B, except as regards the price per share which is set at USD 142.1310 per share for all participants.   As in previous Financing Rounds, an investment agreement as well as a new shareholders agreement will have to be executed by the current shareholders and any new investor. Those new agreements will be circulated separately, together with a comparison against previous existing versions.

In addition, each Shareholder (regardless of whether such Shareholder intends to invest in the Rights Offering or not) will be required to execute a Power of Attorney. Said Power of Attorney is already attached hereto as **Exhibit B**, and you are kindly requested to send to back together with the notice of Interest.

If you have any questions or if would like further details on the Rights Offering, please contact Telemaque Lavidas, Chairman of the Company, at tlavidas@mediterranutrition.com.

## V.    ACTIONS REQUESTED OF YOU.

**After reviewing this Information Statement and the exhibits, <u>and regardless of whether you desire to participate in the Rights Offering</u>, it is requested that you:**

∞   Complete and execute the Notice of Interest, as applicable, attached hereto as **Exhibit A**;

∞   Complete and execute the Power of Attorney, attached hereto as **Exhibit B.**

**Following completion and execution of the Notice of Interest and of the Power of Attorney, please return them to Telemaque Lavidas of Mediterra Holdings SA, no later than 5:00 p.m., New York Time, on August 18, 2017, first by fax to +41 21 552 63 61 or by PDF to tlavidas@mediterranutrition.com, and then the original to the Company. If you do not complete and execute the Notice of Interest and return it to the Company by 5:00 p.m., New York Time, on August 18, 2017, you will have been deemed to have waived your statutory preemptive rights and no longer be entitled to participate in the Rights Offering and to purchase Preferred Shares thereunder. If you do not complete and execute the Power of Attorney and return it to the Company by 5:00 p.m., New York Time, on August 18, 2017, your voice will not be heard in the shareholders' meeting unless you attend personally.**

## VI.    ADDITIONAL INFORMATION.

The Company has attempted to provide sufficient information (through this Information Statement and the other information provided in the past) to assist in your review of the terms of the Rights Offering in order to determine whether or not you will participate in the Rights Offering. However, to the extent that you desire additional information concerning any of the matters described herein, please contact Telemaque Lavidas, Chairman of the Company.

The Board and management appreciate your continued support of the Company. Thank you.

Mediterra Holdings SA

Telemaque Lavidas, Chairman of the Board

**THIS INFORMATION STATEMENT WAS PREPARED FOR THE USE OF THE COMPANY'S SHAREHOLDERS IN CONSIDERING THE MATTERS DESCRIBED HEREIN. IT CONTAINS CONFIDENTIAL INFORMATION CONCERNING THE COMPANY. THIS INFORMATION STATEMENT AND THE INFORMATION CONTAINED HEREIN AND IN THE ATTACHED EXHIBITS MAY NOT BE DISCLOSED TO ANYONE BUT THE SHAREHOLDERS AND THEIR PROFESSIONAL ADVISORS, AND MAY NOT BE USED EXCEPT FOR THE PURPOSE DESCRIBED ABOVE.**

**EXHIBITS**

**EXHIBIT A**    Notice of Interest

**EXHIBIT B**    Power of Attorney