# Exhibit 18

**CREDIT SUISSE**

06.02.2018 / 00:58 CET

# International Payment without IBAN

Your order has been received for processing on 06.02.2018 and has been saved as a template in 'Holdings'. This order can no longer be edited.

Transaction no. DNX2-180206-CS-46412

Amount USD 100,000.00.

Please note: Depending on your selection of options on this page (e.g. currency, fees, priority) you will be debited with additional fees.

**Beneficiary's Account No.**

**Reason for Payment**

Sept 2016 loan repayment

**Beneficiary**

GEORGIOS NIKAS MIRANTA PATERA
230 W 56th St, New York, NY 10019

**BIC / SWIFT Address**

**Communication to CREDIT SUISSE (Switzerland) Ltd.**

**Bank of the Beneficiary**
NEW YORK COMMERCIAL BANK
615 MERRICK AVENUE  NEW YORK COMMUN
ITY BANCORP  11590-6644 WESTBURY,NY
United States of America

**Fees to Be Paid by**
Customer

**Paid in by**
Mediterra Holdings SA, Lausanne

**Amount**

**Payable in**

USD 100,000.00

USD

**Account to be Debited**

**Debit Advice**
No

**Booking Text**

**Execution Date**
06.02.2018

**Save in**
Holdings