# Exhibit 19



# Delaware

## The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF*

*DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT*

*COPY OF THE CERTIFICATE OF INCORPORATION OF "TECHNOMED INC.",*

*FILED IN THIS OFFICE ON THE TWENTY-SEVENTH DAY OF NOVEMBER,*

*A.D. 2018, AT 1:22 O`CLOCK P.M.*

*A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE*

*NEW CASTLE COUNTY RECORDER OF DEEDS.*



Jeffrey W. Bullock, Secretary of State

7166532  8100
SR# 20187819108

Authentication: 203970841
Date: 11-27-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:22 PM 11/27/2018
FILED 01:22 PM 11/27/2018
SR 20187819108 - File Number 7166532

CERTIFICATE OF INCORPORATION

OF

TECHNOMED INC.

FIRST:  The name of the corporation is:

TECHNOMED INC. (the "Corporation")

SECOND:  The address of the registered office of the Corporation in the State of Delaware is 251 Little Falls Drive, City of Wilmington, County of New Castle, Delaware 19808. The name of the registered agent at such address is Corporation Service Company.

THIRD:  The purpose of the Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of Delaware.

FOURTH:  The Corporation is authorized to issue one class of stock, to be designated "Common Stock," with a par value of $.10 per share.  The total number of shares of Common Stock that the Corporation shall have authority to issue is 1,000.

FIFTH:  The business and affairs of the Corporation shall be managed by or under the direction of the Board of Directors.  In addition to the powers and authority expressly conferred upon them by statute or by this Certificate of Incorporation or the Bylaws of the Corporation, the directors are hereby empowered to exercise all such powers and do all such acts and things as may be exercised or done by the Corporation.  Election of directors need not be by written ballot, unless the Bylaws so provide.

SIXTH:  The Board of Directors is authorized to make, adopt, amend, alter or repeal the Bylaws of the Corporation.  The stockholders shall also have power to make, adopt, amend, alter or repeal the Bylaws of the Corporation.

SEVENTH:  The name and mailing address of the incorporator is:

Hernan Gonzalez
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

EIGHTH:  To the fullest extent permitted by the Delaware General Corporation Law, as the same exists or may hereafter be amended, a director of the Corporation shall be indemnified by the Corporation in accordance with the Bylaws and shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director. Any repeal or modification of the foregoing provisions of this Article EIGHTH by the stockholders of the Corporation shall not adversely affect any right or protection of a director of

the Corporation existing at the time of, or increase the liability of any director of the Corporation with respect to any acts or omissions occurring prior to, such repeal or modification.

THE UNDERSIGNED, being the incorporator named above, for the purpose of forming a corporation pursuant to the General Corporation Law of Delaware, does make this certificate, hereby declaring and certifying that this is my act and deed and the facts herein stated are true, and accordingly have hereunto set my hand this 27th day of November, 2018.

/s/ Hernan Gonzalez

Hernan Gonzalez, Incorporator