# Exhibit B



Dechert
LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**JONATHAN R. STREETER**

jonathan.streeter@dechert.com
+1 212 698 3826 Direct
+1 212 314 0049 Fax

November 21, 2019

**BY EMAIL**

Richard Cooper
Daniel Tracer
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

Re: *United States v. Nikas et al.*, 1:19-cr-00716

Dear Messrs. Cooper and Tracer:

Please produce immediately the records referred to in the following paragraph of your discovery letter of today:

> We wish to advise you that records provided to the Government by Investment Bank B, as identified in the Indictment in this case in connection with the Corporate Acquisitions Insider Trading Scheme, reflect that the individual identified in the Indictment as CC-2 accessed files relating to Baxalta on the computer systems of Investment Bank B on approximately twelve occasions, from approximately April 2015 through July 2015. Those records reflect that on or about July 27, 2015, CC-2 accessed files relating to Baxalta's potential acquisition of Ariad on the computer systems of Investment Bank B.

These records are exculpatory evidence pursuant to *Brady* v. *Maryland*, 373 U.S. 83 (1963). The defense is entitled to them immediately. In addition, please immediately produce any other documents in the government's custody related to CC-2, Investment Bank-B or Baxalta.

Sincerely,

Jonathan R. Streeter

cc: Eric Sussman and Jennifer Achilles