UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
|  | ) Case No.: 19-cr-00716 (DLC) |
| GEORGIOS NIKAS et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

NOTICE OF DEFENDANT TELEMAQUE LAVIDAS'S
MOTION *IN LIMINE*

PLEASE TAKE NOTICE that the undersigned, on behalf of defendant Telemaque Lavidas, move this Court *in limine* for an order excluding certain hearsay evidence and evidence of downstream trading.

The grounds for this motion are more fully set forth in the accompanying Memorandum of Law.

Dated: New York, New York
December 11, 2019

Respectfully submitted,

DECHERT LLP

By: /s/ Jonathan R. Streeter
Jonathan R. Streeter
Siobhan M. Namazi
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
Jonathan.streeter@dechert.com
Siobhan.namazi@dechert.com
Tel.: (212) 698-3826
Fax: (212) 314-0046

Eric H. Sussman
Jennifer L. Achilles
599 Lexington Ave., Floor 22
New York, NY 10022
Telephone: (212) 521-5400

*Attorneys for Defendant
Telemaque Lavidas*