# Exhibit A

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2019

By Hand

Jennifer L. Achilles
Eric Sussman
Reed Smith LLP
599 Lexington Ave, 22nd Floor
New York, New York 10022

Jonathan Streeter
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036

Re:   *United States v. Telemaque Lavidas,* 19 Cr. 716 (DLC)

Dear Counsel:

This letter provides discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."), and seeks reciprocal discovery.

**Disclosure by the Government**

Based on your request for discovery in this case, we have enclosed a disc containing copies of the following materials.  Please note that these materials are being produced pursuant to the protective order in this case. The password for the hard drive is: **USAOsdny2019!**

| BATES RANGE | DESCRIPTION |
|---|---|
| USAO_SDNY_000049652-000103372 | Records produced by AT&T |
| USAO_SDNY_000103373-000103988 | Records produced by Banque Ohman |
| USAO_SDNY_000103989-000103990 | Arrest report for Telemaque Lavidas |
| USAO_SDNY_000103991-000104252 | Records produced by Fidelity |
| USAO_SDNY_000104253-000104737 | Records obtained from various entities in Greece |
| USAO_SDNY_000104738-000110576 | Records produced by Interactive Brokers |
| USAO_SDNY_000110577-000110713 | Records produced by JP Morgan Chase |

| | |
|---|---|
| USAO_SDNY_000110714-000110719 | Records produced by Locus Telecommunications |
| USAO_SDNY_000110720-000110730 | Records produced by Metro PCS |
| USAO_SDNY_000110731-000110932 | Records produced by Oppenheimer |
| USAO_SDNY_000110933-000111473 | Records produced by Options Express |
| USAO_SDNY_000111474-000111600 | Records produced by Pershing LLC |
| USAO_SDNY_000111601-000111604 | Records produced by RCN |
| USAO_SDNY-R-000028922 -000030511 | Records produced by Saxo Bank |
| USAO_SDNY_000125929-000125979, SEC-USAONY-EPROD-000001031- 000001650, SEC-USAO-EPROD-SEC-USAO-EPROD-000000001-000010766 | Trading and brokerage records |
| USAO_SDNY_000111605-000112220 | Records produced by Sprint |
| USAO_SDNY_000112221-000112539 | Search Warrant Applications, Affidavits, and Orders |
| USAO_SDNY_000112540- 000116724 | Records of George.nikas@gmail.com obtained by Search Warrant |
| USAO_SDNY_000116725-000116771 | Records produced by TD Ameritrade |
| USAO_SDNY_000116772-000116780 | Records produced by Time Warner |
| USAO_SDNY_000116781-000120115 | Records produced by T-Mobile |
| USAO_SDNY_000120116-000125919 | Records produced by Verizon |
| USAO_SDNY_000125920-000125928 | Records produced by Windstream |

As we advised you during Court proceedings on October 23, the Government is also in possession of numerous documents that relate to insider trading activity that do not involve your client including, for example, documents that relate to the "Corporate Acquisitions Insider Trading Scheme" charged in the Indictment. As we further advised you, the Government does not intend

to produce those documents to you as part of its Rule 16 discovery. To the extent you believe you are entitled to some or all of those documents or you wish to speak further about that topic, please let us know at the earliest possible time.

In addition, if you wish to review any materials that were seized by the Government pursuant to search warrants in this matter, please advise us promptly and we will ensure their availability for your review.



### Disclosure by the Defendant

In light of your request for the foregoing discovery, the Government hereby requests reciprocal discovery under Fed. R. Crim. P. 16(b). Specifically, we request that you allow inspection and copying of: (1) any books, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial; and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The Government also requests that the defendant disclose prior statements of witnesses he will call to testify. *See* Fed. R. Crim. P. 26.2; *United States* v. *Nobles*, 422 U.S. 225 (1975). We request that such material be provided on the same basis upon which we agree to supply the defendant with 3500 material relating to Government witnesses.

We wish to remind you that Fed. R. Crim. P. 12.2 requires you to provide the Government with written notice if the defendant intends to rely on the defense of insanity at the time of the alleged crime or intends to introduce expert testimony relating to a mental disease, defect, or other condition bearing upon the issue of whether he had the mental state required for the offenses charged.

We also wish to remind you that Fed. R. Crim. P. 12.3(a) requires you to provide the Government with written notice if the defendant intends to claim a defense of actual or believed exercise of public authority on behalf of a law enforcement or Federal intelligence agency at the time of the alleged crime.

The Government requests a response to our Rule 12.2 and 12.3(a) demands within the time period allowed by the Court for the filing of motions.

## Sentence Reduction for Acceptance of Responsibility

This Office will oppose the additional one-point reduction under the Sentencing Guidelines available for defendants who plead prior to the Government's initiation of trial preparations pursuant to U.S.S.G. § 3E1.1(b), in the event your client has not entered a plea of guilty on a timely basis prior to trial. We will follow this policy whether or not suppression or other pretrial motions remain outstanding after this date.

Please also be advised that unless a disposition is reached on a timely basis prior to trial, this Office reserves the right to oppose the two-point reduction under U.S.S.G. § 3E1.1(a) of the Sentencing Guidelines for acceptance of responsibility based upon its untimeliness.

Please contact us at your earliest convenience concerning the possible disposition of this matter or any further discovery which you may request. Please be advised, however, that pursuant to the policy of the Office concerning plea offers, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, discussions regarding the pretrial disposition of a matter that are not reduced to writing and signed by authorized representatives of the Office cannot and do not constitute a "formal offer" or a "plea offer," as those terms are used in *Lafler* v. *Cooper*, 132 S.Ct. 1376 (2012); *Missouri* v. *Frye*, 132 S.Ct. 1399 (2012).

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Richard Cooper / Daniel Tracer
Assistant United States Attorneys
(212) 637-1027 / 2329