# Exhibit B

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 4, 2019

By Email

Jennifer L. Achilles
Eric Sussman
Reed Smith LLP
599 Lexington Ave, 22nd Floor
New York, New York 10022

Jonathan Streeter
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036

Re:   *United States v. Telemaque Lavidas,* 19 Cr. 716 (DLC)

Dear Counsel:

　　We write in response to your request that the Government provide a bill of particulars identifying, among other things, co-conspirators of defendant Telemaque Lavidas. While we do not agree that a bill of particulars is warranted, this letter provides a voluntary disclosure that the following individuals are co-conspirators of the defendant with respect to the charged conspiracies:



The Government reserves the right to supplement this list prior to trial. The contents of this letter are designated as "sensitive disclosure material" pursuant to the protective order in this case.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Richard Cooper / Daniel Tracer
Assistant United States Attorneys
(212) 637-1027 / 2329