UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   19cr0716 (DLC)
UNITED STATES OF AMERICA,                 :
                                          :   ORDER
          -v-                             :
                                          :
GEORGIOS NIKAS, a/k/a "George Nikas,"     :
And TELEMAQUE LAVIDAS,                    :
                                          :
               Defendants.                :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On December 11, 2019, the Government filed a motion <u>in limine</u> to admit, at the January 6, 2020 trial in this case, statements made by Georgios Nikas to Marc Demane Debih. On December 11, 2019, the defendant filed a motion <u>in limine</u> to exclude these statements. It is hereby

ORDERED that for the reasons to be described in a forthcoming opinion, the Government's motion is granted and the defendant's motion is denied.

Dated:   New York, New York
         December 20, 2019

                                          _____
                                               DENISE COTE
                                          United States District Judge