UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2019
```

UNITED STATES OF AMERICA,

v.                                                          S1 19-CR-00716 (DLC)

TELEMAQUE LAVIDAS,

                      Defendant.

**THE HONORABLE DENISE COTE**, United States District Judge

    Upon the request of the defendant, Mr. Telemaque Lavidas, by his counsel Jonathan R. Streeter, and with good cause it is hereby ordered that defendant, Mr. Telemaque Lavidas, may wear non-Bureau of Prison issued clothing and be unrestrained and without ankle shackles during his trial, which will start on January 6, 2020.

    **ORDERED** that the Bureau of Prisons (Metropolitan Correctional Center) and the United States Marshal Service shall accept the following clothing, and accept such substitute clean clothing as may be necessary, and permit Mr. Telemaque Lavidas, Register Number 87315-054, to wear this clothing for jury selection and the duration of his trial: two pairs of dress pants; two dress jackets; four button-down dress shirts; two ties; one black leather belt; one pair of black leather shoes; and three pairs of dress socks.

    Jury selection is scheduled to take place on January 6, 2020 and trial is to begin immediately thereafter.

SO ORDERED:

Dated: 12/30/19

_____
Honorable Denise Cote
United States District Judge