UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :  19cr0716 (DLC)
UNITED STATES OF AMERICA,             :
                                      :  ORDER
        -v-                           :
                                      :
GEORGIOS NIKAS, a/k/a "George Nikas," :
And TELEMAQUE LAVIDAS,                :
                                      :
        Defendants.                   :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

On December 24, 2019, the Government filed a motion to quash the defendant's December 17 subpoena on the Metropolitan Correctional Center, which was issued pursuant to Rule 17, Fed. R. Crim. P. This motion became fully submitted on December 27. For reasons to be described at the defendant's January 6, 2020 trial, is hereby

ORDERED that the parties shall confer regarding the defendant's request for the dates on which the cooperating witness was transported to meet with the U.S. Attorney's Office or Federal Bureau of Investigation.

IT IS FURTHER ORDERED that the Government's motion as to the other materials requested by the defendant is granted.

Dated:  New York, New York
        December 30, 2019

                                    _____
                                    DENISE COTE
                                    United States District Judge