UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

TELEMAQUE LAVIDAS,

                Defendant.

19-CR-00716 (DLC)

ORDER

Attorneys for the named defendant, Telemaque Lavidas, in the above matter may utilize Courtroom Connect for the purpose of connecting to the internet while at trial during the period of January 6, 2020 until January 27, 2020.

Dated: 1/2/20

SO ORDERED

_____
Honorable Denise Cote
United States District Judge