

Dechert LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

JONATHAN R. STREETER

jonathan.streeter@dechert.com
+1 212 698 3826 Direct
+1 212 314 0049 Fax

December 20, 2019

**MEMO ENDORSED**

**VIA ECF**

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 1/3/2020]

Re: *United States v. Nikas, et al.*, S1 19-cr-716

Dear Judge Cote:

On behalf of Defendant Telemaque Lavidas, we have filed today via ECF a letter regarding Mr. Lavidas's Motion *in Limine* to Preclude the Nikas-Demane statement (the "Letter") and an accompanying exhibit (Exhibit A) (Dkt. No. 69). We write to seek the Court's permission to file Exhibit A to the Letter under seal, in accordance with the Protective Order signed by Your Honor on October 24, 2019 (Dkt. No. 15) and the rules of this Court.

Exhibit A contains disclosure material that, pursuant to the Protective Order, must be filed under seal.

Accompanying this letter is a proposed order granting Mr. Lavidas's request to file this document under seal. Separately we have provided Your Honor's chambers and the government with a copy of the sealed exhibit.

*The request to seal is granted*

*[signature] Denise Cote*
*1/3/20*

17174186.1.LITIGATION