```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
        -v-                               :
                                          :    19cr716 (DLC)
TELEMAQUE LAVIDAS,                        :
                                          :
                Defendant.                :
                                          :
------------------------------------------X
```

COURT EXHIBIT
10
1-15-2020

## VERDICT FORM

**PLEASE CHECK (✓) EACH ANSWER.**

**THE JURY'S VERDICT MUST BE UNANIMOUS ON EACH QUESTION.**

### COUNT ONE

1. Conspiracy to commit insider trading

　　　____ Not Guilty

　　　__X__ Guilty ✓

### COUNT TWO

2. Conspiracy to commit securities fraud and wire fraud

　　　____ Not Guilty

　　　__X__ Guilty ✓

## COUNTS THREE THROUGH FIVE

3. Insider trading

|  | Not Guilty | Guilty |
|---|---|---|
| **COUNT THREE**: October 2013: | _____ | X |
| **COUNT FOUR**: December 2013: | _____ | X |
| **COUNT FIVE**: August 2015: | _____ | X |

## COUNT SIX

4. Wire fraud

_____ Not Guilty

X Guilty ✓

## COUNT SEVEN

5. Securities fraud

_____ Not Guilty

X Guilty ✓

(MB)

2