

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

---

**JONATHAN R. STREETER**

jonathan.streeter@dechert.com
+1 212 698 3826  Direct
+1 212 314 0049  Fax

January 16, 2020

<u>Filed By ECF</u>

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Lavidas*, S1 19-cr-00716

Dear Judge Cote:

As discussed at trial yesterday, the defendant requests that the attached chart used during the Government's rebuttal closing argument be marked as a Court exhibit in this matter.

Respectfully submitted,


/s/ Jonathan R. Streeter
Jonathan R. Streeter

cc: Eric Sussman and Jennifer Achilles