# Darina Windsor's Phone Records

**Phone Contact Between Darina Windsor and George Nikas**

January 1, 2013 - December 31, 2015

| Date | Time (ET) | Time (UTC) | Caller | Recipient | Duration | Type | Source |
|------|-----------|------------|--------|-----------|----------|------|--------|
| | | | | | | | |