Case 1:19-cr-00716-DLC   Document 92   Filed 01/16/20   Page 1 of 1


# Dechert
LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**JONATHAN R. STREETER**

jonathan.streeter@dechert.com
+1 212 698 3826 Direct
+1 212 314 0049 Fax

January 16, 2020

**MEMO ENDORSED**

BY EMAIL

The Honoroable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2020

Re: *United States v. Lavidas*, S1 19-cr-00716

Dear Judge Cote:

I write to request that Your Honor recommend to the Bureau of Prisons that Telemaque Lavidas, Marshall Number 87315-054, be kept at the Metropolitan Correctional Center or MCC, where he has been since his arrest on October 18, 2019, rather than being transferred to the Metropolitan Detention Center or MDC, pending his sentencing in this matter. Keeping him at the MCC will facilitate regular visits with his undersigned counsel to prepare his sentencing submission that is due to Your Honor on April 3, 2020, and to prepare for his sentencing, which scheduled for April 17, 2020. The defense has no intention of delaying either of those dates. Moreover, keeping him at the MCC will facilitate visits with his lawyer from Greece who stays in Manhattan when he is in New York to meet with Mr. Lavidas. It will also facilitate visits with his pregnant wife, 18-month old daughter and younger twin sisters, all of whom live in Manhattan and visit with him as much as permitted by the MCC. In addition, it will facilitate visits by his other family members, who regularly fly to New York from Greece and stay at his family home in Manhattan, to visit him.

Respectfully submitted,

/s/ Jonathan R. Streeter
Jonathan R. Streeter

cc: The Metropolitan Correctional Center (by fax 646-836-7665)
    AUSAs Richard Cooper and Daniel Tracer
    Eric Sussman and Jennifer Achilles

*Denied. The Bureau of Prisons must manage overcrowding and other security issues at its discretion.*

*Denise Cote*
*1/16/20*