```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    19cr0716 (DLC)
UNITED STATES OF AMERICA,                 :
                                          :        ORDER
           -v-                            :
                                          :
TELEMAQUE LAVIDAS,                        :
                                          :
                       Defendant.         :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2020

DENISE COTE, District Judge:

Today, one of our jurors left a voicemail message for my Courtroom Deputy. The juror indicated that the juror wanted to ask my Deputy a couple of questions because the juror felt like writing a letter to me about the case. The message also indicated that the juror had some concerns.

Unless counsel advise the Court by **today** at **4:00 p.m.** that counsel objects to the following course of action, I will instruct my Deputy to return the juror's telephone call shortly after 4:00 p.m. and advise the juror as follows:

1) My Deputy is not free to discuss anything that touches upon the verdict with the juror.

2) If the juror wishes, the juror may write the Court.

My Deputy will provide the juror with the address for my

Chambers.

Dated:    New York, New York
         January 16, 2020

                              _____
                                    DENISE COTE
                              United States District Judge

2