```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :   19cr0716 (DLC)
                                          :
          -v-                             :   ORDER
                                          :
TELEMAQUE LAVIDAS,                        :
                                          :
               Defendant.                 :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having scheduled the defendant to be sentenced on April 17, 2020, it is hereby

ORDERED that, in light of the COVID-19 outbreak, the defendant's sentencing is adjourned to **June 22, 2020** at **10:00 am.**

IT IS FURTHER ORDERED that the defendant's submission shall be due **June 9, 2020**. The Government's submission shall be due **June 16.**

IT IS FURTHER ORDERED that any objection to this Order is due Friday, **March 27, 2020.**

Dated:   New York, New York
         March 23, 2020

                              _____
                                     DENISE COTE
                              United States District Judge