# EXHIBIT U

FD-302 (Rev. 5-8-10)                                         - 1 of 9 -

## FEDERAL BUREAU OF INVESTIGATION

Date of entry _____ 11/26/2019 _____

On Friday, December 1, 2017, KEVIN DODELANDE (KEVIN) was interviewed pursuant to a proffer agreement at the United States Attorney's Office (USAO), Southern District of New York (SDNY), 1 Saint Andrew's Plaza, New York, NY 10007, by Special Agent (SA) Shannon Bieniek, SA Elyse Morris, Southern District of New York (SDNY) Assistant United States Attorney Brooke Cucinella and SDNY Special Assistant United States Attorney Mark Germann. Also participating in the interview were David Makol, Caitlyn Campbell and Assunta Vivolo of the Securities and Exchange Commission (SEC). Accompanying DODELANDE were his attorney's John Pappalardo and Jason Kislin of Greenberg Traurig, LLP and Francis Szpiner of Szpiner, Toby, Ayela, Semerdjian. After being advised of the identities of the interviewing officials, KEVIN provided the following information:

KEVIN was born and raised in Paris, France. KEVIN graduated from high school early and learned English. KEVIN moved to the United States after high school and attended NORTHEASTERN UNIVERSITY for one and half years and then transferred to BOSTON UNIVERSITY. KEVIN moved back to Europe and worked for a transportation company. KEVIN attended REGENTS UNIVERSITY near London, United Kingdom majoring in Global Business. KEVIN continued to travel back and forth from Boston and London to network and create business opportunities. KEVIN's network consisted of high net worth and political individuals. KEVIN hoped to monetize these relationships via any type of business being offered. From 2012 to 2014, KEVIN lived in an apartment in London paid for by his parents. KEVIN moved back to Paris a couple months ago because his Grandfather was getting older and he wanted to be closer to family. KEVIN's current business venture was brokering exports between Europe and other countries. KEVIN had yet to sign a commodities contract therefore, he was currently not making any money. KEVIN's previous primary source of income was insider trading as well as financial support from his family.

KEVIN moved to LONDON in 2012. His parents rented him and his brother JOHN DODELANDE (JOHN) a two-bedroom apartment. In early 2013, KEVIN noticed a change in JOHN's lifestyle. JOHN took KEVIN on vacations and always had cash on hand. KEVIN asked JOHN what he was doing to earn his money. Initially JOHN was vague and did not explain much. BENJAMIN TAYLOR was an old friend of JOHN's. JOHN met TAYLOR when JOHN visited London. When JOHN'S lifestyle changed, KEVIN noticed that TAYLOR always

---

Investigation on __12/01/2017__ at __New York, New York, United States (In Person)__

File # ▮▮▮▮▮▮▮▮▮▮▮                                    Date drafted __12/06/2017__

by  BIENIEK SHANNON MARIE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Dodelande, Kevin
3606-01

Continuation of FD-302 of  (U) Kevin Dodelande _____ , On  12/01/2017 , Page  2 of 9

seemed to be around. KEVIN understood TAYLOR and JOHN were involved in something together. TAYLOR also always had cash on him. Initially, when KEVIN asked JOHN what was going on, JOHN said you do not need to know and that it was none of his business. KEVIN backed off. KEVIN always kept his business ventures private, so he understood. KEVIN created his own friendship with TAYLOR. They were from different backgrounds therefore, TAYLOR was very happy to live the DODELANDE brother's lifestyle which included going to the South of France to vacation. Approximately one to two months after KEVIN asked JOHN, KEVIN felt comfortable enough to ask TAYLOR what he was up to and how he was making so much cash. TAYLOR said he would talk to JOHN and get back to KEVIN. Two weeks later, TAYLOR and JOHN told KEVIN they were involved with an insider trading scheme. TAYLOR explained all the technical parts of the scheme to KEVIN including the fact that TAYLOR worked at a bank and shared material non-public information (MNPI) regarding mergers and acquisitions to traders who would then take positions in the market and profit from the inside information. JOHN's job was to find investors to trade on the information. The conversation took place in KEVIN and JOHN's apartment. JOHN and TAYLOR did not tell KEVIN about any specific deals at that time and never told KEVIN how much money they made in total. JOHN did not tell KEVIN who the investors/traders were or if there as more than one investor he was working with at the same time. TAYLOR told KEVIN they used burner phones to discuss the logistics of the scheme and received payments in cash so they could not trace the payments. KEVIN asked what he could do to help, TAYLOR responded that he could find investors to trade on the inside information. KEVIN was shocked and surprised to know what JOHN and TAYLOR were up to and understood the activity described was illegal. KEVIN was also young and stupid and did not completely understand the risks. KEVIN was interested and wanted to be more like his brother. KEVIN thought about it for a couple weeks and eventually thought of an investor who may be interested. JOHN and TAYLOR did not give guidelines for the investor other than the investor must make payments in cash.

KEVIN thought of an investor to use in the scheme named JOSEPH EL KOURI. EL KHOURI was KEVIN's friend who worked in finance and had cash on hand therefore, EL KHOURI seemed to be a good fit. KEVIN met EL KHOURI in LONDON through a mutual friend, GREGORY POASTORI. EL KHOURI was very funny and had a big personality. KEVIN and EL KHOURI became fast friends. EL KHOURI was a commodities trader and liked to gamble in casinos frequently. At the end of 2013 to beginning of 2014, KEVIN set up a meeting with EL KHOURI. KEVIN and EL KHOURI met for coffee. KEVIN told EL KHOURI he knew someone at a bank who had private information and that they could make some money. KEVIN told EL KHOURI the guy at the bank would share inside information at the bank and that EL KHOURI could trade on it to make some profits. EL KHOURI understand what KEVIN was explaining and asked KEVIN if he was serious. KEVIN replied yes and EL KHOURI said that he was interested and to see what they could do. KEVIN told EL KHOURI the guy at the bank wanted to get paid with cash and to

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) Kevin Dodelande , On 12/01/2017 , Page 3 of 9

communicate via burner phones or in person about the inside information. KEVIN never told EL KHOURI TAYLOR's name. EL KHOURI did not know what bank TAYLOR worked at, just that it was an investment bank. EL KHOURI would take whatever position he deemed most profitable based on the information shared. KEVIN, JOHN and TAYLOR split 50% of the profit they received from EL KHOURI. EL KHOURI gave the cash to KEVIN who then split the profits with TAYLOR and JOHN. When TAYLOR had inside information he told KEVIN to tell his investor to start buying a specific stock. KEVIN then met EL KHOURI the next day to give him the information in person. KEVIN recalled EL KHOURI bought $1 million or 1 million euro worth of the stock KEVIN told him about. KEVIN did not recall the specific name of the stock.

KEVIN never gave EL KHOURI the information via documents. KEVIN sometimes provided EL KHOURI with notes but he would burn the notes afterwards. The first deal KEVIN shared with EL KHOURI was in early 2014. KEVIN received the inside information at his apartment from TAYLOR. Both JOHN and TAYLOR were present. TAYLOR said a company was being acquired and to buy the stock of the company making the acquisition. KEVIN never gave JOHN or TAYLOR EL KHOURI's name. KEVIN and EL KHOURI saw each other frequently and communicated primarily through WhatsApp. KEVIN and EL KHOURI typically met at a coffee shop, restaurant, or EL KHOURI's residence. The conversation would typically begin by KEVIN saying "my guy has something" and would continue with the details such as this company is acquiring this company in a couple weeks to a month. EL KHOURI would typically get back to KEVIN the next day. KEVIN and EL KHOURI never spoke of substance in WhatsApp, only face to face. KEVIN typically met EL KHOURI in person the next day where EL KHOURI would confirm he could take a position in the stock based on the information provided. The specifics of what EL KHOURI bought were usually quite vague. KEVIN told EL KHOURI to let him know when EL KHOURI began trading the stock. KEVIN was not involved in any trading prior to his dealings with TAYLOR. TAYLOR provided follow-up information to KEVIN to give to his investor. KEVIN began meeting with TAYLOR alone and not with JOHN after the initial deal KEVIN passed information on. KEVIN thought TAYLOR was passing information on the deals TAYLOR was working on. When a deal was announced KEVIN learned it from TAYLOR via the burner phones. They changed phones every deal. KEVIN and TAYLOR or KEVIN and EL KHOURI typically bought the phones together in random stores in London. KEVIN had two burner phones at one time.

KEVIN had drinks with EL KHOURI to celebrate the money they were making. KEVIN did not recall how much EL KHOURI made when they were celebrating, possibly 1 million euro. KEVIN told TAYLOR how much EL KHOURI profited. EL KHOURI took his time paying KEVIN. KEVIN thought of it as a trap to come back with new information on a different deal. KEVIN met EL KHOURI at EL KHOURI's place or sometimes casinos as well. EL KHOURI paid KEVIN in pounds or euro's but never dollars. KEVIN typically received a smaller payment a couple days after the announcement and then the rest a

Continuation of FD-302 of  (U) Kevin Dodelande _____ , On _12/01/2017_ , Page  4 of 9

couple weeks later. KEVIN brought cash home to the apartment and kept it in JOHN's
safe. JOHN and KEVIN each had their own part of the safe. JOHN and KEVIN never had a
clear agreement about how the cash was disbursed. KEVIN assumed himself, JOHN, and
TAYLOR each received a third of the payment but they never explicitly spoke about
it. The second deal KEVIN was involved with occurred approximately one to two months
after the first deal although KEVIN was unsure of the timing.

JOHN and TAYLOR decided TAYLOR would speak directly to KEVIN about the information
and not go through JOHN. KEVIN was not too concerned about the money. KEVIN used the
money for gambling. KEVIN and TAYLOR partied all the time, they may have gone out
for a celebratory drink. KEVIN told TAYLOR about the safe.

In regard to the second deal KEVIN received information from TAYLOR and then TAYLOR
called KEVIN on a burner phone. TAYLOR told KEVIN he had another deal coming up and
asked to meet KEVIN in person. TAYLOR preferred to meet face to face although
sometimes he shared deal information on the burner phone. KEVIN and TAYLOR primarily
met at KEVIN's apartment. KEVIN could not recall the specifics of the second deal.
TAYLOR gave the price 40% of the time, only when he had more detailed information.
KEVIN met up with EL KHOURI the day after TAYLOR provided the information. KEVIN
made approximately $300,000 on the second deal. KEVIN put the money in the safe and
told TAYLOR he put it there.

KEVIN provided deal information to EL KHOURI for approximately six months. KEVIN did
not specifically recall all of the names of the companies that were part of the
deals. KEVIN recalled a company called RECEPTOS. EL KHOURI bought shares in
increments of $500,000, $1 million, and $1.5 million. In 2014, KEVIN and EL KHOURI
worked on deals every two to three months continuing into 2015. KEVIN stopped
sharing deal information with EL KHOURI in approximately 2016. The last deal KEVIN
recalled sharing information to EL KHOURI was around the same time DARINA WINDSOR's
apartment was raided. KEVIN became aware of the raid by TAYLOR. TAYLOR told KEVIN
WINDSOR was also involved in getting information. KEVIN, JOHN, and TAYLOR were all
stressed. The raid occurred early in the morning. The police took some phones and
documents from WINDSOR's apartment. KEVIN met WINDSOR once or twice. WINDSOR was
very shy. TAYLOR was seeing a lot of different girls, not only WINDSOR. KEVIN did
not interact too much with WINDSOR since he knew TAYLOR was cheating on her. KEVIN
did not believe WINDSOR knew he was involved with getting inside information.
WINDOSR told KEVIN, JOHN and TAYLOR what happened after the raid. WINDSOR was
freaking out. KEVIN took all of the cash he made and stayed in a hotel for a couple
weeks after the raid.

At some point KEVIN became aware that TAYLOR stopped working at the bank but did not
recall specifically when. It was not clear to KEVIN where TAYLOR was getting his
information after he left the bank. KEVIN thought TAYLOR was getting the information

Continuation of FD-302 of  (U) Kevin Dodelande                    , On  12/01/2017 , Page  5 of 9

from colleagues at the bank he previously worked at. KEVIN knew TAYLOR had other
sources besides WINDSOR. Since the raid on WINDSOR's apartment, TAYLOR changed the
process and would not tell KEVIN any details.

Approximately two months ago, KEVIN learned of inside information from TAYLOR on
another deal. Because TAYLOR was no longer at the bank he knew TAYLOR had a new
source.

Some deals TAYLOR provided information on were weeks apart and some were months
apart. At the same time, KEVIN was making approximately 10,000 euro a month playing
poker in college.

KEVIN made approximately 1.5 million euro from the deals he did with EL KHOURI.
KEVIN did not know how much JOHN made from his investors. KEVIN was aware that JOHN
was putting some money in their safe as well. KEVIN could not recall all the
specific details of his meetings with EL KHOURI during the two years KEVIN shared
inside information with him. KEVIN met EL KHOURI at his apartment, KEVIN's apartment
and in EL KHOURI's Rolls Royce or Mercedes 5 Series. EL KHOURI was never very
organized and did not want to know the whole story and did not care about the
details. EL KHOURI took the information KEVIN provided without a lot of follow-up.
KEVIN did not believe EL KHOURI traded in equities before he started sharing
information with him. KEVIN was not aware if EL KHOURI did other things with the
information he gave him. EL KHOURI never told KEVIN was passing the information onto
others. KEVIN did not know where EL KHOURI's trading accounts were. EL KHOURI held
back some money owed to KEVIN. KEVIN understood that was a way to make sure KEVIN
continued to share inside information with EL KHOURI. KEVIN used EL KHOURI's credit
card occasionally as a form of payment. KEVIN used EL KHOURI's HSBC card at ONE OAK
in New York City and for his daily expenses including charges at SIXTY SOHO HOTEL
located at 60 Thompson Street in New York City in approximately 2015. KEVIN and EL
KHOURI came to New York City together for vacation. KEVIN came to New York City one
other time without EL KHOURI and used EL KHOURI's credit card. KEVIN traveled to New
York City approximately once a year. KEVIN spent money on EL KHOURI's credit card at
CIPIRANI and SAK's FITH AVENUE. KEVIN did not recall how much he spent on EL
KHOURI's credit card. KEVIN returned the card after using it. EL KHOURI owed KEVIN a
payment which was the reason he gave KEVIN his credit card. KEVIN could not enter
the United States with more than $10,000 cash. EL KHOURI also paid KEVIN's travel
expenses before including renting a chalet. EL KHOURI was going to rent a boat for
KEVIN and JOHN but he did not ultimately pay for it.

Reference to e-mail dated 7/23/2018:

This e-mail referenced a wire confirmation for 20,000 Euro.

Continuation of FD-302 of  (U) Kevin Dodelande                                      , On  12/01/2017 , Page  6 of 9

Reference to e-mail dated 7/21/2015:

EL KHOURI did not pay for the boat. KEVIN may have made a partial payment for the boat rental. PHILIPPE found the boat for KEVIN. KEVIN asked EL KHOURI to make the boat payment. EL KHOURI may have made the first payment but did not pay the balance. EL KHOURI said he could not pay it for some reason. KEVIN, TAYLOR, and JOHN went on the boat with some other friends for a week.

KEVIN put EL KHOURI's credit card in an Uber app for a couple months. KEVIN took a trip to Istanbul, Turkey with EL KHOURI and his wife. KEVIN paid 10,000 euro towards a crocodile jacket and EL KHOURI paid the difference. KEVIN went to Monaco in the summer and met up with EL KHOURI frequently. KEVIN also took a ski trip to Courchevel, France with EL KHOURI, his wife and some other friends from Monaco. KEVIN could not specifically recall other trips with EL KHOURI. There was possible a weekend in Paris, France. KEVIN went to Ibiza with some friends. EL KHOURI tried to tag along but did not believe he actually went. EL KHOURI's wife was not a good drinker and would make a scene. KEVIN did not care for EL KHOURI's wife.

Reference to November 2014 pictures:

KEVIN was at TAYLOR's birthday party. KEVIN never told EL KHOURI that TAYLOR was the source. KEVIN also never told TAYLOR that he shared information with EL KHOURI. TAYLOR and EL KHOURI met a couple times. TAYLOR was fascinated by the superficial Monaco world. KEVIN tried to prevent TAYLOR and EL KHOURI talking too much. Approximately three to four times TAYLOR and EL KHOURI were at the same place.

KEVIN went to Ibiza every summer. KEVIN could not recall if he provided information to EL KHOURI while he was in Ibiza. Insider trading was usually slow in the summer. If a deal was occurring, KEVIN would be in contact with TAYLOR and EL KHOURI. KEVIN always kept a burner phone on him while traveling just in case. KEVIN called EL KHOURI on their regular phones to say he was going to call EL KHOURI on the burner phone. KEVIN and EL KHOURI had codes to communicate for example "I just woke up, I'm hungry" would mean something related to the deal. The code was to say things that did not make sense and that meant to switch to the burner phone. EL KHOURI and KEVIN spoke in English. TAYLOR and KEVIN spoke in French. KEVIN had no other business with EL KHOURI besides insider trading.

Reference to e-mail dated 8/17/2015:

KEVIN did not recall the e-mail. KEVIN did not recall who SB was. KEVIN recalled EL KHOURI introducing KEVIN to some colleagues who worked in commodities. The colleagues wanted to set up a commodities fund and was interested in using KEVIN's high net worth contact to invest in the fund. An individual named MARC ARON was

Continuation of FD-302 of  (U) Kevin Dodelande                                          , On  12/01/2017  , Page  7 of 9

supposed to be a part of the fund. ARON was a previous colleague of EL KHOURI. ARON
and EL KHOURI got into a fight. EL KHOURI still wanted to start the fund but KEVIN
did not want to participate without ARON. KEVIN met ARON in New York City when he
was there with EL KHOURI. KEVIN, EL KHOURI and ARON had dinner together. EL KHOURI
worked for ARON at some point previously. EL KHOURI did not directly work for ARON
but ARON held a higher position than EL KHOURI. KEVIN asked EL KHOURI if ARON knew
about them participating in insider trading. EL KHOURI said he never told ARON.
KEVIN told ARON he was participating in insider trading with EL KHOURI. ARON was
intrigued as to how it started and how much money they made.

Approximately two years ago in 2015, ARON asked generally if KEVIN enjoyed his
involvement in sharing inside information. ARON did not act shocked rather he acted
as though he was aware of the ordeal. To KEVIN's knowledge, ARON was not involved in
insider trading with EL KHOURI but did not know for sure. ARON called KEVIN and
asked him about specific companies. KEVIN told ARON he was getting information from
an investment banker. KEVIN had contact with ARON two to three months after the trip
to New York City but stopped talking after that.\

KEVIN did not know why ARON and EL KHOURI got into a fight. KEVIN and ARON
communicated on regular personal phones and then at some point they switched to
encrypted applications when discussing insider trading information. KEVIN may have
provided information he received from TAYLOR to ARON. ARON knew KEVIN and EL KHOURI
were sharing inside information and getting paid for sharing the information.

EL KHOURI had a friend who was a broker in Geneva, Switzerland. EL KHOURI's friend
was Arabic. EL KHOURI and his friend spoke Arabic together. EL KHOURI told KEVIN
about market rumors he heard from his broker friends. KEVIN told TAYLOR about the
market rumors he heard from EL KHOURI.

TAYLOR had a source at another bank after WINDSOR. KEVIN never met TAYLOR's source.
After WINDSOR'S raid, KEVIN, JOHN and TAYLOR were all more careful and therefore,
would not provide a lot of information to each other. KEVIN suspected TAYLOR's
source worked at MOELIS.

DINESH NAIR was a BLOOMBERG reporter who made profits every week by working with an
insider trading network. KEVIN randomly met a Jewish guy with the last name AZREAL
who worked in healthcare finance and whose uncle was a criminal in France. AZREAL's
uncle was name ARNOLD MIMRAN. AZREAL asked KEVIN what he did for a living. AZREAL
told KEVIN about three guys in Paris, France who use inside information and trade in
their own accounts. The three guy's names were JOHN UZAN, ALEX (last name unknown),
and SASHA SLAMA. They were the same age as KEVIN or maybe a year older. KEVIN's
friend, SUPRE OJJEH, was good at finding bankers and sending messages to bankers.
OJJEH sent messages to dozens of bankers on LINKEDIN and INSTAGRAM. UZAN, ALEX, and

Continuation of FD-302 of  (U) Kevin Dodelande                          , On  12/01/2017  , Page  8 of 9

SLAMA had a mentor but KEVIN did not know who the mentor was. OJJEH told KEVIN the mentor had an African passport. OJJEH told KEVIN the three Parisian guys received inside information from a source and then would pass it to NAIR to print at BLOOMBERG. NAIR tole the Parisian guys they had three days to confirm the information from other sources before he would print it. NAIR was paid by the three Parisian guys.

KEVIN considered EL KHOURI to be his number one investor. KEVIN went clubbing and on vacations often and would therefore meet a lot of people. KEVIN's friend JUNE MONNAN had nothing to do with insider trading but knew crooks everywhere. KEVIN told MONNAN he was participating in insider trading and asked MONNAN if he knew of anyone who would be interested in KEVIN's inside information. A couple months later, KEVIN met a friend of MONNAN's in Dubai named Ameel LNU. KEVIN did not know AMEEL's last name. MONNAN and AMEEL got suspicious when KEVIN tried to find out AMEEL's last name. MONNAN, AMEEL and KEVIN had a meeting wherein JUNE left shortly thereafter. MONNAN only made introductions. AMEEL said he was doing insider trading on a large scale for a long time. KEVIN compared AMEEL to a Michelin Star restaurant grade compared to a kebob place. AMEEL was much more specific, meticulous, and professional. AMEEL asked a lot of questions and was very demanding when it came to specific information. Throughout KEVIN and AMEEL's relationship, AMEEL flew in people from Pakistan and other places, open up an account for them, and begin trading with them. The trading accounts were changed often. AMEEL was Pakistani, spoke French, lived in Dubai, and traveled often. AMEEL paid people to call brokers for him so he was never recorded. The first conversation KEVIN had with AMEEL, AMEEL said he was doing "this" (insider trading) for a long time. AMEEL knew basically everything that was happening in the market, had a lot of power, was able to trigger large amounts of money and make large positions. AMEEL said everyone knew him and called him to tell him inside information and what was happening in the market from inside sources and brokers. KEVIN told AMEEL he had someone who worked at a bank that was giving him inside information. AMEEL told KEVIN to let him know about a deal. KEVIN and AMEEL communicated via Silent App on a new iPhone every month. One phone and one app per person. AMEEL used approximately 10-20 phones with KEVIN. Initially, KEVIN did not tell TAYLOR or JOHN about AMEEL. KEVIN did not recall the transition from EL KHOURI to AMEEL. KEVIN may have provided the same information to both EL KHOURI and AMEEL. AMEEL did not know EL KHOURI but knew KEVIN was providing information to someone else. KEVIN and AMEEL discussed payments between them would only be in cash. KEVIN was compensated approximately $1 million, 10% of profits. AMEEL did not hide his profits from KEVIN and asked KEVIN up front how much he wanted to get paid. AMEEL paid KEVIN approximately $2.5-$3.5 million in total for approximately six different deals. The most recent deal was approximately four months ago. The information came from TAYLOR to KEVIN to AMEEL. AMEEL would not consider a deal unless he had information from all the advisers and lawyers. AMEEL wanted to know KEVIN had a

Continuation of FD-302 of  (U) Kevin Dodelande _____ , On 12/01/2017 , Page  9 of 9

source at the company. AMEEL knew KEVIN was paying his source. KEVIN received cash from AMEEL and then paid TAYLOR with cash. The payment was never in usd, always pounds or euros. The information provided to AMEEL was more detailed. KEVIN took notes of the information and then shared it with AMEEL on the app. KEVIN no longer had the phones he used to share information with AMEEL. KEVIN saw AMEEL last week in Dubai. KEVIN left his Silent App iphone in Dubai. On the app you can not view messages after 30 seconds. KEVIN left his phone at a friends place in Dubai. KEVIN believed AMEEL shared the inside information KEVIN gave him with other people but did not know for sure.

KEVIN recalled a deal involving ATKINS (ATK), a British company and BMS PHARMACY. KEVIN could not recall the other deals. KEVIN's relationship with AMEEL brought his insider trading activity to another level. KEVIN told AMEEL that TAYLOR was putting pressure on him for money. TAYLOR did not know who AMEEL was. TAYLOR never knew who AMEEL was but may know now. TAYLOR knew KEVIN did not typically ask specific questions about the information TAYLOR was providing but then KEVIN began to so KEVIN thought TAYLOR may pick up on the fact that KEVIN was sharing the information with someone else. KEVIN was not sure if TAYLOR saw a document with EL KHOURI's name on it. TAYLOR never asked KEVIN about EL KHOURI. DANIEL PITEK saw that KEVIN was close with EL KHOURI. PITEK saw KEVIN at a Shabat dinner not too long ago. PITEK said he would trade on information if KEVIN had some. KEVIN played dumb. There was also a merger and acquisition guy at the dinner although KEVIN did not know his name.

TAYLOR came to KEVIN when he had current inside information. If both DODELANDE brothers stopped using TAYLOR's inside information, TAYLOR would get suspicious. AMEEL owed KEVIN money. KEVIN received 300,000 from AMEEL last week. Approximately 100,000 is still owed to KEVIN from AMEEL. TAYLOR traveled a lot but was currently based in Monaco. KEVIN received money while he was in Dubai. When KEVIN checked out of the ONE AND ONLY HOTEL, TAYLOR checked in. KEVIN left a locked suitcase at the front desk for TAYLOR to pick up full of money. TAYLOR said he received the money via a Telegram App message to KEVIN. KEVIN did not know what TAYLOR was doing in Monaco. KEVIN believed TAYLOR's source was in London working at MOELIS because all of the deals involved MOELIS. TAYLOR was so linked to KEVIN and JOHN DODELANDE that if TAYLOR was exposed everyone would know JOHN and KEVIN DODELANDE were involved.

AMEEL is approximately 40 years old.

JOHN UZAN drives a Range Rover with a Paris license plate EA611MG. UZAN's instagram name is john_777.

①

12/1/17   Kenn Oodelande (Proffer)
amira
J. Pappalardo ✓   Background - born/raised Paris, HS/bachelor, states-  graduated early — learn english
J. Kislin   Boston University - Northeastern (1½ yrs first) - back to
Francis   Europe Transportation company - Regents near London.
E. moms   Global business degree → 2 yrs - did not graduate.
                          went back + forth
N. Germann   Boston ⟷ London - network w/ people - attempt to make
3. Cicinella   $ in business - contacts in Kazakstan. Network - HNW   high networth
D. marol   people - parties - attempt to monetize via any
?. Campbell   type of business. Cement business venture - export
J. Kivolo   middleman/broker btwn Europe + other countries.
Post Regents 2014 - began business ventures. 2014 -
2012 London (family paid for apartment) - moved back
to Paris 2 months ago due to family reasons -
grandfather getting older - focus more on family.
Not making money currently - have not signed
commodities contract yet. KO's first venture.
2014 → now - primary source of income insider   made $?   1st business venture
trading. (+ family support)
Ins Trading - moved to London '12 approx - rent 2 bedroom   parents
                                                  when
apartment. 2015 - change of lifestyle in John   early   saw
Oodelande - taking KO on vacation, always had
cash. KO ask JD what he was doing - JD was
vague initially. KO met Benjamin Taylor - old
2013 - parents   friend of JD - met BT when JD would come to
bought apartment   London. JD's lifestyle change - BT was always
approx when   around. KO understood BT/JD was involved in
JD moved in   something together - BT also had cash.
officially - JD
came to
intr - JD came to
BT + Oodelande sold



12/1/17

Initially, JD said you don't need to know - none of your business, KD backed off. KD always kept his stuff private from fam so he understood. KD created his own friendship w/ BT - not from same background. BT very happy to go to the South of France, etc. KD eventually felt more comfortable asking BT - 1-2 months after asking JD. BT said he'd talk w/ JD and get back to KD. Two weeks later, BT + JD told KD said they're involved in/ insider trading. KD asked how does it work - BT told KD all the technical stuff, BT worked at bank - M+A take positions + make $. JD said his job was to find investor + take positions + make money. Ment apartment first - bought others apartment in Maidavale - convos took place there. No specific deals at that time - never told KD how much they made. JD found investors - his add value - did not tell KD who or if there was more than one at that time. Burner phones use - BT explained. Payment in cash - no trace (BT). KD asked what he could do - BT/JD said KD should find an investor if he wanted to be involved. KD understood it was a crime when it was explained - KD was shocked / surprised - slept on it, young + stupid, didn't understand the risk - wanted to be more like his brother. Slept on it - next couple weeks KD thought about it + thought of an investor.

12/4/12   JD/BT avant give guidelines for investor – just
payment in cash. Joseph El-Khan – met through
friend played backgammon. JE – commodities trader
Casino gambler – KD knew he was involved in trading.
End '13, beginning '14 – KD set up meeting w/ JE.
JE – friend, worked in finance, has cash on hand –
made sense to KD. JE/KD – met JE when KD moved
to London via friends from Mageica. KD – poker player.
Gregory Pastini↗ JE – very funny, big personality –
became friends fast. KD saw JE frequently – told
JE he wanted to talk to him. Met for coffee
the next day – KD told JE he had someone at a
bank who had private info + we can make some
$ – he will tell us whats happening + we can
make some $. JE understood + said is he serious,
OK lets see what we can do. KD told JE friend
wants to be paid w/ cash. Primarily met face to
face or use burner phones. KD never told JE
BT's name. KD didn't know what bank, just
that it was an investment bank. Deal was any
position JE was taking, JD/KD/BT would take
80% of the profits. Only JE money up front.
JE gave KD cash – first deal BT/JD gave KD –
in same room in London apartment. BT said to
start buying this – KD met JE the next day. + told JE
JE bought $1mm or Euros of it. KD could not
recall name of deal. KD shared info to JE via →

12/11/17    never docs, sometimes notes (no notes - burned notes
afterward. First deal - approx early 2014 - KD received
info in his apartment - BT/JD both present. Said
company's buying it - buy it. KD never gave BT/JD
JE's name. KD didn't recall if he took notes that
deal. KD/JE saw each other frequently - whatsapp -
to meet for a drink. whatsapp linked to JE's
regular phone #. KD didn't recall where - coffee/restaurant,
or JE's place. KD said my guy has something -
this company is buying this company in tweens
to a month. JE got back to KD the next day -
never spoke on whatsapp in substance only face to
face. In person the next day JE said he could
do it - specifics were quite vague - amount/price/
exactly when. KD said let him know when JE'started
trading. KD not involved in any trading prior to this.
KD/JE saw each other often - JE would check in w/
KD - should he continue - BT would give KD updates.
[After starting w/ second deal - KD/BT talked w/t JD.] KD would
share w/ JE. KD thought BT was working on deals
from his job. Deal announced - KD learned from BT -
BT called KD on burner phone only. Changed
burner phones every deal - KD/BT both. KD/BT/JE or KD
changed burner phones at every deal. Bought phones
together - street in London. KD had two burner phones.
KD had drinks w/ JE to celebrate - asked JE how
much they made. Didn't recall how much. $1mm -
profit 30%. KD told BT how much profited.

12/1/17

JE took his time to pay KD - trap for KD to come back w/ new deal - only cash. met in person at JE's place, casino, etc. Pounds / Euros, never dollars, rubberbands + Casino bands. KD received payment couple days after a small bit the rest 3 weeks later. KD brought cash home to apartment in JD's safe - each had their part in safe. Never a real agreement, implicit how cash disbursed. KD didn't necessarily need the $ - meant more to work w/ JD/BT. KD → JD's safe - KD took 1/3 1/3 JD, 1/3 BT - KD assumed - never explicitly spoke about it. Second deal approx 1-2 months after first deal - unsure of timing. JD/BT decided BT would talk directly to KD - they told KD BT → KD directly. Expectation JD would still get 1/3. KD didn't care about $ - gambling $. KD/BT partied all the time - may have gotten a celebratory drink. KD told BT about safe, he knew about it. 2nd deal - BT/JD told KD to speak to BT directly from now on. BT called KD on burner phone - KD carried burner phone all the time - BT said he had another deal coming up + lets meet in person. BT preferred to meet face to face, sometimes BT shared via burner phone. Primarily met at KD's apartment. KD can't recall the specifics of second deal. BT gave price 40% of the time, when he had. Next day KD saw JE, JE agreed. KD made approx $300,000. JE paid KD via cash - KD put it in the safe - told BT.

6

12/11/17  KD/JE - approx 6 deals together. KD did not recall
the name of the deals specifically. Recalled
Receptos, JE prob bought 500,000, second $1mm, $1.5mm
after - not more then 1 or 2 mm. 2014 deals -
1 every 2-3 months. 2015 - continued. Last deal w/
JE was around mid of Dema Windsor / BT's apartment.
2016 KD stopped w/ JE more or less. KD became
aware of raid when JD + KD were together - BT
told KD said the raid happened at DW's place +
that she was involved in getting information. They
were all very stressed - raid occurred early AM -
took some phones, docs - went back to London
a couple days later. KD met DW once or twice
before - DW was very shy. BT was seeing a lot of
girls - KD didn't interact w/ DW too much b/c
it didn't feel right since KD knew BT was cheating.
KD doesn't think DW knew KD was involved.
DW tried BT / JD / KD after what happened - trash
phones, computer - DW freaking out. KD took all
of the cash + stayed in hotel for a while afterwards.
At some point KD knew BT stopped working at
the bank - didn't know when. When BT stopped
at bank - not clear to KD where BT got info -
maybe from colleagues initially. KD not sure knew
of other BT's sources besides DW - since DW -
BT changed the process - won't tell KD anything.
Two months ago they did a deal b/c - BT has a
new source.



12/1/17

Some deals weeks apart, some months apart.
KD made $10K/month cash playing poker in college.
JE deals - KD made approx $1.5mm. KD did not understand
how much JD made from his investors. JD put some $ in
the safe. KD/JE specific meetings/convos during two years
of insider trading - nothing specific - at JE's place, JE's
car - rolls royce + mercedes S class, at KD's apartment.
JE was never really organized, didn't want to know
the whole story, didn't care. JE took intos, not a lot of
follow up. KD didn't believe JE traded in equities prior
to intos passed. KD never knew if JE did other
things w/ intos KD gave JE - JE never told KD
he was passing it. KD did not know where JE's
trading account was. JE held back some $ -
KD understood it was a way to make KD come
back. KD used JE's credit card sometimes - in NY
KD used JE's CC - HSBC card - KD used it at
1 Oak NYC + daily expenses - Thompson Street Hotel (2015).
KD/JE came to NYC together for vacation. KD came
to NYC to visit friends other time when used JE's CC.
KD came to NYC once a year. Gippenani, shopping -
Saks - KD did not recall how much he charged
on JE's CC. When KD/JE came to NYC - both
paid. KD returned card to JE after using it.
JE owed KD a payment - reason why JE gave
KD his card. KD could not enter states w/ more
than $10K in cash. JE paid KD's travel expenses
before - for a chalet rental.



| | |
|---|---|
| 12/1/17 | JE owed KD money for trade profits – KD said he was going to rent a boat + told JE to pay for it. |
| Reference E-mail | JE didn't ultimately pay for it – couldn't do it, KD was w/ BT/JD on this boat. |
| CD to 2A | Philippe to JE/KD 7/23/15 e-mail Reference: |
| 7/15/15 | Wire confirmation for 20,000 euros – |
| Reference | KD to Philippe/JE 7/21/15 e-mail Reference: |
| KD to JE 7/21/15 | For sure JE did not pay for boat. |

*all e-mails part of same chain

KD may have made a partial payment for boat rental. Philippe was the guy who found KD the boat, KD asked JE to make payment – made first payment but did not pay the balance – JE said he could not for some reason. KD/BT/JD went on boat w/ some other friends – rented for one week, stayed on the yacht. KD put JE's CC in Uber app for a couple months at some point. KD/JE trip – Istanbul, Turkey – JE's wife as well. Crocodile jacket purchased in Turkey – $10 – $20,000 – KD paid for it. [Euros (KD gave JE 10 euros, he paid difference)] NYC once. Monaco – KD went in the summer, met up w/ JE frequently. Courchevel – ski trip w/ JE (at least once), JE, wife, JD, + other friends from Monaco (nothing to do w/ trading).

| | |
|---|---|
| Reference D to JE 7/29/15 | KD could not recall other trips – maybe weekend in Paris. Ibiza trip – KD went w/ friends – JE was trying to tag along. KD asked JE to find a hotel. KD didn't believe JE went – JE's wife is not a good drinker – KD couldn't stand his wife. JE's wife makes a scene. |



12/1/17 ▷
Nov 2014
pictures

KO was at BT's bday party. KO never JE that BT was the guy + vice versa. BT/JE met a caple times - BT was always fascinated by Monaco superficial world - JE was part of it. KO wuld try to prevent JE/BT to talk too much - 3-4 x they were at the same place. KO goes to Ibiza every summer back + forth. KO didn't recall if he provided info to JE while in Ibiza - insider trading is usually slow in the summer. KO was not sure specifically. If deal was going on for KO wuld be in contact w/ BT/JE. KO always kept a burner phone on him while traveling just in case. KO wuld call JE on regular phone to say he wuld call on burner phone. Codes - "wake up, I'm hungry." JE/KO spoke in English. BT/KO - French. Code was to say things that didn't make sense - wuld then switch to burner phone. No other business ventures w/ JE besides insider trading.

Reference ▷
BT to JE/KO
8/17/15

KO did not recall e-mail. KO did not recall who SB was. KO recalled at some point - trip in NY w/ JE - JE introduced KO to some colleagues in commodities - wanted to set up commodities fund + wanted to use KO's high networth contacts to invest. Marc Aron was supposed to be part of it - ex colleague of JE - MA/JE got in fight. JE wanted to still do it - KO didn't want to w/ at MA KO met MA - MA knew KO was doing insider trading w/ JE.



12/1/17

KD wasn't aware of MA doing insider trading w/ JE. KD met MA on NYC trip w/ JE. KD never had meeting w/ people on e-mail. NYC trip timing - not cold, not hot - JE wanted to start fund - KD's add value was to get investors if fund was made. MA / JE / KD were supposed to do it together. KD / JE / MA had dinner in NYC. JE worked for MA at some point before - not directly, but MA was higher up than JE. KD asked JE if MA knew about IT - JE said he never told him. KD said to MA he's been doing things w/ JE (insider trading) - MA was intrigued about how it started, how much $ made. Approx 2 yrs ago (2015). MA didn't ask about specific deals - do you like it? MA didn't act shocked, act like he knew the whole thing. KD's knowledge - MA wasn't involved in what KD was doing w/ JE. JE said two MA didn't know. ~~xxxxxx~~ MA would test KD by asking him questions about deals - KD never did anything specific w/ MA re insider trading - MA would call + ask KD if he heard about a specific company. KD told MA he was getting info from an investment banker - KD said he was getting tips from the banker. KD had contact w/ MA 2-3 months after NYC trip. Stopped talking after that. KD didn't know why MA + JE got in a fight about. KD / MA talked on regular phones + then at some point communicated on encrypted app - follow-up convos were about insider trading.



12/1/17    Downloaded app to see if MA wanted to be part of the insider trading deals. KD may have provided MA info that he got from BT. MA knew KD + JE were sharing info. MA knew KD was paying banker for information. Market rumors - JE had a friend/broker in Geneva (Arabic guy - spoke Arabic w/ JE) second market info - brokers call each other when they see a big position - JE would tell KD about market rumors. KD would go to BT w/ market rumors/deals from JE.

BT had source at another bank after DW. KD never met BT's source - post raid BT was more careful + wouldn't provide a lot of info. KD suspected the source to be at Moelis. KD thought so b/c deals involved Moelis. 2nd investor KD worked w/ was much more specific - more demanding about specific info - asked a lot of questions. How KD put it together that source may have been at Moelis. Lebanese broker in Geneva who spoke Arabic - market rumors. Bloomberg - reporters - head of M&A in London - Dinesh Nair - at Bloomberg. Grey week DN makes profits. DN working w/ network that does insider trading. NYC tourist trip - met randomly Jewish guy working finance on healthcare - uncle is biggest crook in France. Jewish guy - Azreal (FNU) Mimran, Arnold - uncle. ↓ asked KD what he did - KD said finance. Azreal talked



12/1/17

About 3 guys in Paris - own account - trading themself,
John Uzan, Alexi LNU, Sasha ~~Sotoon~~ Slama - 3
Guys in Paris (same age as KD - maybe one year older).
New generation of insider traders. Sope Ojeh - confirmed very good
At finding bankers - Sending messages to bankers - Send
to tens + tens of people. Linked-In + Instagram. KD
did not know the mentor - had an African passport -
SO told KD. SO told KD re Bloomberg guy - 3 guys
have new deal from source + tell DW info to print
something. DW told them they have 2 days. DW was paid
by the 3 guys. KD doesn't know who the mentor is,
KD not aware of other Bloomberg guy. KD did not
share this info w/ JE. KD shared info w/ #2 investor.
JE - #1 investor KD worked w/. KD clubbing / vacations -
meet a lot of people - Jhne - nothing to do w/ insider
trading - knows crooks everywhere - knew him for a
long time - KD told him what he was doing + asked
if he knew anyone - couple months after in Dubai -
Jhne's friend wanted to meet KD - Ameil LNU met KD -
KD tried to find his last name - Jhne + Amil got
suspicious. Jhne LNU. Convo w/ Ameil, Jhne left meeting
shortly after. Jhne only makes introductions. A
said he's been doing insider trading large scale +
long time. Michetex Star vs hebob place. A much
more meticulous + professional. Throughout KD + A's
relationship - A would fly in people from Pakistan or
wherever, open account for them, start trading



12/1/17

w/ them. Close + open, close + then open. A B
Pakistani, speaks french, lives in Dubai but travels
a lot. A pays someone to call brokers for him
so he's never recorded on calls. First convo w/
A - doing this for long time, knew basically
everything was happening in the market, so much
power - trigger & on big amounts + make big
positions - everyone knew him + calling him to
tell him whats happening → sources / brokers.
KD told A he had someone working at the
bank - A said let him know about a deal.
I-phone communication - Silent app, new iphone
every month. One phone, one app per person -
KD
10-20 phones A had. KD initially never told
BT/JD about A. KD doesn't recall the transition
from JE to A. May have given both guys same
info. A didn't know JE but knew KD was
providing info to someone else. Payment discussed-
Only in cash, 10% - started w/ 1mm or 2mm -
KD compensated (A didn't hide profits - asked KD
how much do you want) - 2½-3½mm paid
to KD - approx 6 deals, most recent deal approx
4 months ago - BT to KD to A - Seven
Energy - Nigerian company. A was more
exacting more professional - A wouldn't consider deal
unless he had all the advisors, lawyers - A
wanted to know KD had a source at the company.

12/1/17

A knew KD was paying his source. KD received cash from A. KD then paid BT. Never dollars - pounds / euros. Info more detailed [shared] - KD took notes - tell A on app. KD doesn't have any of the iphones. KD saw A last week in Dubai. KD left silent iphone in Dubai. Cannot view previous messages after 30 seconds. Change iphones every month. KD left phone at friends place in Dubai. KD believed A probably shared the info w/ others - doesn't know for sure. Atkins (ATK) [British company] deal, BMS [pharmacy] - that's all KD remembers. KD's relationship w/ A brought it to another level. KD ~~~~ told A BT was putting pressure on him to get the money. BT does not know who A is. BT never knew but may know now. BT was contacted by his lawyers + may have seen JE's name. BT knew KD didn't ask questions before + then asked detailed questions - BT saw change + knew KD was working w/ someone else. KD is not sure if BT saw a doc w/ JE's name on it. BT never asked KD about JE. No one else aware other than A + JE (+ MA). A friend of JE, same clique as MA. Daniel Ptch [London based] - KD knew him for a long time. DP saw KD was close w/ JE - KD had shabat at DP not long ago - DP said he traded if KD had something. KD played dumb. M&A guy at dinner @ DP's, KD doesn't know name. Wife has daughter 28/29 - BF of husband. BT comes to KD when he has info (current).

(15)

12/1/17

If both brothers stopped - BT wald get suspzias. A
owed KD money - KD received $300K last week.
100,000 is still owed. BT travels a lot, based in Monaco
currently. KD received $ while in Dubai - KD checked
out. BT checked - One & Only Hotel — KO left
locked suitcase of cash at front desk. BT said he
got the cash via ~~xxxxxxxxxx~~ - telegram app to
KD. BT went to Dubai to pick up cash. KD does
not know what BT is doing in Monaco. KD believes
BT's source is in London @ Moelis b/c all deals
involve Moelis only BT knows those specific details.
BT is so linked to JD/KD that if BT was exposed
everyone wald know JD/KD was involved.
A is approx 40 yrs old.

[hange ▷ EAUIMG (Paris ar)
[harer          john_777- instagram
                      John Uzan]

| | |
|---|---|
| **From:** | Sean Bougourd |
| **To:** | joseph_elkhouri@yahoo.com; kevin@dodelande.com |
| **Subject:** | Follow Up to Today"s Meeting |
| **Date:** | Monday, August 17, 2015 2:31:06 PM |

Hi Joseph/Kevin

I've followed up with Hannah Terhune at Capital Management Partners in the U.S. by email after speaking to one of her colleagues and I've also spoken to and organised to see Gary John-Baptiste at ABN Amro in London on Wednesday to discuss the clearing account for the Fund.

Kevin - it would be good to get copies of your identity and address documents as they will be needed at some point by the BVI registered office for the Fund and I will probably need to drop copies into my file for good order.

I will keep you both posted.  I'm hoping to have a Skype call with Hannah tomorrow.

Kind regards

Sean




**Sean Bougourd**
**Associate Director**
SPF Private Clients
The Financial Suite, The Maze, Berthelot Street
St Peter Port, Guernsey, GY1 1JT

| | |
|---|---|
| Telephone: | +44 (0) 1481 715234 |
| Fax: | +44 (0) 1481 715235 |
| Email: | sbougourd@spf.gg |
| Website: | www.spf.gg |

**Registered in Guernsey No 44610**
SPF Private Clients (Channel Islands) Limited is licensed by the Guernsey Financial Services Commission.
NOTICE: This email is intended for the named recipient only. It may contain privileged and confidential information. If you are not the intended recipient, notify the sender immediately and destroy this email. You must not copy, distribute or take action in reliance upon it. Whilst all efforts are made to safeguard emails, SPF Private Clients (Channel Islands) Limited cannot guarantee that attachments are virus free or compatible with your systems and does not accept liability in respect of viruses or computer problems experienced. SPF Private Clients (Channel Islands) Limited reserves the right to monitor all email communications through its internal and external networks.











# BEN'S BIRTHDAY

Beautifully decorated with shards of mirror and velvet fabrics; it's the classy atmosphere of Loulou's, a private members club on Hertford Street that Ben had chosen to hold his birthday party surrounded by all his friends: Natalya and Lucas Sidecki.





With Natalia Weber



Happy Birthday Ben

Case 1:19-cr-00716-DLC   Document 111-21   Filed 06/08/20   Page 29 of 41

They end the month by having a lot of fun together at a casting for Mama Natura. The brand, dedicated to children's health was looking for siblings to appear in its advertisement.



# NINA'S LIFE

Dressed in a beautiful fitted sparkly dress from Nina Nausdal Couture, Nina joined friends for a great dinner at Cipriani with pizza. Joining them were Kevin Dodelande, Chloe Green and Natalya Wolter who enjoyed a lovely evening.



Cipriani Dinner







With Chloe Green



With Chloe Green and Natalja Wolter

After shopping time at Loro Piana a boutique situated on Sloane Street providing quality clothes for men, women and children, she went out for a dinner at China Tang with friends.



Dinner at China Tang

On the 17th of October, Nina met Soha Edress for a girls dinner at Art Club.







catch up and an amazing dinner at La Petite Maison to celebrate her friend Nick's birthday.









Nina Newsletter
No. 29 | September 2014



*Dinner at Sass*



*Amazing night at Twiga*

# GREAT TIME

From Monaco where they had time to see the boats arrival for the show to come, Nina and Joseph drove to Lake Como in Italy for a couple of days. They stayed at Casta Diva, a 5 star luxury spa hotel wich features 7 villas, a wellness Spa and a gourmet Restaurant with lake view.





GOLD AW14 AND COUTURE SS14 COLLECTION

NINA AND HER CHILDREN

NINA AND FRIENDS

CROSS DRESSING PARTY AT LOULOU'S

EVENT AT TRAMP CLUB

TEXTILE FORUM FABRIC SHOW

DORCHESTER FLOWER BALL

DIOR EVENT IN SLOANE STREET

| | |
|---|---|
| **From:** | kevin@dodelande.com |
| **To:** | joseph_elkhouri@yahoo.com |
| **Subject:** | Fwd: TR: Votre réservation à l' établissement Hotel Náutico Ebeso, Ibiza, 4 août - 7 août |
| **Date:** | Wednesday, July 29, 2015 5:42:25 AM |

I found only this hotel

K=vin Dodelande

Begin forwarded message:

**From:** "Corinne DESERVILLE - EQUATOUR" <corinne.deserville@equatour.ne=>
**Date:** 29 July 2015 12:41:42 EEST
**To:** <kevin@dodelande.com>
**Subject:=/b> TR: Votre réservation à l'  établissement Hotel N=C3�utico Ebeso, Ibiza,  4 août - 7 août**

=/blockquote>

J'ai trouvé celui ci

&n=sp;

&=bsp;

=nbsp;

**Corinne DESERVILL=**

*Groupe EQUATOU=*

*Service bille=terie*

*19 rue St De=is*

*92100 Boulogne B=llancourt*

*Ligne di=ecte 01 41 04 04 18*

**Fax 01 41 04 04 30**

---

**Objet : Votre réserva=ion à l' établissement Hotel Náutico Ebeso, Ibiza, 4 aoû= - 7 août**

*Bon voyage !*

*Le Service Clients de Booking.com*

=tr>



**Me=ci, CORINNE ! Votre réservation est maintenant confirmée.**

---

Savez-vous que vous pouvez �=A9galement réserver vos voyages d'affaires sur Booking.com ?

<=tr>
**Hotel Náutico Ebeso**

Ramón Muntaner, 44, I=iza, 07800, Espagne - Voir l'itinéraire

**T�=A9léphone:** +34971302300 <=o:p>



Gérez votre réservation

<=td>

=/span>Confirmation numérique

| Numéro de réservation =/span> | 281764316<=p> |
| Code confidentiel | 9516 |
| Votre réservation | =p class="MsoNormal" align="right" style="text-align:right;line-height:12.75pt">3 nuits, 1 chambre Modifier=/span> |
| Arrivée =/span> | mardi 4 août 2015 (13:30 - 21:00) =/o:p> |
| Départ&=bsp; | vendredi 7 août 20=5 (01:00 - 11:30) |
| R�=A9servation effectuée par =/o:p> | CORINNE DESERVILLE (corinne.deserville@equatour.net) |

=tr>

## escriptif de l= chambre

Cette chambre dispose d'une décoration sim=le et moderne ainsi que d'un balcon offrant une vue sur la mer et sur l'�=AEle de Formentera. Elle comprend également une télévision p=r satellite à écran LED et une salle de bains entièrement �=A9quipée.

En cas d'annulation ou de modification jusqu'à 2 jours a=ant la date d'arrivée, l'établissement ne prélève pas d= frais. En cas d'annulation ou de modification tardive, l'établissemen= exige 100 % du montant total de la réservation. En cas de non-pré=entation, l'établissement prélève le montant total de la r�=A9servation.

Les frais d'annulation et de mo=ification sont déterminés par l'établissement. Vous devrez r=C3�gler tous les frais supplémentaires directement à l'éta=lissement

| Clients | KEVIN DODELANDE Modif=er le nom du client |
| Nombre de clients | 2 personnes max Modifier le nombre de clients<=:p> |
| Repa= | Pet=t-déjeuner GRATUIT |
| Prépaiement /=Dépôt de garantie | L'établissement ne demande pas de prépaiement. |
| Conditions=d'annulation | |
| Frais d'annulation | • =<!--[endif]-->Jusqu'au 1 aoû= 2015 23:59 [Ibiza]: € 0 |
| | • =<!--[endif]-->À partir du 2=août 2015 00:00 [Ibiza]: € 1 869,18 <!--[if !supportLists]--> &n=sp;  <!--[endif]-->�=80 partir du 5 août 2015 00:00 [Ibiza]: € 1 869,18 <=o:p> |

Annuler la réservation

Vous pouvez consult=r ou modifier votre réservation en ligne à tout moment, sans devo=r vous inscrire.

<=tbody>

## Tout est correct ?

<!--[if !supportLis=s]-->•   <=span><!--[endif]-->Modifier les coor=onnées de la carte de crédit

=nbsp; <!--[endif]-->Demande d'enregistrement anticipé ou de départ tardif <=a>

<!--[if !supportLists]--> &=bsp;   <!--[endif]-->Contacter l'établissement =o:p>

<!--[if !supportLists]-->•   <!--[endif]-->Changer de dates

<!--[if !su=portLists]-->•   <!--[endif]-->Modifier les=renseignements client

<!--[if !suppo=tLists]-->•   <!--[endif]-->Changer de ch=mbre

**Demandes spéciales**

BED PREFERENCE:Double or Twin Room with Sea View: 1 large double=

<=tr>

🔲 I=formations importantes

=/td>

Veui=lez noter que le nom inscrit sur la carte de crédit utilisée lors=de la réservation doit correspondre au nom de la personne séjourn=nt dans l'établissement.

Vous devrez présenter une carte d= crédit en cours de validité lors de l'enregistrement.

Si=vous n'êtes pas le titulaire de la carte de crédit utilisée l=rs de la réservation, veuillez contacter l'établissement à l=avance. L'établissement se réserve le droit d'effectuer une pr◆=A9autorisation sur la carte de crédit. Le règlement s'effectue lo=s de l'enregistrement.

<=able class="MsoNormalTable" border="0" cellspacing="0" cellpadding==0" width="100%" style="width:100.0%">

**Paiement**

=span style="font-size:9.0pt;font-family:"Arial","sans-seri=";color:#333333">Vous avez confirmé et garanti votre réserva=ion avec votre carte bancaire.

Le règlement de votre réservation doit êtr= effectué auprès de l'établissement pendant votre séjou=, sauf indication contraire dans les conditions.

Veuillez noter qu'une préautorisat=on de la carte de crédit peut être effectuée avant la date d=arrivée.

Cet hébergement accepte les=modes de paiement suivants :

American Express, Visa, Euro/Mastercard

**Cond=tions de réservation**

Parking=span style="font-size:9.0pt;font-family:"Arial","sans-seri=";color:#333333">          L'établissement ne dispose pas de parking=

I=ternet          Une connexion Wi-Fi est dis=onible dans les parties communes au tarif de 7 EUR par 24 heures

Voir toutes les conditions de r◆=A9servation

**Besoin d'aide concernant votre réservation ?=**

Contacter l'établissement          Téléphone : +34971302300

Gérer l= réservation          Vous pouvez consulter votre réservation ou la modifier en ligne à tout moment.

          Envoyer un e-mail au Service Clients

          Numéro local : 01 57 32=92 09
          Depuis l'étranger ou le pays de l'établissement (Espagne= : +33 1 57 32 92 09

=table class="MsoNormalTable" border="0" cellspacing="0" cellpadding==0" width="100%" style="width:100.0%">

**Téléchargez les applis gratuites <= href="http://Booking.com">Booking.com pour un enregistrement facile - =plus besoin d'imprimer !**

Consulte= cette confirmation même hors ligne !=/span>

Get it on Google Play



=/o:p>

Vous avez besoin d'un véhicule ? Notre partenaire rentalcars.com vous garantit des offres ex=eptionnelles sur votre location de voitures.

Co=sultez les tarifs des voitures de location à proximité de votre d=stination.

Copyright © 1996–2015 Booking.com. Tous droits réservés.
Cet e-mail a �=A9té envoyé par Booking.com, H=rengracht 597, 1017 CE Amsterdam, Pays-Bas

<=p>

=

**From:**      kevin@dodelande.com
**To:**        Philippe; joseph_elkhouri@yahoo.com
**Subject:**   Passport
**Date:**      Tuesday, July 21, 2015 12:59:36 PM

Mr. El Khouri,

Could you please send us asap your passport photocopy.

In addition, tomorrow morning we will need to make the wire transfer.
I will contact you again to let you know about the details.

Best,

Kevin.

**From:** kevin@dodelande.com
**To:** joseph_elkhouri@yahoo.com
**Subject:** Re:
**Date:** Tuesday, July 21, 2015 1:55:40 PM

Thank you
Perfect

Kevin Dodelande

On 21 Jul 2015, at 20:41, joseph_elkhouri@yahoo.com wrote:



Sent from my BlackBerry 10 smartphone on the Orange network.

<IMG_20140919_143852.jpg>

</html

| | |
|---|---|
| **From:** | kevin@dodelande.com |
| **To:** | zachos afroudakis |
| **Cc:** | joseph_elkhouri@yahoo.com |
| **Subject:** | Re: MEYA MEYA e-contract |
| **Date:** | Wednesday, July 15, 2015 8:00:24 AM |

We will proceed to the payment today.

Mr El Khouri will sign and send you back the contract in the next 3h.
In addition he will make the wire transfer asap.

Regards,

K

> On 15 Jul 2015, at 11:49, zachos afroudakis <za@afroudakisyachting.com> wr=te:
>
> Dear Kevin,
>
> Good day. Please advise if we proceed with charter and payment TODAY cause=> the owner is pressing us.
> Awaiting for your reply.
> Regards,
> Zaxos Afroudakis
>
>
> -----Original Message-----
> From: kevin@dodelande.com [mailto:kevin@dodelande.com]
> Sent: Tuesday, July 14, 2015 9:58 PM
> To: joseph_elkhouri@yahoo.com
> Cc: zachos afroudakis
> Subject: Re: MEYA MEYA e-contract
>
> Jospeh,
>
> before doing any transfer.
> One need to sign the contract, so wait for my green light. Let's meet
> tomorrow.
>
> Cheers,
> Kevin
>
>>> On 14 Jul 2015, at 19:02, "kevin@dodelande.com" <kevin@dodelande.com>
>> wrote:
>>
>> Hello,
>>
>> Mr El Khouri, in Cc, will take care of the transfer tomorrow.
>>
>> Thank you.
>>
>> Best,
>>
>> Kevin Dodelande

\>\>
\>\>\> On 14 Jul 2015, at 08:59, zachos afroudakis <za@afroudakisyachting.com>
\> wrote:
\>\>\>
\>\>\>
\>\>\>
\>\>\> Dear Ken,
\>\>\>
\>\>\> Good day. Please find attached contract for your charter on board MEYA-
\> MEYA 21-28/7 Bodrum - Mykonos.
\>\>\> Please signed it and send it back to us so we receive signature from all=> parties.
\>\>\> Please proceed with payment to the bank details mentioned in the 1st pag=
\> of the contract.
\>\>\> Thank you in advanced.
\>\>\> Always at your disposal.
\>\>\>
\>\>\> Regards,
\>\>\> Zachos Afroudakis
\>\>\>
\>\>\> 2 Plastira Str., Voula 166 73 Athens, Greece
\>\>\> Tel: +30-213-0265984 & +30-210-9838236
\>\>\> Mob:+30-6946-906870
\>\>\> www.afroudakisyachting.com
\>\>\>
\>\>\>
\>\>\>
\>\>\>
\>\>\>
\>\>\>
\>\>\>
\>\>\>
\>\>\>
\>\>\>
\>\>\> <MEYA MEYA.pdf>
\>