```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :       19Cr0716(DLC)
                                       :
            -v-                        :           ORDER
                                       :
TELEMAQUE LAVIDAS,                     :
                      Defendant.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

An Order of June 5 adjourned the sentencing of Telemaque Lavidas from June 22, 2020 to July 23, 2020, in light of the ongoing COVID-19 pandemic. The June 5 Order requested that the defendant inform the Court if, in the event the sentencing could not proceed in court on July 23, the defendant consented to proceed remotely and further delay would seriously harm the interests of justice. The June 5 Order also provided the defendant with a form, Waiver of Right to be Present at Criminal Proceeding, by which the defendant may waive his right to an in-person sentencing.

By letter of June 8, the defendant requested that his June 22 sentencing proceed as scheduled, rather than be adjourned to July 23. The defendant also informed the Court that, in the event the June 22 sentencing could not proceed in court, he consented to be sentenced remotely and further delay would

seriously harm the interests of justice.  Accordingly, it is hereby

ORDERED that the defendant's sentencing is rescheduled to occur as a video/teleconference using the CourtCall platform on Thursday, **June 25, 2020** at **11:00 am**.  Defense counsel will be given an opportunity to speak with the defendant by telephone for fifteen minutes before the sentencing proceeding begins (i.e., at **10:45 a.m.**); defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

To optimize the quality of the video feed, only the Court, the defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone.  Due to the limited capacity of the CourtCall system, only one counsel per party may participate. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **855-268-7844** and using access code **32091812#** and **PIN 9921299#**.

In advance of the conference, Chambers will email the parties with further information on how to access the conference.  Those participating by video will be provided a link to be pasted into their browser.  **The link is non-transferrable and can be used by only one person**; further, it

2

should be used **only** at the time of the conference because using it earlier could result in disruptions to other proceedings.

To optimize use of the CourtCall technology, all those participating by video should:

1. Use the most recent version of Firefox, Chrome, or Safari as the web browser.  Do **not** use Internet Explorer.

2. Use hard-wired internet or WiFi.  If using WiFi, the device should be positioned as close to the Wi-Fi router as possible to ensure a strong signal.  (Weak signals may cause delays or dropped feeds.)

3. Minimize the number of others using the same WiFi router during the conference.

Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another.  Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

If CourtCall does not work well enough and the Court decides to transition to its teleconference line, counsel should call **888-363-4749** and use access code **4324948#**.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.  International callers should call **215-446-3662** and use access code **4324948#**.)  In that event, and in accordance with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at

https://www.nysd.uscourts.gov/sites/default/files/practice_docum

ents/DLC%20Cote%20COVID-19%20Emergency%20Practices%20-

%20May%2013%2C%202020.pdf, counsel should adhere to the

following rules and guidelines during the hearing:

1.  Each party should designate a single lawyer to speak
    on its behalf (including when noting the appearances
    of other counsel on the telephone).

2.  Counsel should use a landline whenever possible,
    should use a headset instead of a speakerphone, and
    must mute themselves whenever they are not speaking to
    eliminate background noise.  In addition, counsel
    should not use voice-activated systems that do not
    allow the user to know when someone else is trying to
    speak at the same time.

3.  To facilitate an orderly teleconference and the
    creation of an accurate transcript, counsel are
    required to identify themselves every time they speak.
    Counsel should spell any proper names for the court
    reporter.  Counsel should also take special care not
    to interrupt or speak over one another.

4.  If there is a beep or chime indicating that a new
    caller has joined while counsel is speaking, counsel
    should pause to allow the Court to ascertain the
    identity of the new participant and confirm that the
    court reporter has not been dropped from the call.

Counsel is reminded to discuss the form provided with the

June 5 Order, Waiver of Right to be Present at Criminal

Proceeding, and, to the extent possible, file the executed form

**at least 24 hours prior to the proceeding.**

Dated:    New York, New York
          June 9, 2020

_____
DENISE COTE
United States District Judge