

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

June 9, 2020

R. Daniel O'Connor
T +1 617 951 7260
daniel.oconnor@ropesgray.com

**BY FEDEX**

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     Request for Restitution for *United States v. Nikas et al.*, 19-cr-716 (S.D.N.Y. filed Oct. 7, 2019)

Dear Judge Cote:

We write on behalf of Takeda Pharmaceuticals U.S.A., Inc. ("Takeda") to assert a claim for restitution for fees and expenses that Takeda incurred directly as a result of the criminal actions of Telemaque Lavidas ("Defendant").

On January 15, 2020, a jury convicted Defendant of insider trading by illegally tipping co-defendant Georgios Nikas ("Co-Defendant Nikas") with material, non-public information related to ARIAD Pharmaceuticals, Inc. ("ARIAD") that Defendant received from his father, ARIAD board member Athanase Lavidas, on three occasions between 2013 and 2015.  Co-Defendant Nikas subsequently traded on the information, and made several million in profits and avoided substantial losses.

On December 1, 2016, ARIAD received a grand jury subpoena from the U.S. Department of Justice (the "DOJ") issued in connection with the DOJ's investigation of insider trading of ARIAD securities, which compelled the production of, among other things, copious amounts of documents and communications relating to ARIAD's board of directors (the "ARIAD Subpoena") related to the current prosecution.  ARIAD retained Gibson Dunn & Crutcher LLP ("Gibson Dunn") to assist in responding to the ARIAD Subpoena.

Takeda acquired ARIAD in February 2017.[1]  On or around November 14, 2019, Takeda as the successor to ARIAD received a grand jury subpoena (the "Takeda Subpoena," together with the ARIAD Subpoena, the "Subpoenas") from the DOJ issued in connection with Defendant's criminal case, attached hereto as Exhibit 1.  The Takeda Subpoena compelled the production of "any and all"

---

[1] Takeda Pharm. Co., Annual Report (Form 20-F), at 23 (June 27, 2019).

ROPES & GRAY LLP

(1) records and communications relating to training sessions and information provided to the ARIAD Board of Directors from 2013 through 2015 relating to (a) confidentiality; (b) material, non-public information; and/or (c) or insider trading; and (2) documents relating to approximately thirty different entries on a chronology of events submitted on June 11, 2014 to the United States Securities and Exchange Commission (the "SEC") by ARIAD's former counsel. The deadline for the Takeda Subpoena was November 20, 2019, an extremely tight turnaround given Defendant's upcoming trial commencing on January 6, 2020.

   For the reasons explained below, as a result of Defendant's criminal activity and subsequent prosecution, Takeda experienced substantial, direct financial losses in responding to the Subpoenas.[2] Takeda is thus a victim of Defendant's criminality under the Mandatory Victims Restitution Act ("MVRA") and seeks restitution to recover for its losses. *See* 18 U.S.C. § 3663A(a)(2); *see also United States v. Kinney*, 610 F. App'x 49, 52 (2d Cir. 2015) (holding that the MVRA "makes a defendant convicted of an offense involving a criminal scheme liable for restitution to all persons harmed by his actions pursuant to that scheme"). In total, Takeda has incurred $186,430.99 in fees and costs associated with the DOJ's investigation and prosecution of Defendant.

   Takeda incurred reasonable and necessary document review and production expenses in responding to the Subpoenas, as well as technical costs, such as forensic, data storage, and processing expenses.[3] *See* 18 U.S.C. § 3663A(b)(4). Defendant's criminal activity was the "direct and proximate cause" of the expenses Takeda incurred in responding to the Subpoenas, as required by the MVRA and further clarified by the Second Circuit. *See* 18 U.S.C. § 3663A(a)(2); *see also United States v. Cean*, 771 F. App'x 81, 83 (2d Cir. 2019) ("As to proximate cause, the basic question is whether the harm alleged has a sufficiently close connection to the conduct at issue—i.e., whether it is foreseeable."); *United States v. Odiase*, 788 F. App'x 760, 764 (2d Cir. 2019) ("Where the crime of conviction is a conspiracy, a district court may order the defendant to pay restitution for the reasonably foreseeable losses caused by the conspiracy."). Indeed, but for Defendant's criminal activity, Takeda would not have incurred any expenses in responding to the Subpoenas issued in connection with Defendant's prosecution by the DOJ. This District has ordered convicted defendants to pay restitution to companies that assisted with the defendants' prosecutions in similar circumstances. *See, e.g., United States v. Afriyie*, No. 16-CR-377-PAE, 2020 WL 634425, at *1-2 (S.D.N.Y. Feb. 11, 2020) (finding that the MVRA required the defendant in an insider trading scheme to compensate one of the victims, his former employer, for "attorney's fees that [his employer] was required to incur to advance the investigation or prosecution of the offense"); *cf. United States v. Lagos*, 138 S. Ct. 1684, 1686 (2018) (clarifying that the MVRA applies to "government investigations and criminal proceedings," but not to private investigations).

   Takeda incurred substantial time, effort, and expense in responding to this matter. All told, Takeda made six productions of documents to the DOJ in response to the ARIAD Subpoena and four productions of documents to the DOJ in response to the Takeda Subpoena. In order to respond to the

---

[2] By virtue of its acquisition of ARIAD, Takeda has assumed the fees and costs associated with the ARIAD Subpoena.

[3] Takeda is only requesting restitution for its legal fees previously mentioned and not the costs incurred by Takeda's employees in responding to the Subpoena.

ROPES & GRAY LLP

Takeda Subpoena, Takeda first had to identify and ensure the preservation of the email archives of 42 different ARIAD custodians with possession of potentially responsive material dating back to 2013—only three of whom are still current employees. These efforts were further complicated by Takeda's complex corporate history. In 2017, Takeda acquired ARIAD. Then, in 2019, Takeda merged with Shire, a transformational event for both corporations and for which efforts to integrate technology and computer infrastructure are still ongoing. In tandem with these e-discovery preservation efforts, Takeda also contacted its former counsel to collect and review potentially responsive information that was previously produced to the SEC and DOJ in 2013 and 2014 in an effort to leverage existing work product and to produce documents to the DOJ as expeditiously as possible.

There were extensive costs in connection with responding to the Subpoenas related to the document production, including attorney time spent collecting documents, reviewing the collected materials for responsiveness, privilege, and for proprietary information, as well as discussing the scope of the Subpoenas and materials to be produced with the DOJ.

Takeda took extensive efforts to limit all of those expenditures by attempting to have in-house counsel complete much of the work in gathering responsive materials and, for the Takeda Subpoena, to collect existing work product produced by former counsel. Takeda ultimately required the assistance of outside counsel to assist with document review and production, as well as to interface with the DOJ. ARIAD retained Gibson Dunn and Takeda retained Ropes & Gray to assist with responding to the Subpoenas. Ropes & Gray worked with the DOJ on multiple calls to significantly limit the scope of the original requests in the Takeda Subpoena and focus to the extent possible on what the DOJ most needed for its trial efforts, and, through these efforts, substantially limited the costs and expenses necessary for the response. Ropes & Gray's fees and associated costs, totaling $145,224, are set forth in Exhibit 2. Gibson Dunn's fees and associated costs in connection with the ARIAD Subpoena, totaling $41,206.99, are set forth in Exhibit 3.

Please contact me if I can further clarify anything in this letter or answer your questions.

Best regards,

R. Daniel O'Connor

Enclosures

cc:     Chris Allen, Vice President, Head Counsel, U.S. Litigation & Investigation, Takeda
        Pharmaceuticals U.S.A., Inc.
        Melanie Nevin, Counsel, Takeda Pharmaceuticals U.S.A., Inc.
        Daniel Tracer & Richard Cooper, Assistant United States Attorneys
        United States Probation and Pretrial Services Office          .

# Exhibit 1

# Grand Jury Subpoena



**U.S. Department of Justice**
*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2019

**BY EMAIL**

Takeda Pharmaceuticals U.S.A., Inc.
c/o Chris Allen, Esq.
One Takeda Parkway
Deerfield, IL 60015

Dear Madam or Sir:

    Re:    **Grand Jury Subpoena**

    Please be advised that the accompanying grand jury subpoena has been issued in connection with an official criminal investigation of a suspected felony being conducted by a federal grand jury. The Government hereby requests that you voluntarily refrain from disclosing the existence of the subpoena to any third party. While you are under no obligation to comply with our request, we are requesting you not to make any disclosure in order to preserve the confidentiality of the investigation and because disclosure of the existence of this investigation might interfere with and impede the investigation.

    Moreover, if you intend to disclose the existence of this subpoena to a third party, please let me know before making any such disclosure.

    Thank you for your cooperation in this matter.

Very truly yours,

AUDREY STRAUSS
*Attorney for the United States,*
*Acting Under Authority*
*Conferred by 28 U.S.C. § 515*

By: _____
Richard Cooper/Daniel Tracer
Assistant United States Attorneys
(212) 637-1027/2329

Grand Jury Subpoena

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
## SOUTHERN DISTRICT OF NEW YORK

TO:   **Takeda Pharmaceuticals U.S.A., Inc.**
      **c/o Chris Allen, Esq.**
      **One Takeda Parkway**
      **Deerfield, IL 60015**

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   November 20, 2019            Appearance Time:   10:00 a.m.

to testify and give evidence in regard to an alleged violation of:

18 U.S.C. §§ 1956(a)(1)(A), 1956(a)(1)(B), 1957, 371, 1341, 1343, and 1348; 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5

and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

### See Attached Rider

Please produce the requested information (1) on or before the return date to Richard Cooper, Assistant United States Attorney, Southern District of New York, One Saint Andrews Plaza, New York, NY 10007 and SA Matthew Mahaffey at: Federal Bureau of Investigation, 26 Federal Plaza, New York, NY 10278, and, if possible, by email to Richard.cooper@usdoj.gov and mdmahaffey@fbi.gov, tel. 212-637-1027 (Cooper) and 212-384-2110 (Mahaffey); and (2) accompanied by an executed copy of the attached Declaration of Custodian of Records.  PLEASE PROVIDE MATERIALS ELECTRONICALLY IF POSSIBLE.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         November 14, 2019

*audy gtn /rc*

AUDREY STRAUSS
*Attorney for the United States Acting
Under Authority Conferred by 28
U.S.C. § 515*

Richard Cooper/Daniel Tracer

Assistant United States Attorneys
One St. Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-1027/2329



## RIDER

**Takeda Pharmaceuticals U.S.A., Inc.**
**c/o Chris Allen, Esq.**
**One Takeda Parkway**
**Deerfield, IL 60015**

Please produce the following:

1.   Any and all records and communications relating to training sessions and information provided to the board of directors of Ariad Pharmaceuticals, Inc., relating to (a) confidentiality, (b) material, non-public information, and/or (c) insider training, for the period from 2013 through and including 2015; and

2.   Any and all documents relating to certain entries contained on the chronology of events sent on June 11, 2014 to the United States Securities and Exchange Commission by counsel for Ariad Pharmaceuticals, Inc., which chronology is enclosed herewith for your reference.  Please produce any and all documents for the entries on the following dates, all in 2013:

       a.   September 30
       b.   October 2
       c.   October 3
       d.   October 4
       e.   October 7
       f.   October 8
       g.   October 9
       h.   October 10
       i.   October 17
       j.   October 18
       k.   October 30
       l.   October 31
       m.   November 4
       n.   November 5
       o.   November 6
       p.   November 20
       q.   November 22
       r.   November 25
       s.   November 26
       t.   November 27
       u.   December 10
       v.   December 11
       w.   December 12
       x.   December 13
       y.   December 16
       z.   December 17
       aa. December 18
       bb. December 19
       cc. December 20

Please forward the above requested information to AUSA Richard Cooper and SA Matthew Mahaffey at:

      Richard.cooper@usdoj.gov and mdmahaffey@fbi.gov

      or

| | |
|---|---|
| United States Attorney | Federal Bureau of Investigation |
| Southern District of New York | 26 Federal Plaza |
| One Saint Andrews Plaza | New York, NY 10278 |
| New York, NY 10007 | Attn: SA Matthew Mahaffey - Squad C1 |
| Attn:  AUSA Richard Cooper | |

Please contact AUSA Richard Cooper at 212-637-1027 or SA Matthew Mahaffey at 212-384-2110 with any questions.

In lieu of hard copies, records are requested in digital format.

## IMPORTANT: REQUEST FOR NON-DISCLOSURE

Due to the ongoing nature of the investigation, it is requested that you do not disclose any information relating to this grand jury subpoena request to any third party.

Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____.
                (name of declarant)

    I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a Grand Jury Subpoena signed by Assistant United States Attorney Richard Cooper, requesting specified records of the business named below.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the Subpoena:

    (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
             (date)

_____
(signature of declarant)

_____
(name and title of declarant)

_____
(name of business)

_____
(business address)

_____

_____

Definitions of terms used above:

As defined in Fed. R. Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term "business" as used in Fed. R. Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

# MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

John F. Sylvia | 617 348 1820 | jsylvia@mintz.com

June 11, 2014

## CONFIDENTIAL TREATMENT REQUESTED

**By Hand**

RECEIVED

JUN 1 1 2014

SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE

William J. Donahue
Senior Enforcement Counsel
United States Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA 02110

Re: *In the Matter of Certain European-Based Parallel Trading Activity*
SEC File No. B-02866

Dear Bill:

On behalf of ARIAD Pharmaceuticals, Inc. ("ARIAD"), I enclose a chronology of events preceding ARIAD's October 9, 2013 and December 20, 2013 Announcements. We have included reference to those individuals, of whom ARIAD is aware, that participated in significant interactions prior to the two Announcements. While the attached chronology does not reflect every single interaction that in any way related to the two Announcements, we believe the chronology captures the significant interactions prior to the Announcements. Per our prior discussions, I am hopeful that the chronology will assist in streamlining the additional requests in the SEC subpoena.

The enclosed material provided in response to the Commission's request constitutes ARIAD's proprietary business information. ARIAD therefore requests that the contents of this letter and the enclosed material be treated as confidential, non-public information pursuant to the Freedom of Information Act (5 U.S.C. § 552) as well as the confidentiality regulations applicable to the Commission set forth in 17 C.F.R. § 200.83. In the event that the Commission receives a request for disclosure of any of the materials or information contained herein, ARIAD requests that it be afforded notice and an opportunity to contest the disclosure in accordance with and pursuant to the applicable regulations. Any notification should be addressed to the attention of the undersigned.

Should you have questions regarding the foregoing information, please do not hesitate to contact me at (617) 348-1820. Thank you for your consideration.

Very truly yours,

John F. Sylvia

cc: Marc L. Mukasey, Esq.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | LONDON | LOS ANGELES | NEW YORK | SAN DIEGO | SAN FRANCISCO | STAMFORD | WASHINGTON

**Preliminary General Chronology**

*In the Matter of Certain European-Based Parallel Trading Activity – SEC File No. B-02866*

The following table presents relevant correspondence between ARIAD, US Food and Drug Administration (FDA), the European Medicines Agency (EMA) and various other parties regarding the discontinuation and resumption of commercial marketing of Iclusig® (ponatinib) covering the period of 27 September 2013 through 20 December 2013. Representatives from ARIAD, the FDA and the EMA that were known to be participant to the various communications are identified.

| Date | Communication |
|---|---|
| 27 September 2013 | • The FDA contacted ARIAD by telephone and requested that ARIAD representatives meet with the FDA in Silver Spring, MD on October 2. The FDA did not offer a specific agenda for the meeting. ARIAD requested that the FDA and ARIAD hold a call on Monday, September 30 to inform ARIAD of the intended agenda for the October 2 meeting. Immediately prior to the September 27 call, the FDA sent ARIAD an email regarding Iclusig safety matters related to safety datasets as part of the Prior Approval Supplement 005. <br><br>  ○ ARIAD representative(s): Andrew Slugg. <br><br>  ○ FDA representative(s): Lara Akinsanya. |
| 28 September 2013 | • In an email, the FDA agreed to a September 30 call with ARIAD to clarify the purpose of the October 2 meeting. <br><br>  ○ ARIAD representative(s): Andrew Slugg. <br><br>  ○ FDA representative(s): Lara Akinsanya. |

1

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Date | Communication |
|---|---|
| 30 September 2013 | • On a conference call, the FDA explained that the purpose for the October 2 meeting was to exchange views regarding risk management in light of recent clinical safety data on Iclusig reviewed by the FDA.<br><br>  o  ARIAD representative(s): Dan Bollag, Andrew Slugg, Frank Haluska, Maureen Curran (former employee), Stephanie Lustgarten, and Ron Knickerbocker.<br><br>  o  FDA representative(s): Robert Kane, Angelo DeClaro, Nicole Verdun, Lara Akinsanya, Samantha Ryan. |
| 2 October 2013 | • At the meeting at the FDA White Oak Building in Silver Spring, MD, the FDA and ARIAD had a discussion about the ongoing safety events observed in the Iclusig clinical development program and postmarketing use, and requested that ARIAD present to the FDA an initial risk-management proposal.<br><br>  o  ARIAD representative(s): Tim Clackson, Frank Haluska, Dan Bollag, Andrew Slugg, Maureen Curran (former employee), and Kumiko Yanase.<br><br>  o  FDA representative(s): Robert Kane, Ann Farrell, Angelo DeClaro, Nicole Verdun, Julie Bullock, Stacey Ricci, Haleh Saber, Edvardas Kaminskas, Many others (22 in total) representing Office of Safety and Epidemiology (primarily) and other functions (project management, toxicology). |

2

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000003

| Date | Communication |
|------|---------------|
| 3 October 2013 | • The FDA called ARIAD to discuss its proposed Drug Safety Communication.<br><br>   o ARIAD representative(s): Frank Haluska, Andrew Slugg, Tim Clackson, Dan Bollag.<br><br>   o FDA representative(s): Robert Kane, Ann Farrell, Angelo DeClaro, Nicole Verdun, and others.<br><br>• ARIAD's Executive Leadership Team[1] convened. |

---

[1] ARIAD's Executive Leadership Team consists of Harvey Berger, Tim Clackson, Ed Fitzgerald, Dan Bollag, Frank Haluska, David Berstein, Maria Cantor and Marty Duvall. Pierre Dodion was also a member of the Executive Leadership Team. His employment terminated as of November 22, 2013. Most Executive Leadership Team members attend all meetings, but their attendance is not formally tracked.

3

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*

*John F. Sylvia (617) 542-6000*

| Date | Communication |
|---|---|
| 4 October 2013 | • At a pre-scheduled ARIAD-sponsored cardiovascular advisory board meeting (which started with dinner the evening before), participants were informed that ARIAD and the FDA were engaged in ongoing discussions about Iclusig safety data. Specific details regarding those discussions were not provided to any of the outside advisors.<br><br>   o  ARIAD representative(s): Harvey Berger, Tim Clackson, Maureen Curran (former employee), Tawnee Felice (former employee), Frank Haluska, Ronald Knickerbocker, Jing Marantz (former employee), Tiffany Patrick, Victor Rivera, Andrew Slugg, Dan Bollag, Thomas Steele (former employee), Nikolaus Trede (former employee) Chris Turner, Kumiko Yanase.<br><br>   o  Moderator: Edward T.H. Yeh (The University of Texas M.D. Anderson Cancer Center).<br><br>   o  Participants: Ori Ben-Yehuda (Cardiovascular Research Foundation), Jorge Cortes (The University of Texas MD Anderson Cancer Center), Javid Moslehi (Brigham and Women's Hospital), Patrick Wen (Dana Farber Cancer Institute), Thomas Force (Temple University School of Medicine).<br><br>• The FDA called ARIAD and requested that written risk-management proposal be submitted by October 7.<br><br>   o  ARIAD representative(s): Andrew Slugg.<br><br>   o  FDA representative(s): Lara Akinsanya.<br><br>• ARIAD's Executive Leadership Team convened.<br><br>   o  Jon Kravetz (Mintz Levin), Jeff Wiesen (Mintz Levin), Andrew Slugg, and Kendra Adams also attended the meeting.<br><br>• Ed Fitzgerald sent a trading blackout email to ARIAD staff.<br><br>• ARIAD's electronic Board of Directors portal was updated to indicate that the Board of Directors would discuss the evolving cardiovascular safety profile of Iclusig and recent FDA interactions on that topic at their upcoming meetings. The Board of Directors was apprised of the substance of the communications with the FDA at its October 7, 2013 telephonic meeting. |

Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83

John F. Sylvia (617) 542-6000

4

SEC-ARIAD-E-0000005

| Date | Communication |
|------|---------------|
| 5 October 2013 | • Frank Haluska emailed Bruce Chabner, head of the EPIC (Clinical trial protocol AP24534-12-301) Data Monitoring Committee (DMC) to inform him of the ongoing discussions with the FDA and ARIAD's plans. |
| 7 October 2013 | • ARIAD emailed to the FDA a written action plan that included a hold on new patient enrollment in ARIAD's clinical trials to the FDA, and requested a call with the FDA on October 8 to discuss.<br><br>    ○  ARIAD representative(s): Dan Bollag.<br><br>    ○  FDA representative(s): Lara Akinsanya.<br><br>• ARIAD notified the EPIC DMC of its plan to temporarily hold enrollment of new patients in the EPIC trial.<br><br>    ○  EPIC DMC members: Bruce Chabner, Michael Grossbard, Daniel Sargent, and John Goldman (UK)(deceased).<br><br>• ARIAD's Board of Directors convened via conference call to discuss the recent communications with the FDA regarding the safety profile of Iclusig.<br><br>• ARIAD's Executive Leadership Team convened twice.<br><br>    ○  Jeff Wiesen (Mintz Levin) attended the first meeting. |

5

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Date | Communication |
|------|---------------|
| 8 October 2013 | • ARIAD participated in a conference call with the FDA to discuss ARIAD's plans. Specifically, ARIAD and the FDA discussed ARIAD's plans to place a hold on new patient enrollment in Iclusig clinical trials and to explore changes in dosing and other modifications to such clinical trials. After discussing these plans with ARIAD, the FDA indicated that it was placing a partial clinical hold on all new patient enrollment in Iclusig clinical trials. As requested by the FDA, ARIAD sent the FDA a list of all Iclusig clinical trials. |
| | o ARIAD representative(s): Dan Bollag, Frank Haluska, Tim Clackson and Andrew Slugg. |
| | o FDA representative(s): Carolyn Yancey, Robert Kane, Angelo DeClaro, Ann Farrell, Nicole Verdun, Diane Lehman, Diane Hanner, Lara Akinsanya. |
| | • ARIAD's Executive Leadership Team convened. |
| | • On October 8 and 9, ARIAD notified Health Authorities in regions with active clinical trials of Iclusig and ongoing marketing authorizations or applications (including the European Union, Switzerland, Canada, Australia, and Japan) about the temporary clinical hold and new instructions for Iclusig trials. Relevant members from ARIAD's contracted clinical research organizations (CROs), i.e., CMIC (Japan) and InVentiv Health, assisted ARIAD in this process. ARIAD sent "Dear Healthcare Provider" letters to physicians involved in Iclusig trials informing them of the partial clinical hold. |
| | • Frank Haluska called Hagop Kantarjian (MD Anderson) and Jorge Cortes (MD Anderson) to discuss the updated Iclusig safety data; Dr. Kantarjian subsequently informed Frank Haluska that he contacted Dan Longo (New England Journal of Medicine) the same day to inform him of the updated data. |

6

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000007

| Date | Communication |
|------|---------------|
| 8 October 2013 | • ARIAD submitted to the European Medicines Agency (EMA) a notification of emerging safety information related to vascular occlusion events and proposed revisions to the prescribing information.  In the letter, ARIAD requested a teleconference (TC) with the EMA, Rapporteur, and Co-Rapporteur and informed EMA of planned risk management activities by ARIAD and the intent of FDA to issue a Drug Safety Communication on this topic.<br><br>○ ARIAD Representative(s): Thierry Bataillard, Tanja Fahlbusch, Sandra van der Pool-Smet (Deputy Qualified Person for Pharmacovigilance) |
| 9 October 2013<br><br>(17:30 - 18:15,Tokyo) | • Representatives from ARIAD met with representatives from the PMDA (Pharmaceuticals and Medical Devices Agency) at a pre-planned meeting to discuss ARIAD's development strategy for ponatinib as a treatment for newly diagnosed CML.  ARIAD used this opportunity to brief the PMDA on the developing regulatory events in the US, including the FDA's decision to place a partial-clinical hold on all new patient enrollments in clinical trials of ponatinib.<br><br>○ ARIAD Representative(s): Andrew Slugg, Kumiko Yanase, Tim Clarkson.<br><br>○ ARIAD Consultant(s): Gregg Mayer, Hiroko Suzuki (translator), Atsushi Tanase (CMIC[2]), Hajimu Sakamoto (CMIC), Masakazu Takashima (CMIC).<br><br>○ PMDA Representative(s): Toyotaka Iguchi: Review Director, Office of New Drug V; Daisuke Matsuda: Reviewer, Office of New Drug V. |

[2] CMIC is the in-country clinical caretaker (ICCC) for the ongoing phase ½ trial of ponatinib in Japan.  CMIC is a Tokyo-based contract research organization hired by ARIAD.

7

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Date | Communication |
|---|---|
| 9 October 2013 | • ARIAD sent to the FDA a copy of its 9 October press release and the Dear Healthcare Provider letters that ARIAD had sent to Iclusig clinical investigators.<br><br>   o  ARIAD representative(s): Dan Bollag.<br><br>   o  FDA representative(s): Lara Akinsanya.<br><br>• ARIAD notified the PMDA (Japanese health authority) and CMIC of the updated safety data and partial US clinical hold. CMIC, as the sponsor of Iclusig trials in Japan, provided Dear Healthcare Provider letters to Iclusig investigators in Japan.<br><br>• ARIAD issued a press release regarding the updated safety data and partial clinical hold. As indicated in the press release, ARIAD also held an open investor call at 8:30 AM on this date.  See press release at: investor.ariad.com<br><br>• At a meeting of the Board of Directors, Board members were informed of and discussed Iclusig's evolving safety profile and recent FDA interactions. |
| 9 October 2013 | • ARIAD sent the EMA an email in follow-up to the 8 October 2013 letter providing an early copy of the Company's press release (before public release).<br><br>   o  ARIAD Representative(s): Thierry Bataillard, Oulaya Belguenani.<br><br>   o  EMA Representative(s): Elias Pean, Zahara Hanaizi. |
| 10 October 2013 | • At a meeting of the Board of Directors, Board members continued their discussions regarding Iclusig's evolving safety profile and recent FDA interactions. |

8

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000009

| Date | Communication |
|---|---|
| 11 October 2013 | • The FDA published a Drug Safety Communication (DSC) regarding Iclusig: http://www.fda.gov/Drugs/DrugSafety/ucm370945.htm. |
| On or before 14 October 2013 | • ARIAD contacted United Biosource Corporation (UBC) regarding the development of a Risk Evaluation and Mitigation Strategy (REMS).<br><br>  ○ ARIAD representative(s): Maureen Curran (former employee).<br><br>  ○ UBC representative(s): Joe Devine. |
| 14 October 2013 | • ARIAD submitted Type II variation to the European Medicines Agency (EMA) to include new safety data in the Iclusig product information related to vascular occlusion, congestive heart failure, ocular toxicity, and neuropathy adverse reactions. |
| 17 October 2013 | • ARIAD and FDA held a TC to discuss EPIC trial and agree to EPIC trial termination as well as other aspects of ongoing safety review.<br><br>  ○ ARIAD representative(s): Dan Bollag, Andrew Slugg, Frank Haluska, Tim Clackson.<br><br>  ○ FDA representative(s): Richard Pazdur, Ann Farrell, Robert Kane, Angelo DeClaro, Nicole Verdun, Diane Hanner, Lara Akinsanya, Kathleen Davis, Julie Bullock, Samantha Ryan, Cynthia LaCivita. |
| 18 October 2013 | • ARIAD Announces Discontinuation of the Phase 3 EPIC Trial of Iclusig in Patients with Newly Diagnosed Chronic Myeloid Leukemia.  Investor conference call held at 8:30 AM.  See press release at: investor.ariad.com. |

9

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Date | Communication |
|------|---------------|
| 24 October 2013 | • ARIAD and FDA held a TC to discuss the ongoing review of ARIAD New Drug Application (NDA) postmarketing Supplement 005[3]; specifically their comments on the datasets received from ARIAD, outstanding information requests, and next steps in the FDA review of the supplement. <br><br>    o   ARIAD representative(s): Dan Bollag, Andrew Slugg, Frank Haluska, Tim Clackson, Shirish Hirani, Marty Duvall, Maureen Curran (former employee), Ron Knickerbocker. <br><br>    o   FDA representative(s): Richard Pazdur, Ann Farrell, Robert Kane, Angelo DeClaro, Nicole Verdun, Diane Hanner, Dianne Lehman, Lara Akinsanya, Kathleen Davis, Edvardas Kaminskas, Cynthia LaCivita, Julie Bullock. |

[3] This postmarketing supplement was a Prior Approval Supplement, as defined in 21 CFR 314.70(b), that was submitted by ARIAD on 31 August 2013 to NDA 203469 at the request of the FDA. "Supplement 005" was intended to affect changes to the warnings and precautions and adverse reactions sections of the US prescribing information for Iclusig.

10

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*

*John F. Sylvia (617) 542-6000*

| Date | Communication |
|------|---------------|
| 28 October 2013 | • ARIAD and FDA held a "working meeting" by TC and WebEx in the AM to discuss FDA's review Supplement 005, primarily different methodologies that could be employed in evaluating dose intensity. ARIAD was asked by the FDA for a copy of its manuscript of the PACE trial planned for publication the New England Journal of Medicine (NEJM). Also, at the conclusion of the TC, the Iclusig Risk Management Plan (RMP) and the Summary of Medicinal Product Characteristics (SmPC) that had been submitted to the European Medicines Agency were requested by FDA. <br><br>  o  ARIAD representative(s): Dan Bollag, Andrew Slugg, Frank Haluska, Tim Clackson, Ron Knickerbocker, Shirish Hirani, Stephanie Lustgarten, Bao Le, Charles Deeck. <br><br>  o  FDA representative(s): Angelo DeClaro, Nicole Verdun, Nicole Gormley, Lara Akinsanya, Diane V Leaman, Julie Bullock, Nitin Mehrotra, Jingyu Yu, Lei Nie, Kyung Lee. <br><br> • ARIAD and FDA held a second impromptu TC at FDA's request to discuss the planned NEJM publication. The Office Director informed ARIAD of his position that the manuscript should be withdrawn by the authors even though it was accepted for publication by the Journal. The paper was published as planned on November 7, 2013. <br><br>  o  ARIAD representative(s): Daniel Bollag, Andrew Slugg, Frank Haluska, Tim Clackson, Ron Knickerbocker. <br><br>  o  FDA Representative(s): Richard Pazdur, Ann Farrell, Edvardas Kaminskas, Robert Kane, Angelo DeClaro, Nicole Verdun, Jonathan Jarrow, Diane Hanner, Lara Akinsanya. |

11

Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83
John F. Sylvia (617) 542-6000

| Date | Communication |
|---|---|
| 29 October 2013 | • ARIAD and FDA held a TC to discuss the ongoing review of Supplement 005 including the NEJM article, Iclusig marketing plan, and REMS.<br><br>  o  ARIAD representative(s): Dan Bollag, Andrew Slugg, Frank Haluska, Tim Clackson, Ron Knickerbocker.<br><br>  o  FDA representative(s): Richard Pazdur, Ann Farrell, Edvardas Kaminskas, Robert Kane, Angelo DeClaro, Nicole Verdun, Jonathan Jarrow, Diane Hanner, Lara Akinsanya. |
| 30 October 2013 | • ARIAD and FDA held a TC to discuss the ARIAD NDA Marketing Plan and the potential voluntary suspension of marketing of Iclusig was discussed.<br><br>  o  ARIAD representative(s): Dan Bollag, Andrew Slugg, Frank Haluska, Tim Clackson, Harvey Berger, Marty Duvall.<br><br>  o  FDA representative(s): John Jenkins, Richard Pazdur, Ann Farrell, Edvardas Kaminskas, Robert Kane, Angelo DeClaro, Nicole Verdun, Diane Hanner, Lara Akinsanya. |

12

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Date | Communication |
|------|---------------|
| 31 October 2013 | • ARIAD contacted the EMA by phone to inform them that the FDA has requested to temporarily suspend the commercialization of Iclusig in the USA.  The EMA noted that on 29 October 2013 EMA had one of their regular teleconference calls with FDA and Iclusig was discussed. The FDA presented to EMA the different options they were considering but had not reached a conclusion at that time. Meeting participants were reported as being members of the Oncology Working Committee. ARIAD was informed that the Rapporteurs were informed of the meeting discussion. EMA noted that they were not aware of the final FDA position to request temporary suspension of the commercialization. On October 31, ARIAD informed EMA that this information would be made public on the FDA website today. <br><br> • ARIAD was informed that another regular TC was planned between EMA and FDA this afternoon and Iclusig was on the agenda. ARIAD was informed that the purpose of the call was only an exchange of information and no decisions would be made. ARIAD was informed that as there is a confidentiality agreement between EMA and FDA, the EMA cannot share any information from the exchange with ARIAD until a final position has been reached. <br><br>   o  ARIAD Representative(s): Thierry Bataillard, Oulaya Belguenani, Jonathan Dickinson, Graham Moody. <br><br>   o  EMA Representative(s): Elias Pean. |
| 31 October 2013 | • ARIAD publicly announced the suspension of US sales and marketing of Iclusig; FDA issues Drug Safety Communication: http://www.fda.gov/Drugs/DrugSafety/ucm373040.htm  Investor conference call held at 9:00 AM.  See press release at: investor.ariad.com. |

13

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Date | Communication |
|---|---|
| 4 November 2013 | • ARIAD and FDA discussed establishment of an Emergency and Single Patient Investigational New Drug Application (eIND, sIND) processes to ensure continued access of patients who require treatment with Iclusig. FDA issued a Drug Safety Communication on 5 November 2013. |
| | ○ ARIAD representative(s): Dan Bollag, Andrew Slugg, Frank Haluska, Tim Clackson, Jing Marantz (former employee), Sean Daly, Shirish Hirani. |
| | ○ FDA representative(s): Richard Pazdur, Ann Farrell, Edvardas Kaminskas, Robert Kane, Angelo DeClaro, Nicole Verdun, Diane Hanner, Diane Lehman, Lara Akinsanya, Cynthia LaCivita, Julie Bullock, Tamy Kim, David Joy, Stephanie Yao, and other FDA members. |
| 5 November 2013 | • ARIAD was called by EMA and requested to attend the 6 November 2013 meeting of the EMA Pharmacovigilance and Risk Assessment Committee (PRAC) in their London office and was provided a list of questions regarding the ongoing Type II variation to address in advance of the meeting. |
| | ○ ARIAD Representative(s): Thierry Bataillard |
| | ○ EMA Representative(s): Elias Pean. |
| 5 November 2013 | • FDA issued an update to the 31 October 2013 DSC on the suspension of marketing of Iclusig in the US, providing information to healthcare providers on how to continue those patients on the drug, and permit access to those new patients for whom all other available therapies have failed under an emergency investigational new drug (eIND) program.  The information in this communication was also subsequently distributed to other stakeholders (e.g. members of the American Society of Clinical Oncology). |

14

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000015

| 6 November 2013 | • ARIAD attended a meeting convened by PRAC at the EMA's office in London to discuss the ongoing Type II variation. The conclusion of the meeting was to, in the ongoing Type II variation, update the labeling and risk management plan (RMP) to include additional information on vascular occlusion and congestive heart failure with no revision to the indication. ARIAD was informed that other outstanding issues from the Type II variation would be considered in an Article 20 Referral procedure to begin in early-December 2013. |
| | o ARIAD representative(s): Tim Clackson, Frank Haluska, Dan Bollag, Andrew Slugg, Shirish Hirani, Ron Knickerbocker, Maureen Curran (former employee), Christopher Turner, Thierry Bataillard, Oulaya Belguenani, Tanja Fahlbusch; Jonathan Dickinson. |
| | o EMA representative(s): Elias Péan. |
| | o PRAC and CHMP representative(s)[1]: Julia Dunne (UK), Rafe Suvarna (UK), Ulla Wändel Liminga (SE), Bertil Jonsson (SE). |
| | o PRAC Seating Chart: Daniela Pomponiu (RO), Leonidas Klironomos (GR), Kamila Czajkowska (PL), Inguna Adovica (LV), Line Michan (DK), Alexandra Pego (PT), Kirsten Myhr (Expert), Fernanda Ferrazin (IT), Miguel Macia (ES), Menno van der Elst (NL), Evelyne Falip (FR), Nicolae Fotin (RO), Jacqueline Genoux-Hames (LU), George Aislaitner (GR), Gudrun Kristin Steingrimsdottir (IS), Lennart Waldenlind (Expert), Adam Przybylkowski (PL), Andis Lacis (LV), Doris Stenver (DK), Margarida Guimaraes (PT), Filip Babylon (Expert), Carmela Macchiarulo (IT), Dolores Montero (ES), Yuliyan Eftimov (BG), Kirsti Villikka (FI), Sabine Straus (NL), Isabelle Robine (FR), Brigitte Keller-Stanislawski (Expert), Milena Radoha-Bergoc (SI), Harald Herkner (AT), Julia Pallos (HU), Albert van der Zeijden (Expert), Maia Uuskula (EE), Tatiana Magalova (SK), Ingebjorg Buajordet (NO), Qun-Ying Yue (SE), Marieke De Bruin (Expert), Almath Spooner (IE), Martin Huber (DE), Eva Jirsova (CZ), Jean-Michel Dogne (BE), Viola Macolic Sarinic (HR), Julie Williams (UK), Jane Ahlqvist Rastad (Expert), Jolanta Gulbinovic (LT), Gabriela Jazbec (SI), Bettina Schade (AT), Katrin Kiisk (EE), |

15

Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83
John F. Sylvia (617) 542-6000

| Date | Communication |
|------|---------------|
| | Anna Marekova (SK), Pernille Harg (NO), Ulla Wandel Liminga (SE), Ruchika Sharma (IE), Valerie Strassmann (DE), Veerle Verlinden (BE), Marin Banovac (HR), Julia Dunne (UK), Amy Tanti (MT), Herve Le Louet (Expert), June Raine (Chair), Peter Arlett (EMA) and Helen Lee (EC) |
| 20 November 2013 | • ARIAD and FDA held a TC to discuss the ongoing review of NDA 203469, Supplement 005 and the potential path back to marketing for Iclusig.<br><br>  ○  ARIAD representative(s):  Harvey Berger, Tim Clackson, Frank Haluska, Dan Bollag, Andrew Slugg, Shirish Hirani, Ron Knickerbocker, Maureen Curran (former employee).<br><br>  ○  FDA representative(s): Ann Farrell, Edvardas Kaminskas, Robert Kane, Angelo DeClaro, Nicole Verdun, Diane Hanner, Diane Lehman. |
| 22 November 2013 | • EMA issued "positive" opinion for Type II variation approving new labeling and RMP. |

[4] The Pharmacovigilance Risk Assessment Committee (PRAC) is the committee at the EMA that is responsible for assessing and monitoring safety issues for human medicines; the Committee for Medicinal Products for Human Use (CHMP) is the committee at the EMA that is responsible for preparing opinions on questions concerning medicines for human use. *See, generally,* http://www.ema.europa.eu/ema/index.jsp?curl=pages/about_us/general/general_content_000217.jsp&mid. The members and alternates of the PRAC are nominated by European Union Member States, in consultation with the Agency's Management Board, and include: a chair and a vice chair, elected by serving PRAC members; one member and an alternate nominated by each of the 28 Member States; one member and an alternate nominated by Iceland and by Norway; six independent scientific experts nominated by the European Commission; one member and one alternate nominated by the European Commission after consultation of the European Parliament to represent healthcare professionals; and one member and one alternate nominated by the European Commission after consultation of the European Parliament to represent patients organizations. The EMA, PRAC, and CHMP committee members identified above are those who, to ARIAD's best recollection, were the most active participants in the direct discussions with ARIAD. The list titled PRAC Seating Chart is from a chart provided to ARIAD at the meeting of confirmed attendees. ARIAD did not verify the accuracy of the list. A full list of the current PRAC members is available at the EMA website: http://www.ema.europa.eu/ema/index.jsp?curl=pages/contacts/PRAC/people_listing_000112.jsp&mid=WC0b01ac058058f328 and the list of current CHMP members is available at: http://www.ema.europa.eu/ema/index.jsp?curl=pages/contacts/2010/02/people_listing_000002.jsp&mid=WC0b01ac0580028c7c.

16

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*

*John F. Sylvia (617) 542-6000*

| Date | Communication |
|------|---------------|
| 25 November 2013 | • ARIAD received a drug safety labeling change notification and REMS request letter from FDA. |
| 26 November 2013 | • ARIAD and FDA held a TC to discuss the safety labeling change notification and REMS request letter and response procedure.<br><br>   o ARIAD representative(s): Dan Bollag, Tim Clackson, Frank Haluska, Shirish Hirani, Andrew Slugg.<br><br>   o FDA representative(s): Ann Farrell, Edvardas Kaminskas, Robert Kane, Angelo DeClaro, Nicole Verdun, Diane Hanner, Diane Lehman. |
| 27 November 2013 | • ARIAD submitted a prior-approval labeling supplement (NDA 203469, Supplement 007) to FDA with revised prescribing information in response to drug safety labeling change notification letter. |
| 29 November 2013 | • ARIAD received official notification of Article 20 referral procedure from EMA. |
| 3 December 2013 | • ARIAD Announces Iclusig Data Presentations at Annual American Society of Hematology Meeting. See press release at: investor.ariad.com. |
| 5 December 2013 | • ARIAD submitted a REMS supplement (NDA 203469, Supplement 008) to FDA in response to REMS request letter. |
| On or before 10 December 2013 | • ARIAD contacted Havas Life regarding the development of the website and print materials for the Iclusig REMS.<br><br>   o ARIAD representative(s): Hamdan Almas (former employee).<br><br>   o UBC representative(s): Jay Hartmann. |

17

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000018

| Date | Communication |
|---|---|
| 10 December 2013 | • ARIAD contacted Berry PR—ARIAD's U.S. corporate public relations vendor— via telephone and email regarding anticipated Iclusig market resumption and logistics concerning expected timeframe for rolling out the announcement.<br><br>  o   ARIAD representative(s):  Liza Heapes.<br><br>  o   Berry PR representative(s): Bill Berry, Andrea Coan. |
| ~ 11 December 2013 | • ARIAD contacted LehmenMillet—ARIAD's primary oncology marketing firm—via telephone to discuss logistics concerning updated Iclusig branded marketing materials in light of anticipated revised product information and resumption announcement.<br><br>  o   ARIAD representative(s): Tiffany Burt.<br><br>  o   LehmenMillet representative(s): Carrie Dandy, Kate Booth. |
| 11 December 2013 | • ARIAD contacted Biosector 2—ARIAD's European corporate public relations vendor of record—via telephone and email regarding anticipated Iclusig market resumption and logistics concerning expected timeframe for rolling out the announcement.<br><br>  o   ARIAD representative(s): Liza Heapes.<br><br>  o   Biosector 2 representative(s): Gemma White. |

18

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Date | Communication |
|---|---|
| ~ 11 December 2013 | • ARIAD contacted NASDAQ OMX via telephone concerning logistical standby preparations for hosting investor call and webcast in connection with an expected material announcement.<br><br>   ○ ARIAD representative(s): Kendra Adams.<br><br>   ○ NASDAQ OMX representative(s): Keir Walker. |
| 12 December 2013 | • ARIAD communicated with Berry PR via email and telephone regarding standby public relations preparations for anticipated Iclusig market resumption announcement.<br><br>   ○ ARIAD representative(s): Liza Heapes.<br><br>   ○ Berry PR representative(s): Bill Berry, Andrea Coan. |
| 12 December 2013 | • ARIAD submitted draft Important Safety Information to FDA Office of Prescription Drug Promotion (OPDP).<br><br>   ○ ARIAD representative(s): Andrew Slugg<br><br>   ○ FDA representative(s): Kathleen Davis |
| 12 & 13 December 2013 | • ARIAD communicated with HDM-ZooMedia via email and telephone regarding logistical website preparations for hosting anticipated market resumption announcement.<br><br>   ○ ARIAD representative(s): Liza Heapes.<br><br>   ○ HDM-ZooMedia representative(s): Christine Bennett, Dan Desrochers. |

19

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000020

| Date | Communication |
|---|---|
| 13 December 2013 | • ARIAD submitted draft Core Promotional Material to FDA OPDP.<br><br>   o ARIAD representative(s): Andrew Slugg.<br><br>   o FDA representative(s): Kathleen Davis. |
| 16 December 2013 | • ARIAD submitted Draft Core Promotional Material to FDA OPDP.<br><br>   o ARIAD representative(s): Andrew Slugg.<br><br>   o FDA representative(s): Kathleen Davis. |
| 16 December 2013 | • ARIAD and FDA held a TC to finalize Post-Marketing Commitments related to approval of NDA 203469, Supplement 007.<br><br>   o ARIAD representative(s): Dan Bollag, Tim Clackson, Ron Knickerbocker, Maureen Curran (former employee), Andrew Slugg.<br><br>   o FDA representative(s): Ann Farrell, Edvardas Kaminskas, Qin Ryan, Angelo de Claro, Nicole Verdun, Diane Leaman, Theresa Carioti, Julie Bullock, Jingyu Yu, Lie Nie, Cynthia LaCivita, Kate Heinrich Oswell, Naomi Redd, Peter Waldron, Mwango Kashoki, Haley Seymour, Nancy Dickinson, Lindsay Davison, and Kathleen Davis. |

20

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000021

| Date | Communication |
|---|---|
| 16 December 2013 | • ARIAD communicated with Business Wire and Berry PR regarding draft press release announcing Iclusig market resumption.<br><br>   ○ ARIAD representative(s): Liza Heapes.<br>   ○ Business Wire representative(s): Michelle Gagne, Jen Saragosa, Tim Ragan.<br>   ○ Berry PR representative(s): Bill Berry, Andrea Coan. |
| 17 December 2013 | • ARIAD submitted the Final REMS to Supplement 008. |
| 17 December 2013 | • ARIAD communicated with HDM-ZooMedia via email and telephone regarding changes to implement in "DEV site" (pre-live website) in preparation for going live with market resumption announcement.<br><br>   ○ ARIAD representative(s): Liza Heapes.<br>   ○ ZooMedia representative(s): Christine Bennett, Dan Desrochers. |
| 18 December 2013 | • ARIAD submitted the Iclusig Launch Plan to Supplement 007. |

21

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000022

| Date | Communication |
|------|---------------|
| 18 December 2013 | • Pursuant to an embargoed-media release, ARIAD circulated market resumption press release to, and conducted phone interview with, media contacts at Boston Globe, Bloomberg News, Wall Street Journal and New York Times.<br><br>   o  ARIAD representative(s): Harvey Berger, Liza Heapes.<br><br>   o  Boston Globe representative(s): Rob Weisman.<br><br>   o  Bloomberg News representative(s): Meg Tirrell.<br><br>   o  Wall Street Journal representative (s): Joseph Walker; Ron Winslow (no interview).<br><br>   o  New York Times representative (s): Andy Pollack, Denise Grady (Denise Grady was part of embargoed-outreach but interview was with Andy Pollack). |
| 18 December 2013 | • ARIAD submitted the Final USPI, Medication Guide and Final Post Marketing Requirements (PMRs) to supplement 007. |
| 19 December 2013 | • ARIAD and FDA held TC regarding next steps in labeling and REMS supplements. FDA mentions possible FDA action on supplements 007 and 008 on 20 December 2013.<br><br>   o  ARIAD representative(s): Andrew Slugg.<br><br>   o  FDA representative(s): Theresa Carioti. |

22

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Date | Communication |
|---|---|
| 19 December 2013 | • ARIAD communicated with HDM-ZooMedia on coordinating final changes to implement in the DEV (pre-live) site in preparation for going live with market resumption announcement.<br><br>   o ARIAD representative(s): Tom Malone.<br><br>   o HDM-ZooMedia representative(s): Christine Bennett. |
| 20 December 2013 | • FDA approved Supplement 007 and 008 for revised prescribing information and REMS for Iclusig. |
| 20 December 2013 | • ARIAD Announces U.S. Resumption of Marketing and Commercial Distribution of Iclusig (ponatinib) in Refractory Philadelphia-Positive Leukemias. Investor call held at 11:30 AM. See press release at: investor.ariad.com. |

23

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

Appendix 1

**Relevant ARIAD Employees**

| Last Name | First Name | Title (as of applicable time period: ~ September 2013 - December 2013) |
|---|---|---|
| Executive Leadership Team (ELT) | | |
| Berger | Harvey | Chairman and Chief Executive Officer |
| Berstein | David | Senior Vice President, Chief Intellectual Property Officer and General Counsel |
| Bollag | Daniel | Senior Vice President, Regulatory Affairs |
| Cantor | Maria | Senior Vice President, Corporate Affairs |
| Clackson | Timothy | President of R&D and Chief Scientific Officer |
| Dodion | Pierre | Senior Vice President (former employee) |
| Duvall | Martin | Senior Vice President, Commercial Operations |
| Fitzgerald | Edward | Executive Vice President, Chief Financial Officer and Treasurer |
| Haluska | Frank | Chief Medical Officer and Senior Vice President |

24

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Senior Management | | |
|---|---|---|
| Chan | Kai | Head of Medical Affairs Europe |
| Dickinson | Jonathan | General Manager, EU |
| Falbusch | Tanja | Head of Pharmacovigilance Europe |
| Hirani | Shirish | Vice President, Program and Alliance Management |
| Knickerbocker | Ron | Vice President, Biomedical Data Sciences and Information |
| Marantz | Jing | Vice President, Medical Affairs (former employee) |
| Rivera | Victor | Vice President, Preclinical and Translational Research |
| **Senior Directors** | | |
| Bataillard | Thierry | EU Regulatory Lead |
| Curran | Maureen | Senior Director, Pharmacovilligance (former employee) |
| Daly | Sean | Senior Director, Clinical Operations |
| Deeck | Charles | Senior Director, Regulatory Operations |
| Patrick | Tiffany | Senior Director, Outreach Medical Education & Advocacy |

25

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000026

| Slugg | Andrew | Senior Director, Regulatory Affairs |
| Yanase | Kumiko | Senior Medical, Director |
| Zhang | Josh | Senior Medical Director (former employee) |
| **Directors** | | |
| Adams | Kendra | Director, Investor Relations |
| du Moulin | Ruth | Director Medical and Scientific Communications |
| Lustgarten | Stefanie | Director, Biostatistics and Statistical |
| Steele | Thomas | Director, Preclinical Safety (former employee) |
| Trede | Nikolaus | Medical Director (former employee) |
| **Associate Directors** | | |
| Belguenani | Oulaya | Associate Director, Regulatory Affairs Europe |
| Burt | Tiffany | Associate Director, Oncology Marketing |
| Malone | Tom | Associate Director, Internal Communications |
| Moody | Graham | Associate Director, Regulatory Operations EU |

26

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

| Managers | | |
|---|---|---|
| Almas | Hamdan | Senior Product Manager, Oncology Marketing (former employee) |
| Felice | Tawnee | Manager, Outreach Med. Education & Adv. (former employee) |
| Heapes | Liza | Senior Manager Corporate Communications |
| Le | Bao | Manager, Regulatory Affairs |
| Wetherill | Yelena | Clinical Research Scientist (former employee) |

**FDA Employees:**

The investigational new drug application (IND) and new drug application (NDA) for Iclusig® (ponatinib) for the treatment of CML and Ph+ ALL are held under the Division of Hematology Products (DHP) in the Office of Hematology and Oncology Products (OHOP) within the Center for Drug Evaluation and Research (CDER). The following list includes individuals from the DHP, OHOP and CDER who were, to the best of ARIAD's knowledge, involved in the review of the Iclusig IND and NDA during the period in question.

To the best of ARIAD's knowledge, the medical reviewers from the DHP for these applications for the period were **Nicole Verdun** and **Angelo De Claro** acting with **Robert Kane** (Deputy Director, Safety) under the supervision of the Division Director **Ann Farrell** who reports to **Richard Pazdur**, Director of the Office of Hematology and Oncology Products.

27

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000028

**Center for Drug Evaluation & Research (CDER)**

Janet Woodcock, M.D., Director, Center for Drug Evaluation & Research

**Office of New Drugs, Immediate Office (OND)**

John Jenkins, M.D., Director, Office of New Drugs

Mwango Kashoki, MD, Associate Director for Safety

**Office of Hematology and Oncology Products (OHOP)**

Richard Pazdur, M.D., Office Director

Jonathan Jarrow, M.D., Acting Associate Office Director

Tamy Kim, Pharm.D., Associate Director for Regulatory Affairs

**Division of Hematology Products (DHP)**

Ann T. Farrell, M.D., Division Director

Edvardas Kaminskas, M.D., Deputy Division Director

Robert Kane, M.D., Deputy Director, safety

Qin Ryan, MD, PhD, Medical Officer for Safety

Angelo DeClaro, M.D., Acting Clinical Team Leader

Albert Deisseroth, M.D., Ph.D., Medical Officer

28

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

Nicole Verdun, M.D., Medical Officer

Lara Akinsanya, M.S., Senior Regulatory Health Project Manager

Diane Hanner, Senior Program Management Officer

Theresa Carioti, MPH, Regulatory Project Manager

Nicole Gormley, Clinical Team

Diane V Leaman, Safety Regulatory Health Project Manager

**Office of Surveillance and Epidemiology/ Division of Risk Management (DRISK)**

Cynthia LaCivita, PharmD, Team Leader

Carolyn Yancey, M.D., Medical Officer

Kate Heinrich Oswell, PharmD, Drug Risk Management Analyst

Naomi Redd, PharmD, Drug Risk Management Analyst

**Office of Surveillance and Epidemiology/ Division of Pharmacovigilance 2**

Peter Waldron, MD, Medical Officer

**Office of Compliance**

Haley Seymour, MS, Consumer Safety Officer

**Office of Regulatory Policy**

Nancy Dickinson, PharmD

29

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000030

**Division of Regulatory Policy 1 (DRP1)**

David Joy, Senior Regulatory Counsel

**Office of Clinical Pharmacology (OCP)**

Julie Bullock, PharmD, Clinical Pharmacology Team Leader

Nitin Mehrotra, Division of Pharmacometrics Team Leader

Jingyu Yu, Pharmacometrics Reviewer

**Office of Biostatistics, Division of Biometrics V (DBV)**

Lei Nie, Ph.D., Statistical Team Leader

Kyung Lee, Ph.D., Statistician

**Division of Hematology and Oncology Toxicology (DHOT)**

Haleh Saber, Ph.D., Toxicology Team Leader

Stacey Ricci, M.Eng., Sc.D., Toxicology Reviewer

**Office of Prescription Drug Promotion (OPDP)**

Katie Davis, RN, Regulatory Review Officer

**Office of Media Affairs**

Stephanie Yao, Press Officer

**FDA's Office of Communications**

30

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

SEC-ARIAD-E-0000031

Lindsay Davison, PharmD, Health Promotion Officer

31

*Confidential Treatment Requested Pursuant to 17 C.F.R. § 200.83*
*John F. Sylvia (617) 542-6000*

# Exhibit 2

# Ropes & Gray LLP

**Ropes & Gray Fees**

| Work Date | Name | Title | Agreed Rate | Narrative/ Cost Description | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 11/25/2019 | Welsh, Peter L. | PARTNER | 1,075.00 | Read chronology and subpoena, emails with D. O'Connor, A. Hancock and client. | 1.5 | 1,612.50 |
| 11/26/2019 | Welsh, Peter L. | PARTNER | 1,075.00 | Emails with client and team concerning subpoena and subpoena compliance. | 0.3 | 322.50 |
| 11/26/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Coordinate document collection efforts. | 0.3 | 231.00 |
| 11/26/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Analyze board meeting materials and documents received regarding SEC chronology and draft email regarding same for DOJ request. | 1.5 | 1,155.00 |
| 11/26/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Coordinate with Takeda E-Discovery team to transfer collected files for review, and discuss content of same with A. Hancock. | 1 | 425.00 |
| 11/26/2019 | Rose, Aaron B. | LIT SUPP ANALST | 370.00 | Create Relativity database in preparation for document review. | 0.2 | 74.00 |
| 11/26/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Prepare documents for processing in internal review platform. | 0.5 | 160.00 |
| 11/27/2019 | Welsh, Peter L. | PARTNER | 1,075.00 | Emails with client, D. O'Connor, A. Hancock concerning insider trading subpoena. | 0.3 | 322.50 |
| 11/27/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Review request from government and discuss same with A Hancock and discuss same with client, discuss historical productions with counsel at Mintz for DOJ request. | 1.8 | 1,935.00 |
| 11/27/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with J. Sylvia to discuss SEC inquiry. | 0.5 | 385.00 |
| 11/27/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Analyze DOJ subpoena and underlying DOJ indictment. | 1 | 770.00 |
| 11/27/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with M. Nevin to discuss case background and production plan. | 0.5 | 385.00 |
| 11/27/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Revise list of relevant individuals referenced in SEC chronology for litigation hold purposes for DOJ request. | 0.4 | 308.00 |
| 11/27/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with P. Welsh regarding restitution of fees. | 0.3 | 231.00 |
| 11/27/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Develop work plan for document collection and review. | 0.8 | 616.00 |
| 11/27/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Onboarding call with A. Hancock. | 0.3 | 165.00 |
| 11/27/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Review Board of Directors documents for material responsive to DOJ subpoena. | 2.8 | 1,540.00 |
| 11/27/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft spreadsheet of Ariad employees referenced in SEC chronology for litigation hold for DOJ request. | 0.5 | 275.00 |
| 11/27/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussions with A. Hancock and C. Evans regarding importing of client-collected data and preparations for searching and review by associate team. | 1 | 425.00 |
| 11/27/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Per A. Hancock and K. McDonald, prepare search results set from collected Board of Directors minutes for review in document review platform. | 0.7 | 297.50 |
| 11/27/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Prepare Gibson Dunn and Mintz Levin Productions for processing with C. Evans and A. Hancock. | 1 | 425.00 |
| 11/27/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Perform quality control checks on processed data set in internal review platform. | 0.7 | 224.00 |
| 11/27/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Process dataset in internal review platform. | 1.5 | 480.00 |
| 11/28/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Continue reviewing Board of Directors documents for material responsive to DOJ subpoena. | 2.5 | 1,375.00 |
| 11/29/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Draft work plan for document review and production. | 0.2 | 154.00 |
| 11/29/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Review documents for materials responsive to DOJ subpoena and draft summary regarding same. | 4.3 | 2,365.00 |
| 11/29/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review and respond to emails from C. Evans regarding preparing metadata fields within production load files received from Mintz KLevin and Gibson Dunn. | 0.5 | 212.50 |
| 11/29/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Prepare client production data set for ingestion into internal review platform | 1.3 | 416.00 |
| 11/30/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Assemble proposed documents for production. | 2.3 | 1,265.00 |
| 11/30/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft summary of review of Board of Directors materials for upcoming production. | 2.8 | 1,540.00 |
| 12/1/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review proposed production set and comment regarding same. | 1.4 | 1,078.00 |
| 12/1/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft summary of review of Board of Directors materials for DOJ production. | 1.1 | 605.00 |
| 12/1/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discuss import of Mintz Levin and Gibson Dunn production volumes with K. McDonald, A. Hancock and C. Evans. | 0.4 | 170.00 |
| 12/1/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Process production data set into internal review platform for case team review. | 1 | 320.00 |
| 12/2/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Review materials for production and discuss same with A Hancock | 0.3 | 322.50 |
| 12/2/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Email with J. Sylvia regarding prior productions for DOJ production. | 0.2 | 154.00 |
| 12/2/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review production and update regarding confidentiality provisions. | 0.7 | 539.00 |
| 12/2/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Meet with D. O'Connor to discuss proposed productions and make edits in light of same. | 0.9 | 693.00 |
| 12/2/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Meet with M. Nevin. | 0.4 | 308.00 |
| 12/2/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Review production previously produced by ARIAD's prior counsel for production to AUSA's current request. | 1.5 | 825.00 |

**Ropes & Gray Fees**

| Work Date | Name | Title | Agreed Rate | Narrative/ Cost Description | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 12/2/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft litigation hold notice for Takeda based on DOJ request. | 1 | 550.00 |
| 12/2/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussions with C. Evans regarding completion of processing Mintz Levin and Gibson Dunn production volumes to internal document review platform to respond to DOJ request. | 0.4 | 170.00 |
| 12/2/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Per A. Hancock circulate board materials to M. Nevin for review for DOJ request. | 0.4 | 170.00 |
| 12/2/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discuss redacting documents in document review platform with A. Hancock and K. McDonald. | 0.3 | 127.50 |
| 12/2/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Perform quality control measures on ingested data set in internal review platform. | 0.5 | 160.00 |
| 12/2/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Process production data set in internal review platform for case team review. | 1.5 | 480.00 |
| 12/3/2019 | Welsh, Peter L. | PARTNER | 1,075.00 | Conference with D. O'Connor and A. Hancock, telephone conference with client regarding response to DOJ request. | 0.5 | 537.50 |
| 12/3/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Review litigation hold, exchange emails with team regarding email from DOJ and plan to respond to DOJ requests and conduct call with DOJ on same. | 0.8 | 860.00 |
| 12/3/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Prep for and conduct call with client (M Nevin). | 0.8 | 860.00 |
| 12/3/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with the DOJ to discuss subpoena. | 0.3 | 231.00 |
| 12/3/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with M. Nevin. | 0.5 | 385.00 |
| 12/3/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Draft spreadsheet regarding key custodians for e-discovery collection efforts for DOJ response. | 1.6 | 1,232.00 |
| 12/3/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with P. Welsh to discuss case status. | 0.2 | 154.00 |
| 12/3/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Email regarding production logistics and DOJ requirements. | 0.5 | 385.00 |
| 12/3/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Email regarding potential privilege issues and review proposed redactions to board materials. | 1.4 | 1,078.00 |
| 12/3/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Redact privileged material for upcoming production to DOJ. | 2.3 | 1,265.00 |
| 12/3/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Revise draft litigation hold notice for Takeda for DOJ request. | 0.3 | 165.00 |
| 12/3/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Create annotated spreadsheet of SEC chronology for DOJ production. | 1.4 | 770.00 |
| 12/3/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Call with client to discuss upcoming production to DOJ. | 0.2 | 110.00 |
| 12/3/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Review relevant board materials for privilege and apply necessary redactions. Prepare materials for production. | 3.7 | 1,794.50 |
| 12/3/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Per A. Hancock, export iterations of proposed redactions on board materials and circulate sets to M. Nevin for review. | 1.3 | 552.50 |
| 12/3/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Conference call with S. Meyers, D. O'Connor and A. Hancock regarding scope of discovery for DOJ request. | 0.3 | 127.50 |
| 12/3/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Coordinate with C. Evans to import additional documents into review platform and prepare set for draft production. | 0.4 | 170.00 |
| 12/3/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Assist K. McDonald with applying redactions to board materials. | 0.2 | 85.00 |
| 12/3/2019 | Moree, Kristina D. | LIT SUPP ANALST | 370.00 | Update database security to grant reviewer access. | 0.1 | 37.00 |
| 12/3/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Prepare documents in internal review platform in preparation for productions. | 1 | 320.00 |
| 12/3/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Process data set in internal review platform in preparation of production. | 0.5 | 160.00 |
| 12/4/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review and revise potential privilege concerns with respect to board materials for DOJ request. | 3.1 | 2,387.00 |
| 12/4/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with D. O'Connor to discuss production and privilege concerns. | 0.4 | 308.00 |
| 12/4/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with M. Nevin to discuss collection and custodian review. | 0.5 | 385.00 |
| 12/4/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review board materials and excerpt responsive materials. | 2.9 | 2,233.00 |
| 12/4/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Finalize production letter with edits from D. O'Connor. | 0.6 | 462.00 |
| 12/4/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Finalize production and submit same to the DOJ. | 0.6 | 462.00 |
| 12/4/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Call with client to discuss upcoming document production. | 0.3 | 165.00 |
| 12/4/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft cover letter to document production in response to November 14, 2019 subpoena. | 0.3 | 165.00 |
| 12/4/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Prepare documents for production to DOJ in response to November 14, 2019 subpoena. | 3.6 | 1,980.00 |
| 12/4/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Finalize board materials for production. | 1.3 | 630.50 |
| 12/4/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Prepare, finalize and circulate document production of board materials to DOJ. | 3 | 1,275.00 |
| 12/4/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussions with A. Hancock and K. McDonald. | 0.5 | 212.50 |
| 12/4/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Prepare and circulate updated versions of proposed board book materials for production. | 1 | 425.00 |
| 12/4/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist the case team in preparing dataset in internal review platform in preparation for production. | 1.3 | 416.00 |
| 12/4/2019 | Dobkins, Allyssa | PARALEGAL | 235.00 | Assist A. Hancock with outgoing production materials. | 1.8 | 423.00 |
| 12/5/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Revise search terms and priority custodian list based on SEC chronology. | 1.1 | 847.00 |

**Ropes & Gray Fees**

| Work Date | Name | Title | Agreed Rate | Narrative/ Cost Description | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 12/5/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft search terms for client document collection. | 1.8 | 990.00 |
| 12/5/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Create spreadsheet of ARIAD custodians ranked by priority. | 1.1 | 605.00 |
| 12/5/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Confer with K. McDonald, draft and finalize proposed search terms for client email review. | 2.1 | 1,018.50 |
| 12/5/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review emails with S. Meyers regarding scope of custodial email collection | 0.2 | 85.00 |
| 12/5/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Coordinate with Mintz Levin regarding electronic transfer of production data. | 0.3 | 127.50 |
| 12/6/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review prior production letters for potentially responsive material and email with J. Sylvia regarding same. | 0.7 | 539.00 |
| 12/6/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Review files produced to the SEC by ARIAD's prior counsel for materials for DOJ. | 1.5 | 825.00 |
| 12/6/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft summary of Takeda's corporate transactions history for corporate witness issue. | 1.3 | 715.00 |
| 12/6/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft summary of indictment in United States v. Nikas to further response to DOJ requests. | 1 | 550.00 |
| 12/6/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Save case files in United States v. Nikas docket. | 0.3 | 165.00 |
| 12/6/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft chronology of Iclusig trials and marketing and distribution timeline as part of responding to DOJ requests. | 2 | 1,100.00 |
| 12/6/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Draft historical summary of Takeda's major transactions related to witness question. | 2.1 | 1,018.50 |
| 12/6/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussion with K. McDonald regarding native file content of Mintz Levin production, and circulate summary to A. Hancock. | 0.5 | 212.50 |
| 12/6/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Coordinate transfer of production data with Mintz Levin for response to DOJ questions. | 0.4 | 170.00 |
| 12/6/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Coordinate with C. Evans to download and extract Mintz Levin production volumes. | 0.3 | 127.50 |
| 12/6/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Download and extract Gibson Dunn production volume for DOJ response, and discuss content with K. McDonald. | 0.3 | 127.50 |
| 12/6/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussions with S. Meyers and A. Hancock regarding collection volumes of custodial email data. | 0.4 | 170.00 |
| 12/8/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Draft email regarding corporate transactions history for D. O'Connor. | 0.6 | 462.00 |
| 12/8/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Revise summary of case history for D. O'Connor. | 0.2 | 154.00 |
| 12/8/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Revise summary of DOJ indictment for D. O'Connor. | 0.7 | 539.00 |
| 12/8/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Revise summary of indictment in United States v. Nikas. | 0.4 | 220.00 |
| 12/8/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review and discuss plan for production of native files with A. Hancock, K. McDonald and C. Evans. | 0.5 | 212.50 |
| 12/9/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Email client summary of conversation with DOJ related to privilege log and discuss same with team | 0.3 | 322.50 |
| 12/9/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review proposed production to the DOJ and email regarding same. | 0.9 | 693.00 |
| 12/9/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Revise production letter to the DOJ. | 0.3 | 231.00 |
| 12/9/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft cover letter for upcoming document production. | 0.4 | 220.00 |
| 12/9/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Review productions for material to DOJ supportive of SEC chronology entries. | 2.1 | 1,155.00 |
| 12/9/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Review previous productions to Government and summarize relevant ARIAD/FDA communications. | 2.4 | 1,164.00 |
| 12/9/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Coordinate with C. Evans on import of Ariad production volume received from Mintz Levin. | 0.2 | 85.00 |
| 12/9/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussions with A. Hancock and K. McDonald regarding production of native files | 0.4 | 170.00 |
| 12/9/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Communications with S. Meyers regarding users to DISCO hosted review platform. | 0.4 | 170.00 |
| 12/9/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Export supplemental native file production from original Mintz Levin production volume, and cross-check native files against previously produced version. | 0.7 | 297.50 |
| 12/9/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Process client production data set into internal review platform. | 0.7 | 224.00 |
| 12/9/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Perform quality control measures on ingested data sets. | 0.3 | 96.00 |
| 12/9/2019 | Harry, Saron | PARALEGAL | 310.00 | Access Disco and communications with G. Malek regarding database. | 0.1 | 31.00 |
| 12/10/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Draft production letter and finalize production of materials to the DOJ. | 1.3 | 1,001.00 |
| 12/10/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Assemble proposed production for client review. | 0.3 | 165.00 |
| 12/10/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussion with associate team regarding preparations for document production. | 0.3 | 127.50 |
| 12/10/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussion with K. McDonald regarding approach to running search terms on custodial email population. | 0.3 | 127.50 |

**Ropes & Gray Fees**

| Work Date | Name | Title | Agreed Rate | Narrative/ Cost Description | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 12/10/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review and discuss processing of data into DISCO review platform with S. Meyers. | 0.4 | 170.00 |
| 12/10/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Provide summary of custodial data totals to associate team. | 0.2 | 85.00 |
| 12/10/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team with preparing document set for production. | 0.3 | 96.00 |
| 12/10/2019 | Harry, Saron | PARALEGAL | 310.00 | Review team email regarding production. Communications with D. Albert-Rozenberg regarding service of production. | 0.2 | 62.00 |
| 12/10/2019 | Albert-Rozenberg, Daniel | PARALEGAL | 235.00 | Serve production for A Hancock. | 0.5 | 117.50 |
| 12/11/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Communicate with team on new requests and discuss same J Slivia at Mintz | 0.8 | 860.00 |
| 12/11/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with J. Sylvia to discuss DOJ request for redacted emails. | 0.2 | 154.00 |
| 12/11/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Correspondence with D. O'Connor regarding document collection and production. | 0.3 | 231.00 |
| 12/11/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Analyze search term results and email regarding document review logistics. | 0.4 | 308.00 |
| 12/11/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Communicate with client. | 0.3 | 165.00 |
| 12/11/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Attend overview of client's e-discovery platform provided by CSDISCO. | 1 | 425.00 |
| 12/11/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Per A. Hancock prepare search term and custodian reports for analysis. | 1.2 | 510.00 |
| 12/11/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review and circulate additional Mintz files for importing into review platform and redacting prior to production. | 0.2 | 85.00 |
| 12/11/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Communicate with client's data hosting vendor to discuss work flow for using external review platform. | 1 | 320.00 |
| 12/11/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team by generating metrics to assist in their review of client data set. | 0.5 | 160.00 |
| 12/11/2019 | Harry, Saron | PARALEGAL | 310.00 | Compile and import into FileSite production letters. | 0.1 | 31.00 |
| 12/12/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review documents withheld for privilege and draft email to D. O'Connor summarizing same. | 0.7 | 539.00 |
| 12/12/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with G. Malek to discuss search criteria and results. | 0.3 | 231.00 |
| 12/12/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Call with associate team to discuss email collection and review. | 0.2 | 110.00 |
| 12/12/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Correspond with client regarding upcoming production. | 0.5 | 275.00 |
| 12/12/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Redact privileged material for upcoming production. | 1.2 | 660.00 |
| 12/12/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Apply redactions to various BOD communications for production on 12/16. | 1.4 | 679.00 |
| 12/12/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Draft and review relevant search terms for document collection, and confer with R&G team regarding the same. | 1.2 | 582.00 |
| 12/12/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Coordinate with C. Evans to prepare updated search term and custodian hit report. | 0.3 | 127.50 |
| 12/12/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Coordinate with C. Evans to import documents received from Mintz Levin into review platform for redaction, and circulate draft copies to M. Nevin for review. | 0.6 | 255.00 |
| 12/12/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Call with A. Hancock, H. Eagon, and K. McDonald regarding search term results. | 0.3 | 127.50 |
| 12/12/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Communicate with case team regarding work flow for reviewing data set in client's review platform. | 0.3 | 96.00 |
| 12/12/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Prepare documents for processing in internal review platform. | 0.2 | 64.00 |
| 12/12/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team with preparing documents for review by client in preparation of production. | 0.3 | 96.00 |
| 12/12/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team by generating metrics from external review platform to assist in review. | 0.3 | 96.00 |
| 12/12/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Process dataset in internal review platform to assist case team in review. | 0.3 | 96.00 |
| 12/13/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review and revise searches in response to DOJ subpoena. | 0.3 | 231.00 |
| 12/13/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with D. O'Connor to discuss document review and production of documents referenced in the privilege log per DOJ request. | 0.2 | 154.00 |
| 12/13/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review proposed redactions to documents referenced on the privilege log requested by the DOJ. | 0.3 | 231.00 |
| 12/13/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Update draft letter for 12/16 document production. | 0.5 | 242.50 |
| 12/13/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review and discuss updated custodian and search term parameters against email collection with A. Hancock and C. Evans. | 0.3 | 127.50 |
| 12/13/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team by generating metrics to assist in their review of client data set. | 2.3 | 736.00 |
| 12/15/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Review database search results and update master spreadsheet regarding the same for DOJ production. | 0.7 | 339.50 |
| 12/15/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review and discuss search term and custodian reporting and results with C. Evans. | 0.4 | 170.00 |
| 12/15/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team by generating metrics to assist in their review of client data set. | 2 | 640.00 |

**Ropes & Gray Fees**

| Work Date | Name | Title | Agreed Rate | Narrative/ Cost Description | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 12/16/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Discuss conversation with DOJ about limiting review path and request on privilege log review with client and team, call with DOJ on same. | 1.3 | 1,397.50 |
| 12/16/2019 | Harrison, Martha K. | ASSOCIATE | 810.00 | Communication with J. Rorem (Legalpeople) regarding availability of reviewers over holiday weeks. | 0.2 | 162.00 |
| 12/16/2019 | Harrison, Martha K. | ASSOCIATE | 810.00 | Communication with K. McDonald regarding request for contract attorneys. | 0.1 | 81.00 |
| 12/16/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Revise and finalize production letter and documents to be produced to the DOJ. | 0.6 | 462.00 |
| 12/16/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Correspondence regarding additional searches to identify potentially responsive documents to SEC chronology for DOJ production. | 0.3 | 231.00 |
| 12/16/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Meet with D. O'Connor to discuss production and status of document review and collection for DOJ production. | 0.5 | 385.00 |
| 12/16/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Call with M. Nevin to discuss production and plan for document review regarding SEC chronology. | 0.3 | 231.00 |
| 12/16/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Meet with D. O'Connor to prepare for call with the DOJ regarding document review. | 0.2 | 154.00 |
| 12/16/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Call with M. Nevin. | 0.3 | 165.00 |
| 12/16/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Revise and finalize production letter and document production. | 2.1 | 1,155.00 |
| 12/16/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Correspond with M. Harrison regarding use of contract attorneys for upcoming document review. | 0.2 | 110.00 |
| 12/16/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Analyze document hit counts for various search term combinations. | 0.4 | 194.00 |
| 12/16/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Attend and take notes regarding client call. | 0.4 | 194.00 |
| 12/16/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Call with M. Nevin, S. Meyers, D. O'Connor and A. Hancock regarding document review strategy. | 0.4 | 170.00 |
| 12/16/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review document production settings with K. McDonald and C. Evans. | 0.6 | 255.00 |
| 12/16/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussions with K. McDonald regarding potential document review staffing. | 0.4 | 170.00 |
| 12/16/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review search term and custodial hit count reporting circulated by C. Evans. | 0.3 | 127.50 |
| 12/16/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team in preparing documents in anticipation of production. | 0.5 | 160.00 |
| 12/16/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team by generating metrics to assist in their review of client data set. | 2.5 | 800.00 |
| 12/16/2019 | Albert-Rozenberg, Daniel | PARALEGAL | 235.00 | Prepare document production. | 0.5 | 117.50 |
| 12/17/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Review materials from initial review of materials from interactions with key board member and interactions with him as witness. | 1 | 1,075.00 |
| 12/17/2019 | Harrison, Martha K. | ASSOCIATE | 810.00 | Communication with K. McDonald regarding potential contract attorney review. | 0.1 | 81.00 |
| 12/17/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Internal training on how to use DISCO document vendor. | 0.5 | 385.00 |
| 12/17/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Draft and revise searches in response to amended DOJ document requests. | 0.6 | 462.00 |
| 12/17/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review documents identified as potentially responsive with respect to A. Lavidas. | 2 | 1,540.00 |
| 12/17/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Review board materials to identify material responsive to the DOJ indictment. | 2.8 | 1,540.00 |
| 12/17/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Discuss DOJ subpoena and document review with D. O'Connor. | 0.3 | 165.00 |
| 12/17/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Internal training on how to use DISCO document vendor. | 0.5 | 275.00 |
| 12/17/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Review documents involving A. Lavidas for responsive material and summarize same. | 3.2 | 1,760.00 |
| 12/17/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Confer with R&G team regarding upcoming document production, draft search terms corresponding to indictment summary, and review documents for responsiveness. | 8.6 | 4,171.00 |
| 12/17/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Discussion with A. Hancock, C. Evans and CSDISCO regarding steps for producing documents out of hosted review platform. | 0.4 | 170.00 |
| 12/17/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Provide case team with training on how to utilize external review platform to assist in their review. | 0.8 | 256.00 |
| 12/17/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team in preparing document for review in external review platform. | 2 | 640.00 |
| 12/18/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review documents identified as responsive with respect to A. Lavidas for potential production. | 0.4 | 308.00 |
| 12/18/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Discuss DOJ document request and production with D. O'Connor. | 0.3 | 231.00 |
| 12/18/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review documents identified as relevant to SEC chronology for potential production. | 1.6 | 1,232.00 |
| 12/18/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review board materials identified as potentially relevant to the DOJ indictment and discuss same with K. McDonald. | 1.8 | 1,386.00 |
| 12/18/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Review and summarize documents identified as responsive with respect to A. Lavidas and Ariad Board for potential production. | 3 | 1,650.00 |
| 12/18/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Conduct additional document review for responsiveness to SEC chronology entries, compile and summarize relevant documents. | 7.6 | 3,686.00 |

**Ropes & Gray Fees**

| Work Date | Name | Title | Agreed Rate | Narrative/ Cost Description | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 12/18/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Communications with A. Hancock and C. Evans regarding preparation of additional searches and document production population, | 0.4 | 170.00 |
| 12/18/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Prepare documents in external review platform for review by case team. | 0.3 | 96.00 |
| 12/18/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team by configuring external review platform to assist team in review of client data set. | 1 | 320.00 |
| 12/18/2019 | Albert-Rozenberg, Daniel | PARALEGAL | 235.00 | Review pulled documents for K. McDonald. Pull documents for H. Eagan. | 0.7 | 164.50 |
| 12/19/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Review production letter and discuss same with team and review privilege log and materials related to communications with Board member | 1.3 | 1,397.50 |
| 12/19/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Review documents identified as potentially responsive to SEC chronology for DOJ production. | 0.3 | 231.00 |
| 12/19/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Finalize documents for production and discuss same with D. O'Connor. | 1 | 770.00 |
| 12/19/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Draft production letter to DOJ and finalize documents for production. | 3.1 | 1,705.00 |
| 12/19/2019 | Eagon, Haley | ASSOCIATE | 485.00 | Conclude review of documents responsive to SEC chronology entries for DOJ production, and prepare for review by A. Hancock and D. O'Connor. | 0.7 | 339.50 |
| 12/19/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review document production process with CSDISCO and coordinate with C. Evans to export document production volume. | 1.5 | 637.50 |
| 12/19/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | At the request of K. McDonald, process data set in internal review platform in preparation of production. | 0.8 | 256.00 |
| 12/19/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team in preparing documents for production. | 1.5 | 480.00 |
| 12/19/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Communicate with client's data hosting vendor to discuss work flow when using external review platform. | 1.3 | 416.00 |
| 12/19/2019 | Albert-Rozenberg, Daniel | PARALEGAL | 235.00 | Prepare materials for A. Hancock. | 0.4 | 94.00 |
| 12/20/2019 | O'Connor, R. Daniel | PARTNER | 1,075.00 | Review production materials | 0.5 | 537.50 |
| 12/20/2019 | Hancock, Anne F. | ASSOCIATE | 770.00 | Revise production letter to the DOJ and conduct quality control review of production. | 2.1 | 1,617.00 |
| 12/20/2019 | McDonald, Katherine | ASSOCIATE | 550.00 | Revise production letter and finalize document production to the DOJ. | 2.3 | 1,265.00 |
| 12/20/2019 | Malek, Gillian C | LIT SUPP ANALST | 425.00 | Review finalized production volumes and discuss same with C. Evans and case team. | 0.6 | 255.00 |
| 12/20/2019 | Evans, Cameron | LIT SUPP ANALST | 320.00 | Assist case team in preparing documents for the third and fourth production sets. | 1.3 | 416.00 |
| 12/20/2019 | Albert-Rozenberg, Daniel | PARALEGAL | 235.00 | Assist with production. | 1.3 | 305.50 |
| 1/6/2020 | McDonald, Katherine | ASSOCIATE | 680.00 | Monitor Lavidas trial updates and draft email to the client regarding same. | 0.4 | 272.00 |
| 1/7/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Draft summary regarding trial developments. | 0.7 | 605.50 |
| 1/8/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Draft trial update email. | 0.3 | 259.50 |
| 1/8/2020 | McDonald, Katherine | ASSOCIATE | 680.00 | Monitor Lavidas trial updates and draft email to the client regarding same. | 0.4 | 272.00 |
| 1/8/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Set up daily alerts regarding docket and media updates in US v. Lavidas trial. | 0.5 | 292.50 |
| 1/8/2020 | Montesinos, Delia | OTHER PROFESS | 330.00 | BNA newsletter for H. Eagon | 0.2 | 66.00 |
| 1/9/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Revise trial update email. | 0.1 | 86.50 |
| 1/9/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Compile and review recent news on the Lavidas trial, and draft client update. | 1.7 | 994.50 |
| 1/10/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Revise draft client update. | 0.2 | 173.00 |
| 1/10/2020 | McDonald, Katherine | ASSOCIATE | 680.00 | Monitor Lavidas trial updates and draft email to the client regarding same. | 0.4 | 272.00 |
| 1/10/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Compile and review recent news on the Lavidas trial, and draft client update. | 0.7 | 409.50 |
| 1/13/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Confer with client regarding trial update. | 0.2 | 117.00 |
| 1/14/2020 | McDonald, Katherine | ASSOCIATE | 680.00 | Monitor Lavidas trial updates and draft email to the client regarding same. | 0.4 | 272.00 |
| 1/15/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Revise trial update. | 0.2 | 173.00 |
| 1/15/2020 | McDonald, Katherine | ASSOCIATE | 680.00 | Monitor Lavidas trial updates and draft email to the client regarding same. | 0.3 | 204.00 |
| 1/16/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding litigation hold. | 0.1 | 86.50 |
| 1/22/2020 | Montesinos, Delia | OTHER PROFESS | 330.00 | Alert cancel for H, Eagon | 0.1 | 33.00 |
| 2/13/2020 | O'Connor, R. Daniel | PARTNER | 1,145.00 | Discuss plan to submit fee application with A Hancock and email with AUSA and client | 0.5 | 572.50 |
| 2/14/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding fee application. | 0.1 | 86.50 |
| 2/14/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Review relevant court deadlines and confer with paralegal team about docket tracking. | 0.3 | 175.50 |
| 2/14/2020 | Albert-Rozenberg, Daniel | PARALEGAL | 250.00 | Calendar US v Lavidas court dates, and track dockets for K. McDonald. | 0.5 | 125.00 |
| 2/18/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding fee request. | 0.1 | 86.50 |
| 2/25/2020 | O'Connor, R. Daniel | PARTNER | 1,145.00 | Call with client regarding submission for fees in restitution matter in sentencing. | 0.3 | 343.50 |
| 2/25/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Call regarding fee application. | 0.5 | 432.50 |
| 2/26/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Call R. Cooper regarding fee submission. | 0.1 | 86.50 |
| 2/28/2020 | O'Connor, R. Daniel | PARTNER | 1,145.00 | Call with DOJ on plan for request for fees. | 0.3 | 343.50 |
| 2/28/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding fee application submission. | 0.2 | 173.00 |

**Ropes & Gray Fees**

| Work Date | Name | Title | Agreed Rate | Narrative/ Cost Description | Billed Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 3/8/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding fee application. | 0.1 | 86.50 |
| 3/9/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Confer with S. Grannemann regarding fee submission letter, and conduct 2nd Circuit legal research regarding the same. | 1.8 | 1,053.00 |
| 3/9/2020 | Grannemann, Scott | ASSOCIATE | 585.00 | Attend phone call with H. Eagon to discuss victim restitution rights under the Mandatory Victim's Resitution Act. | 0.6 | 351.00 |
| 3/10/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Conduct additional legal research and begin drafting fee submission letter. | 2.1 | 1,228.50 |
| 3/11/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Finalize first draft of fee submission letter for review by A. Hancock. | 1.7 | 994.50 |
| 3/12/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Confer with litigation technology team regarding details of DOJ production, for insertion into fee submission letter. | 0.1 | 58.50 |
| 3/12/2020 | Evans, Cameron | LIT SUPP ANALST | 330.00 | Generate metrics to assist case team in review of production data. | 1.3 | 429.00 |
| 3/12/2020 | Harry, Saron | PARALEGAL | 330.00 | Review production history and report out volumes 1-4 production metrics to team. | 0.2 | 66.00 |
| 3/16/2020 | O'Connor, R. Daniel | PARTNER | 1,145.00 | Discuss restitution plan with A Hancock and client | 0.4 | 458.00 |
| 3/16/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Call with M. Nevin regarding fee restitution request. | 0.3 | 259.50 |
| 3/16/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email with government regarding fee restitution submission. | 0.2 | 173.00 |
| 3/16/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding draft fee application submission. | 0.3 | 259.50 |
| 3/16/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Update internal reminder regarding fee submission deadline. | 0.1 | 58.50 |
| 3/17/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Revise draft letter and email regarding Gibson Dunn fees. | 1 | 865.00 |
| 3/17/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Analyze action items with A. Hancock regarding fee submission. | 0.2 | 117.00 |
| 3/17/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Conduct database research and review shared drive regarding relevant subpoenas | 0.3 | 175.50 |
| 3/20/2020 | O'Connor, R. Daniel | PARTNER | 1,145.00 | Email Gibson with request on legal fees | 0.3 | 343.50 |
| 3/20/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding restitution request. | 0.2 | 173.00 |
| 3/23/2020 | McDonald, Katherine | ASSOCIATE | 680.00 | Revise restitution letter. | 0.9 | 612.00 |
| 3/23/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Update draft letter regarding restitution request. | 0.8 | 468.00 |
| 3/24/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Revise draft letter to the court. | 1 | 865.00 |
| 3/24/2020 | McDonald, Katherine | ASSOCIATE | 680.00 | Revise restitution letter. | 0.8 | 544.00 |
| 3/24/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Revise draft restitution letter. | 1 | 585.00 |
| 3/25/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding invoices. | 0.2 | 173.00 |
| 3/25/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Revise letter and email regarding submission extension. | 0.7 | 605.50 |
| 3/25/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Confer with litigation technology and paralegal teams regarding finalizing details of letter requesting restitution. | 1.2 | 702.00 |
| 3/25/2020 | Malek, Gillian C | LIT SUPP ANALST | 330.00 | Compile email collection and production metrics, per A. Hancock, K. McDonald and H. Eagon. | 0.7 | 231.00 |
| 3/26/2020 | Albert-Rozenberg, Daniel | PARALEGAL | 250.00 | Recalendar trial dates per H. Eagon's instructions. | 0.3 | 75.00 |
| 3/27/2020 | O'Connor, R. Daniel | PARTNER | 1,145.00 | Review and revise letter seeking restitution and discuss same with team, exchange emails with A Hancock on data for restitution request to Gibson. | 0.7 | 801.50 |
| 3/27/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding request deadline and Gibson invoices. | 0.2 | 173.00 |
| 3/27/2020 | McDonald, Katherine | ASSOCIATE | 680.00 | Revise restitution letter and draft victim impact statement. | 0.8 | 544.00 |
| 3/27/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Confer with R&G team regarding ongoing action items. | 0.1 | 58.50 |
| 3/30/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Finalize letter brief and victim response letter. | 1.2 | 1,038.00 |
| 3/30/2020 | McDonald, Katherine | ASSOCIATE | 680.00 | Revise restitution letter and draft victim impact statement. | 0.4 | 272.00 |
| 3/30/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Draft victim impact statement for review by D. O'Connor. | 1.6 | 936.00 |
| 3/31/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding restitution request and finalize same. | 0.5 | 432.50 |
| 4/1/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding letter brief and invoices. | 0.2 | 173.00 |
| 4/2/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email regarding restitution submission and revise same. | 0.6 | 519.00 |
| 4/2/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Email with M. Nevin and DOJ regarding restitution request. | 0.3 | 259.50 |
| 4/2/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Update calendar notifications regarding delayed sentencing. | 0.2 | 117.00 |
| 5/20/2020 | O'Connor, R. Daniel | PARTNER | 1,145.00 | Email with A Hancock about gathering evidence for submission to court on fee request. | 0.2 | 229.00 |
| 5/20/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Correspondence regarding fee request submission. | 0.4 | 346.00 |
| 5/20/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Confer with billing department regarding recent client invoices. | 0.2 | 117.00 |
| 5/21/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Review invoices and propose redactions for fee reimbursement submission. | 1.1 | 643.50 |
| 5/28/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Finalize fee request and exhibits. | 0.6 | 519.00 |
| 5/28/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Review additional invoices and propose redactions for fee reimbursement submission. | 1.3 | 760.50 |
| 5/29/2020 | Hancock, Anne F. | ASSOCIATE | 865.00 | Revise fee application exhibits and email regarding same. | 0.3 | 259.50 |
| 5/29/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Prepare R&G time entries for submission | 1.1 | 643.50 |
| 5/30/2020 | Eagon, Haley | ASSOCIATE | 585.00 | Prepare R&G time entries for submission | 0.4 | 234.00 |
| | | | | | **Fee Total** | **$145,224.00** |

# Exhibit 3

# Gibson, Dunn & Crutcher LLP

**Gibson Dunn Fees**

| Work Date | Name | Title | Agreed Rate | Narrative / Cost Description | Billed Hours / Units | Billed Amount |
|---|---|---|---|---|---|---|
| 1/31/2017 | | | 17,378.38 | VENDOR: MINTZ GROUP LLC INVOICE#: 352293 DATE: 1/31/2017  Outside Services/Consultants/Fees and expenses. | 1 | 17,378.38 |
| 3/1/2017 | Brodsky,Reed | Partner | 1,155.00 | Prepare revisions to draft letter to USAO; email to GDC team re same; email exchanges with GDC team re same. | 0.7 | 808.50 |
| 3/1/2017 | Brodsky,Reed | Partner | 1,155.00 | Prepare revisions to draft letter to USAO. | 0.03 | 34.65 |
| 3/1/2017 | Brodsky,Reed | Partner | 1,155.00 | Email to GDC team re same. | 0.03 | 34.65 |
| 3/1/2017 | Brodsky,Reed | Partner | 1,155.00 | Email exchanges with GDC team re same. | 0.04 | 46.20 |
| 3/16/2017 | | | 15.25 | IN HOUSE DUPLICATION - 03/16/2017, JOB TICKET #4685, REQUESTOR: B. GARMYN, 75 REGULAR TAB(S), 1 D-RING-1 1/2 BINDER(S), J. WIRCHIN | 1 | 15.25 |
| 3/21/2017 | | | 31.50 | IN HOUSE DUPLICATION - 03/21/2017, JOB TICKET #4985, REQUESTOR: B. GARMYN, 150 REGULAR TAB(S), 2 D-RING-2 BINDER(S), J. WIRCHIN | 1 | 31.50 |
| 3/24/2017 | | | 35.21 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20170331 DATE: 3/31/2017 Ship Date 03/24/2017  Airbill No: 778740391219  From: MARK CHERRY, Gibson  Dunn & Crutcher LLP, NEW YORK, NY  To: AIMEE HECTOR, UNITED STATES ATTORNEYS OFFICE, NEW YORK, NY | 1 | 35.21 |
| 3/24/2017 | | | 16.06 | IN HOUSE DUPLICATION - 03/24/2017, JOB TICKET #5277, REQUESTOR: B. GARMYN, 2 LABEL(S), 2 DVD(S), J. WIRCHIN | 1 | 16.06 |
| 3/31/2017 | | | 45.75 | IN HOUSE DUPLICATION - 03/31/2017, JOB TICKET #4985, REQUESTOR: B.GARMYN, 225 REGULAR TAB(S), 3 D-RING-1 1/2 BINDER(S), J. WIRCHIN | 1 | 45.75 |
| 4/4/2017 | Reilly,Brittany | Associate | 775.00 | Confer with J. Halperin regarding document production. | 0.3 | 232.50 |
| 4/13/2017 | Halperin,Jason | Of Counsel | 905.00 | Prepare, review, and respond to e-mails; meet and confer with M. Cherry to review privilege designations. | 0.6 | 543.00 |
| 4/13/2017 | Cherry,Mark | Associate | 605.00 | Meet with J. Halperin to discuss privilege document review; draft email to Ryan regarding privilege document review; locate Ariad's insider trading policies. | 0.9 | 544.50 |
| 4/14/2017 | Halperin,Jason | Of Counsel | 905.00 | Prepare, review, and respond to e-mails. | 0.3 | 271.50 |
| 4/18/2017 | Reilly,Brittany | Associate | 775.00 | Review and analyze documents for privilege. | 1.7 | 1,317.50 |
| 4/18/2017 | Cherry,Mark | Associate | 605.00 | Discuss privileged emails with B. garmyn; review potentially privileged emails. | 0.1 | 60.50 |
| 4/19/2017 | Halperin,Jason | Of Counsel | 905.00 | Prepare, review, and respond to e-mails. | 0.1 | 90.50 |
| 4/19/2017 | Reilly,Brittany | Associate | 775.00 | Review and analyze documents for privilege. | 0.8 | 620.00 |
| 4/19/2017 | Cherry,Mark | Associate | 605.00 | Review and collect insider trading policies. | 0.3 | 181.50 |
| 4/25/2017 | | | 248.82 | APRIL_2017-EDISCOVERY_DATABASE_HOSTING_FEES-C/M_04829-00003-(MONTHLY_EDISCOVERY_DATABASE_HOSTING_FEES) | 1 | 248.82 |
| 4/25/2017 | | | - | Fee Adjustment: Premium Discount | 0 | (239.28) |
| 5/1/2017 | Reilly,Brittany | Associate | 775.00 | Confer with J. Halperin regarding production status. | 0.2 | 155.00 |
| 5/3/2017 | Reilly,Brittany | Associate | 775.00 | Confer with J. Halperin regarding subpoena response. | 0.1 | 77.50 |
| 5/4/2017 | Halperin,Jason | Of Counsel | 905.00 | Prepare, review, and respond to e-mails; meet and confer with M. Cherry re response to USAO. | 0.2 | 181.00 |
| 5/4/2017 | Reilly,Brittany | Associate | 775.00 | Review FINRA request. | 0.2 | 155.00 |
| 5/8/2017 | Halperin,Jason | Of Counsel | 905.00 | Prepare, review, and respond to e-mails; telephone conference with B. Garmyn re response to USAO. | 0.2 | 181.00 |
| 5/8/2017 | Reilly,Brittany | Associate | 775.00 | Draft production cover letter; telephone conference with J. Halperin regarding production. | 0.5 | 387.50 |
| 5/9/2017 | Reilly,Brittany | Associate | 775.00 | Confer with R. Brodsky and J. Halperin regarding production. | 0.1 | 77.50 |
| 5/11/2017 | Reilly,Brittany | Associate | 775.00 | Review FINRA request and confer with M. Hewett regarding same. | 0.3 | 232.50 |
| 5/12/2017 | Reilly,Brittany | Associate | 775.00 | Review and analyze privileged documents and confer with R. Brodsky regarding same. | 1.3 | 1,007.50 |
| 5/12/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/12/2017 | 8 | 0.80 |
| 5/12/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/12/2017 | 8 | 0.80 |
| 5/12/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/12/2017 | 46 | 4.60 |
| 5/12/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/12/2017 | 6 | 0.60 |
| 5/12/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/12/2017 | 48 | 4.80 |
| 5/18/2017 | Halperin,Jason | Of Counsel | 905.00 | Prepare, review, and respond to e-mails. | 0.1 | 90.50 |
| 5/18/2017 | Reilly,Brittany | Associate | 775.00 | Confer with R. Brodskey and J. Halperin regarding potentially privileged documents. | 0.2 | 155.00 |
| 5/19/2017 | Reilly,Brittany | Associate | 775.00 | Confer with M. Hewitt regarding FINRA response. | 0.8 | 620.00 |
| 5/20/2017 | Halperin,Jason | Of Counsel | 905.00 | Prepare, review, and respond to e-mails. | 0.1 | 90.50 |
| 5/20/2017 | Reilly,Brittany | Associate | 775.00 | Review privileged documents and confer with J. Halperin regarding same. | 0.4 | 310.00 |
| 5/23/2017 | Reilly,Brittany | Associate | 775.00 | Perform QC of production. | 8.1 | 6,277.50 |
| 5/24/2017 | Reilly,Brittany | Associate | 775.00 | Perform document production QC. | 1.6 | 1,240.00 |
| 5/24/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/24/2017 | 1 | 0.10 |
| 5/24/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/24/2017 | 4 | 0.40 |

**Gibson Dunn Fees**

| Work Date | Name | Title | Agreed Rate | Narrative / Cost Description | Billed Hours / Units | Billed Amount |
|---|---|---|---|---|---|---|
| 5/24/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/24/2017 | 3 | 0.30 |
| 5/24/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/24/2017 | 6 | 0.60 |
| 5/24/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/24/2017 | 7 | 0.70 |
| 5/24/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/24/2017 | 2 | 0.20 |
| 5/24/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/24/2017 | 10 | 1.00 |
| 5/24/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/24/2017 | 46 | 4.60 |
| 5/24/2017 | | | 0.10 | In House Duplication Charge via Equitrac - 05/24/2017 | 5 | 0.50 |
| 5/25/2017 | | | 248.82 | MAY_2017-EDISCOVERY_DATABASE_HOSTING_FEES-C/M_04829-00003-(MONTHLY_EDISCOVERY_DATABASE_HOSTING_FEES) | 1 | 248.82 |
| 5/25/2017 | | | - | Fee Adjustment: Premium Discount | 0 | (561.90) |
| 6/6/2017 | Halperin,Jason | Of Counsel | 905.00 | Telephone conference with B. Garmyn about latest production to U.S. Attorney?s Office; review documents re same. | 0.7 | 633.50 |
| 6/6/2017 | Reilly,Brittany | Associate | 775.00 | Confer multiple times with litigation support regarding production; revise and edit production cover letter; perform QC regarding production. | 4.3 | 3,332.50 |
| 6/6/2017 | Roymisher,Leonid | OT | 405.00 | Analyze and quality check the data for production; process files into tiff images; extract the production files; review production data set for consistency. | 2.7 | 1,093.50 |
| 6/7/2017 | Halperin,Jason | Of Counsel | 905.00 | Prepare, review, and respond to e-mails. | 0.1 | 90.50 |
| 6/7/2017 | Reilly,Brittany | Associate | 775.00 | Revise and edit production cover letter; confer with J. Halperin and litigation support regarding production; finalize production. | 1.5 | 1,162.50 |
| 6/7/2017 | Cherry,Mark | Associate | 605.00 | Prepare and produce documents to United States Attorney's Office. | 0.3 | 181.50 |
| 6/7/2017 | Roymisher,Leonid | OT | 405.00 | Update custom fields required by DOJ; encrypt data set for transmission;  Extract and load data on the requested media | 1.4 | 567.00 |
| 6/7/2017 | | | 24.75 | VENDOR: DELUXE DELIVERY SYSTEMS, INC. INVOICE#: 240795 DATE: 6/11/2017 Ticket# W1393505 06/07/2017 From GIBSON DUNN & CRUTCHER, 200 PARK AVENUE,NEW YORK,NY 10166  To UNITED STATES ATTORNEY'S OFFICE,ONE ST. ANDREW'S PLAZA,NEW YORK,NY 10007  MARK CHERRY | 1 | 24.75 |
| 6/8/2017 | Halperin,Jason | Of Counsel | 905.00 | Prepare, review, and respond to e-mails; telephone conference with B. Garmyn re latest production; telephone conference with SDNY AUSA A. Hector re latest production. | 0.5 | 452.50 |
| 6/8/2017 | Reilly,Brittany | Associate | 775.00 | Telephone conferences with J. Halperin and AUSA Hector regarding production; draft emails regarding production. | 0.7 | 542.50 |
| 6/27/2017 | | | 270.98 | JUNE_2017-EDISCOVERY_DATABASE_HOSTING_FEES-C/M_04829-00003-(MONTHLY_EDISCOVERY_DATABASE_HOSTING_FEES) | 1 | 270.98 |
| 6/27/2017 | | | - | Fee Adjustment: Premium Discount | 0 | (406.85) |
| | | | | | **Fee Total** | **$41,206.99** |