```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
              -v-                        :    19Cr716 (DLC)
                                         :
 TELEMAQUE LAVIDAS,                      :       ORDER
                                         :
                          Defendant.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of June 9, 2020 scheduled the sentencing of the defendant to occur on Thursday, June 25, 2020 at 11:00 a.m. via CourtCall. It is hereby

ORDERED that co-counsel, members of the press, and the public may access the audio feed of the conference by calling **855-268-7844** and using access code **67812309#** and PIN **9921299#**. The dial-in credentials provided in the June 9 Order shall not be used.

IT IS FURTHER ORDERED that the remainder of the June 9 Order remains in effect.

Dated:   New York, New York
         June 23, 2020

                              _____
                                      DENISE COTE
                              United States District Judge