

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**JONATHAN R. STREETER**

jonathan.streeter@dechert.com
+1 212 698 3826  Direct
+1 212 314 0049  Fax

July 1, 2020

**VIA ECF AND EMAIL**

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:  *United States v. Telemaque Lavidas, S1 19-cr-716*

Dear Judge Cote:

I write on behalf of Telemaque Lavidas to inform the Court that I spoke to Mr. Lavidas this morning and he wishes to proceed with sentencing by videoconference on July 2, 2020, pursuant to the Court's Order of June 26, 2020.  Mr. Lavidas is aware that it may be possible to schedule an in-person sentencing in the coming weeks, but he still wishes to proceed by videoconference tomorrow and affirms the waiver submitted by ECF on June 18, 2020.

Respectfully submitted,


_____s/_____
Jonathan R. Streeter

cc:  AUSAs Richard Cooper and Daniel Tracer