Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 16 2020
```

Caption:

United States v.

Telemaque Lavidas

Docket No.: S1 19-cr-716
Hon. Denise Cote
(District Court Judge)

Notice is hereby given that **Telemaque Lavidas** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)
entered in this action on **July 2, 2020** (date).

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✔   Other ☐
Defendant found guilty by plea ☐ | trial ✔ | N/A ☐
Offense occurred after November 1, 1987? Yes ✔ | No ☐   N/A ☐
Date of sentence: **July 2, 2020**   N/A ☐
Bail/Jail Disposition: Committed ✔   Not committed ☐ | N/A ☐

Appellant is represented by counsel? Yes ✔ | No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Jonathan Streeter |
| Counsel's Address: | Dechert LLP |
| | 1095 Avenue of the Americas, New York, NY 10036 |
| Counsel's Phone: | (212) 698-3826 |
| Assistant U.S. Attorney: | Daniel Tracer; Richard Cooper |
| AUSA's Address: | 1 St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-1087; (212) 637-1027 |

_____
Signature