```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :    19cr716-2 (DLC)
UNITED STATES OF AMERICA,            :
                                     :        ORDER
            -v-                      :
                                     :
TELEMAQUE LAVIDAS,                   :
                       Defendant.    :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

The attorney for defendant Telemaque Lavidas having shown good cause in a letter dated April 20, 2021 that defendant be permitted to serve the remainder of his supervised release term in Greece, and there being no objection from the Government or Probation, it is hereby

ORDERED that the request is granted. Defendant shall be subject to the same conditions of supervised release and shall comply with any and all requests by his probation officer.

IT IS FURTHER ORDERED that defendant's letter dated April 20, 2021 shall be filed under seal.

SO ORDERED:

Dated:    New York, New York
          April 20, 2021

                                    _____
                                             DENISE COTE
                                    United States District Judge